## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>Defendant. | Civil Action No.<br><br><br><br>**COMPLAINT** |

Plaintiff Travelers Property Casualty Company ("Travelers"), by way of Complaint against Defendant TSC Acquisition Corp., ("TSC") says:

### THE PARTIES

1.      Travelers is an insurance carrier organized under the laws of the State of Connecticut with a principal place of business at One Tower Square, Hartford, Connecticut.  Travelers is authorized to transact business in the State of California.

2.      TSC is a corporation organized under the laws of the State of Delaware with a principal place of business at 1100 Glendon Avenue, Los Angeles California.  TSC is authorized to transact business in California.

### JURISDICTIONAL ALLEGATIONS

3.      The amount in controversy between the parties is in excess of $75,000.00.

4.      Jurisdiction is based on diversity of citizenship under 28 U.S.C. §1332.

### FACTUAL BACKGROUND

5.      Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 of this Complaint as if fully set forth herein.

6.      Travelers issued a policy of workers compensation and employers liability insurance to TSC under Policy No. 4F128033-UB for the effective dates of December 31, 2014 to December 31, 2015 (the "2014 Policy").  A true and correct copy of the Policy is attached hereto as **<u>Exhibit A</u>**.

7.      Travelers issued a policy of workers compensation and employers liability insurance to TSC under Policy No. 7114P396-UB for the effective dates of December 31, 2015 to December 31, 2016 (the "2015 Policy").  A true and correct copy of the 2015 Policy is attached hereto as **<u>Exhibit B</u>**.

8.      The 2015 Policy and 2016 Policy are collectively referenced as the "Policies".

9.      The Policies are insurance contracts which provided insurance to TSC for certain liabilities as set forth in the Policies.

10.     Travelers fulfilled its contractual obligations to TSC and provided insurance afforded by the Policies.

11.     The premium for the Policies is determined by Travelers on the basis of information submitted by TSC and is subject to change and audit on an annual basis.

12.     The premium for the 2014 Policy, including initial premium, endorsements and audit adjustments totaled $131,093.00.

13.     TSC remitted partial payments on the 2014 Policy, but remains indebted to Travelers in the amount of $43,253.26.

14.     The premium for the 2015 Policy, including initial premium, endorsements and audit adjustments totaled $286,290.00.

15.     TSC remitted partial payments on the 2015 Policy, but remains indebted to Travelers in the amount of $237,230.00.

16.     Travelers issued TSC invoices and/or demands for payment of the unpaid premiums in a timely fashion.

17.     Travelers has repeatedly demanded payment of the sum of $280,483.26 owed by TSC to Travelers for the Policies and has attempted to collect same without success.

18.     TSC has failed, refused, and continues to refuse to pay the balance due and owing to Travelers, thereby resulting to damages to Travelers in the amount of $280,483.26.

<u>**COUNT ONE**</u>
**(Breach of Contract)**

19.     Travelers repeats, restates and realleges the allegations of Paragraph 1 through 18 of this Complaint as if fully set forth herein.

20.     TSC failed and refused to remit payment of the premiums in the amount $280,438.26 owed to Travelers pursuant to the terms of the Policies.

21.     TSC has breached the insurance contract between the parties by its failure and refusal to remit payment of the Audits which it owes to Travelers for the Policies.

22.     Travelers, on numerous occasions prior to the filing of the instant litigation, demanded payment of the $280,438.26 owed by TSC and attempted to collect same without success.

23.     TSC has failed, refused and continues to refuse to pay the balance due and owing to Travelers.

24.     As a result of TSC's breach of the insurance contracts, Travelers has suffered damages in the amount of $280,438.26, plus interest, attorney fees and costs.

**WHERFORE**, Travelers demands judgment against TSC in the amount of $280,438.26 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

## COUNT TWO
### (Account Stated)

25.     Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 of this Complaint as if fully set forth herein.

26.     TSC, being indebted to Travelers upon accounts stated between them, promised to pay Travelers upon demand.

27.     Travelers has demanded that TSC remit payment for the amount owed to Travelers. TSC, however, has failed and refused to remit payment.

28.     As a result of the foregoing, Travelers has suffered damages in the amount of $280,438.26, plus interest, attorney fees and costs.

**WHERFORE**, Travelers demands judgment against TSC in the amount of $280,438.26 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

## COUNT THREE
### (Unjust Enrichment)

29.     Travelers repeats, restates and realleges the allegations of Paragraphs 1 through 4 as if fully set forth herein.

30.     Travelers provided insurance and related services to TSC for which TSC has refused to pay and has been unjustly enriched thereby.

31.     TSC accepted the insurance provided by Travelers.

32.     Travelers, prior to the filing of the instant litigation, demanded payment of the $280,438.26 owed to Travelers and attempted to collect same without success.

33.     As a result of TSC's unjust enrichment, Travelers has suffered damages in the amount of $280,243.26, plus attorney fees and litigation costs.

**WHERFORE**, Travelers demands judgment against TSC in the amount of $280,438.26 for compensatory damages, together with attorney fees, cost of suit, interest and such further relief as this Court deems just and proper.

Date:    May 3, 2019

Respectfully submitted,

*/s/ Patrick J. Mulligan*

Patrick J. Mulligan
Bressler, Amery & Ross, P.C.
2001 Park Place, Suite 1500
Birmingham, AL 35203
Tel. (205) 719-0400
pmulligan@bressler.com