# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>         Defendant. | Civil Action No.<br><br><br>**DISCLOSURE OF INTERESTED PARTIES PUSUANT TO F.R.C.P. 7.1** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Travelers Property Casualty Company of America (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held.

Plaintiff is wholly owned by Travelers Companies, Inc. (a public corporation).

Date:    May 3, 2019

                                        Respectfully submitted,


                                        */s/ Patrick J. Mulligan*
                                        Patrick J. Mulligan
                                        Bressler, Amery & Ross, P.C.
                                        2001 Park Place, Suite 1500
                                        Birmingham, AL 35203
                                        Tel. (205) 719-0400
                                        pmulligan@bressler.com