# EXHIBIT A

## TEXAS

### NOTICE OF ACCIDENT PREVENTION SERVICES

Pursuant to Texas Labor Code §411.066, Travelers is required to notify its policyholders that accident prevention services are available from Travelers at no additional charge. These services may include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene, and industrial health services. Travelers is also required to provide return-to-work coordination services as required by Texas Labor Code §413.021 and to notify you of the availability of the return-to-work reimbursement program for employers under Texas Labor Code §413.022.

If you would like more information, contact Bill Belair at 214-570-6675 and wbelair@travelers.com for accident prevention services or for return-to-work coordination services. For information about these requirements call the Texas Department of Insurance, Division of Workers' Compensation (TDI-DWC) at 1-800-687-7080 or for information about the return-to-work reimbursement program for employers call the TDI-DWC at (512) 804-5000. If Travelers fails to respond to your request for accident prevention services or return-to-work coordination services, you may file a complaint with the TDI-DWC in writing at http://www.tdi.texas.gov or by mail to Texas Department of Insurance, Division of Workers' Compensation, MS-8, at 7551 Metro Center Drive, Austin, Texas 78744-1645.

### Notice To Policy Recipient:

If you are not the person directly responsible for the accident prevention activities for your company in Texas, please direct this notice of accident prevention services to the person directly responsible for accident prevention activities.

# State of Texas

**Important Loss Control Information**

Texas Department of Insurance, Division of Workers' Compensation Rule 166.4(c)(2)(E) requires that workers' compensation insurance carriers solicit comments from each policyholder at least every 12 months, to determine the need for safety information or assistance. The attached Safety Services notice describes the services which are available to you at no additional charge, and where you may obtain them in the State of Texas.

If you need accident prevention assistance, have questions, or wish to bring an issue to our attention, phone us or write your comments below and either fax or mail this form to the Travelers Risk Control office listed below.

**FAX #  (214) 570-6690**
**Phone #  (214) 570-6682**
**Travelers**
**1301 E. Collins Blvd.**
**Richardson, TX 75081**
**Attn:  Risk Control**

**Comments**

_____

_____

_____

_____

_____

_____

_____

_____

_____

**Policy # (if known):**_____

**Insured Name:**_____

**Address:**_____

**Phone & FAX Number:**_____

**Completed By:**_____**Title:**_____

**Date:**_____

# SAFETY SERVICES

> **Notice to policy recipient: If you are not the person directly responsible for the accident prevention activities for your company, please direct this Safety Services notice to the person that is directly responsible for them.**

## SAFETY IS OUR CONCERN

Thank you for purchasing your insurance from one of the writing companies owned or managed by The Travelers Companies, Inc. We appreciate your business and welcome the opportunity to be of service.

An important part of that service concerns safety and accident prevention. Travelers Risk Control department has the experience, resources and capabilities to provide a range of safety services, including site surveys, phone consultations, as well as provide access to numerous safety-related materials.

We have experience in a variety of industries, some of which include manufacturing, wholesale and retail businesses, service organizations, technology-related business, oil and gas-based business, and the public sector.

Following are some examples of available safety services:

**Accident Prevention** – Our staff can help you identify present and potential hazards in your operations, premises and equipment, and recommend measures for reducing or eliminating these hazards.

**Analysis of Accident Causes** – Although you investigate and keep records of accidents, we are available to assist if needed.

**Safety Consultations** – Our Consultants can help you with special problems such as ergonomics and human factors.

**Industrial Hygiene/Health Services** – We have the facilities and resources to answer your questions concerning job related industrial hygiene/health issues and to measure exposure to industrial hygiene hazards.

**Safety Literature and Digital Media** – We can provide you with top-notch safety-related literature, CDs, DVDs, and videos to assist in your loss control efforts. Also, we can direct you to several vendors who are able to provide additional safety materials, including brochures, pamphlets and digital media.

**Safety Training** – We offer face-to-face classroom courses, as well as distance learning programs that explore the risks our policyholders face and ways for them to control losses.

**Return-To-Work Coordination** – We can assist you with several aspects of the post injury management process.

**Please note: For ALL loss control assistance requests, please contact your local office directly, which is listed on one of the following pages.**

**These services are available upon request. See the remainder of this document for the Travelers' Risk Control office nearest you. These phone numbers should not be used for questions regarding your policy or claims.**

## SAFETY IS YOUR CONCERN

At Travelers, we are committed to doing all we can to help protect your business. As our customer, you have access to hundreds of safety materials specific to industry, size and complexity to help control hazards and reduce risks of illness or injury – with more than 700 focusing on workers' compensation issues. Take advantage of the Risk Control website at travelers.com/riskcontrol.

> The loss of a key employee due to an injury can seriously impact your business. We can help you to understand the types of accidents that may occur in your business and the steps you can take to help prevent them.

Examples of what you will find include:

- Safety checklists, sample programs.

- You will find hundreds of resources in our Education Center including schedules of live classroom sessions and online webinars – more then 90 training options for workers' compensation alone.

- Alerts and newsletters that can be sent directly to you, to stay informed of the latest safety trends and regulatory topics.

These resources can help you improve your workplace safety practices. We like to think of it as protection beyond the policy.

**Contact Us**

For more information, please visit travelers.com/riskcontrol.

**WUNT3B14**
© 2014 The Travelers Indemnity Company. All rights reserved.

**Please call these numbers**
**FOR SAFETY SERVICES ONLY**
**For all other inquiries please contact your agent, underwriter or claim representative**

**ALABAMA**
**Birmingham**
3000 Riverchase Galleria
Ste. 600
Birmingham, AL 35244
(615) 660-6036
Claims: 1-800-238-6214

**ALASKA**
**Portland, OR**
4000 SW Kruse Place, Suite 100
Lake Oswego, OR 97035
(503) 534-4276

**ARIZONA**
**Phoenix**
2401 W Peoria Ave., Suite 130
Phoenix, AZ 85029
Risk Control: (720) 200-8355

**ARKANSAS**
**St. Louis, MO**
940 West Port Plaza, Suite 270
St. Louis, MO 63146
Risk Control: (314) 579-8282

**CALIFORNIA**
**Diamond Bar**
21688 Gateway Center Drive
P.O. Box 6512
Diamond Bar, CA 91765-8512
Risk Control: (949) 224-5789
Claims: (909) 612-3000

**CALIFORNIA**
**Glendale**
655 N. Central Avenue, #1600
Glendale, CA 91203
Risk Control: (949) 224-5789
Claims: (909) 612-3000

**CALIFORNIA**
**Irvine**
3333 Michelson Dr. City Blvd. W
Suite 1000
Irvine, CA 92612
Risk Control: (949) 224-5789

**CALIFORNIA**
**Los Angeles**
888 South Figueroa St., Ste. 500
Los Angeles, CA 90017
Risk Control: (949) 224-5789
Claims: (909) 612-3000

**CALIFORNIA**
**Sacramento**
11070 White Rock Road, Suite 130
Rancho Cordova, CA 95670
Risk Control: (916) 852-5245
Claims: (800) 727-3995

**CALIFORNIA**
**San Diego**
9325 Sky Park Court, Ste. 220
San Diego, CA 92123
Risk Control: (949) 224-5789

**CALIFORNIA**
**Walnut Creek**
225 Lennon Lane, Ste. 105
P.O. Box 8090
Walnut Creek, CA 94596-8090
Risk Control: (925) 945-4193
Claims: (800) 842-7354

**COLORADO**
**Denver**
6060 S. Willow Dr. #300
Greenwood Village, CO 80111
(720) 200-8355
Claims: 720-200-8100

**CONNECTICUT**
**Hartford**
300 Windsor Street
Hartford, CT 06120
(860) 954-3741
Claims: (860) 954-5190

**DELAWARE**
**Philadelphia, PA**
10 Sentry Parkway, Suite 300
Blue Bell, PA 19422
(215) 274-1610
Claims: 1-800-368-3562

**DISTRICT OF COLUMBIA**
**Washington, DC**
14200 Park Meadow Dr.
Chantilly, VA 20151
(571) 287-6285
Claims: 1-800-368-3562

**FLORIDA**
**Orlando**
2420 Lakemont Dr
Orlando, FL 32814
(678) 317-8210
Claims: 407-388-2400

**GEORGIA**
**Atlanta**
1000 Windward Concourse
Alpharetta, GA 30005
(678) 317-8210
Claims: 800-238-6214

**HAWAII**
**Irvine, CA**
3333 Michelson Drive City Blvd. W
Suite 1000
Irvine, CA 92612
(949) 224-5789

**IDAHO**
**Sacramento, CA**
11070 White Rock Rd, Suite 130
Rancho Cordova, CA 95670
Risk Control: (916) 852-5245
Claim: (800) 727-3995

**ILLINOIS**
**Chicago**
200 North LaSalle Street
Suite 2200
Chicago, IL 60601
(630) 961-8074
Claims: 800-842-6172

**ILLINOIS**
**Naperville**
215 Shuman Boulevard
P.O. Box 3208
Naperville, IL 60566
(630) 961-8074
Claims: 800-842-6172

**INDIANA**
**Indianapolis**
Suite 300
280 East 96th Street
Indianapolis, IN 46240
(317) 818-0174
Claims: 800-238-6210

**IOWA**
**Des Moines**
7101 Vista Dr.
West Des Moines, IA 50266-9313
(651)-310-7834
Claims: 800-255-5072

**KANSAS**
**Kansas City**
7465 West 132nd
Overland Park, KS 66213
(314) 579-8282

**KENTUCKY**
**Louisville**
Suite 150
303 N Hurstbourne Pkwy
Louisville, KY 40222
(248) 312-7301
Claims: 800-238-6210

**LOUISIANA**
**New Orleans**
3838 N. Causeway, Suite 2700
Metairie, LA 70002
P.O. Box 61479
New Orleans, LA 70161-1479
(504) 832-7562
Claims: 800-842-2556

**MAINE**
**Portland, ME**
207 Larrabee Road, Suite 3
Westbrook, ME 04092
(207) 857-2021

WUNT3B14
© 2014 The Travelers Indemnity Company. All rights reserved.

**Please call these numbers**
**FOR SAFETY SERVICES ONLY**
**For all other inquiries please contact your agent, underwriter or claim representative**

**MARYLAND**
**Blue Bell, PA**
    10 Sentry Parkway, Suite 300
    Blue Bell, PA 19422
    (215) 274-1610
    Claims: 1-800-368-3562

**MASSACHUSETTS**
**Boston**
    100 Summer Street, Suite 201A
    Boston, MA 02110
    (781) 817-8370
    Claims: 800-832-7839

**MASSACHUSETTS**
**Hudson**
    1 Cabot Road
    Suite 250
    Hudson, MA 01749
    (781) 817-8370
    Claims: 800-832-7839

**MASSACHUSETTS**
**Braintree**
    350 Granite Street
    Suite 1201
    Braintree, MA 02184
    (781) 817-8370
    Claims: 800-832-7839

**MICHIGAN**
**Grand Rapids**
    3777 Sparks Ave. SE, Ste. 200
    P.O. Box 3010
    Grand Rapids, MI 49501-0323
    (248) 312-7301
    Claims: 800-238-6210

**MICHIGAN**
**Troy**
    1301 W. Long Lake Rd., Ste. 300
    Troy, MI 48098
    (248) 312-7301
    Claims: 800-238-6210

**MINNESOTA**
**St. Paul**
    385 Washington St., MC 104P
    St. Paul, MN 55102
    (651) 310-7834
    Claims: 800-842-3073

**MISSISSIPPI**
**Jackson**
    1080 River Oaks Dr
    Ste B-200
    Flowood, MS 39232
    (615) 660-6036
    Claims: 1-800-342-4064

**MISSOURI**
**St. Louis**
    940 West Port Plaza, Suite 270
    St. Louis, MO 63146
    (314) 579-8282
    Claims: 800-842-9621

**Kansas City**
**St. Louis**
    940 West Port Plaza, Suite 270
    St. Louis, MO 63146
    (314) 579-8282
    Claims: 800-255-5072

**Missouri Workers'**
**Compensation Plan (MWCP)**
    1000 Walnut Street
    Kansas City, MO 64199
    (816) 391-1123

**MONTANA**
**Sacramento, CA**
    11070 White Rock Rd, Suite 130
    Rancho Cordova, CA 95670
    Risk Control: (916) 852-5245
    Claims: (800) 727-3995

**NEBRASKA**
**Omaha**
    11516 Miracle Hills Dr., St. 400
    Omaha, NE 68154
    (651) 310-7834
    Claims: 800-255-5072

**NEVADA**
**Las Vegas**
    1850 E Flamingo, Suite 202
    Las Vegas, NV 89119
    Risk Control: (720) 200-8355
    Claims: 702-479-4200

**NEW HAMPSHIRE**
**Portland, ME**
    207 Larrabee Road, Suite 3
    Westbrook, ME 04092
    (207) 857-2021

**NEW JERSEY**
**Morristown**
    445 South Street
    Morristown, NJ 07960
    (973) 631-7015
    Claims: 1-800-842-2475

**NEW JERSEY**
**Marlton**
    Lake Center Exec Park Building 30
    Suite 110
    Marlton, NJ 08053
    (856) 703-2323
    Claims: 800-842-2475

**NEW MEXICO**
**Phoenix**
    2401 W Peoria Ave., Suite 130
    Phoenix, AZ 85029
    (720) 200-8355
    Claims: 602-861-8600

**NEW YORK**
**Albany**
    900 Watervliet-Shaker Road
    Albany, NY 12205
    (315) 424-7231
    Claims: 800-842-2475

**NEW YORK**
**Buffalo**
    60 Lakefront Blvd.
    P.O. Box 242
    Buffalo, NY 14240-0242
    (315) 424-7231
    Claims: 800-842-2475

**NEW YORK**
**Jericho-Long Island**
    Two Jericho Plaza
    Jericho, NY 11753
    (516) 933-3932
    Claims: 800-842-2475

**NEW YORK**
**New York**
    485 Lexington Ave.
    New York, NY 10017-2630
    (516) 933-3932
    Claims: 1-800-842-2475

**NEW YORK**
**Rochester**
    75 Town Centre Drive
    P.O. Box 23235
    Rochester, NY 14692-3235
    (315) 424-7231
    Claims: 1-800-842-2475

**NEW YORK**
**Syracuse**
    440 South Warren Street
    P.O. Box 4963
    Syracuse, NY 13221-4963
    (315) 424-7231
    Claims: 800-842-2475

**NORTH CAROLINA**
**Charlotte**
    11440 Carmel Commons Blvd.
    P.O. Box 473500
    Charlotte, NC 28247-3500
    (704) 540-3209
    Claims: (704) 544-3500

**NORTH CAROLINA**
**Raleigh**
    4504 Emperor Blvd.
    Durham, NC 27703
    (704) 540-3209
    Claims: (704) 544-3500

**NORTH DAKOTA**
**St. Paul, MN**
    385 Washington St., MC 104P
    St. Paul, MN 55102
    (651) 310-7834
    Claims: 800-842-3073

**OHIO**
**Cincinnati**
    Baldwin Center, Suite 500
    625 Eden Park Drive
    Cincinnati, OH 45202
    (412) 338-3069
    Claims: 800-238-6210

**OHIO**
**Cleveland**
    6150 Oak Tree Blvd., Suite 400
    Independence, OH 44131
    (412) 338-3069
    Claims: 800-238-6210

**OKLAHOMA**
**Tulsa**
    9820 East 41st St., Suite 401
    P.O Box 3510
    Tulsa, OK 74101
    (314) 579-8282

WUNT3B14
© 2014 The Travelers Indemnity Company. All rights reserved.

**Please call these numbers**
**FOR SAFETY SERVICES ONLY**
**For all other inquiries please contact your agent, underwriter or claim representative**

**OREGON**
**Portland**
4000 SW Kruse Place, Suite 100
Lake Oswego, OR 97035
Risk Control: (916) 852-5245
Claims: 800-698-6883

**PENNSYLVANIA**
**Philadelphia**
10 Sentry Parkway, Suite 300
Blue Bell, PA 19422
(215) 274-1610
Claims: 800-832-0606

**PENNSYLVANIA**
**Pittsburgh**
800 Two Chatham Center
Pittsburgh, PA 15219-2505
(412) 338-3069
Claims: (412) 338-3000

**PENNSYLVANIA**
**Reading**
1105 Berkshire Blvd.
P.O. Box 13426
Wyomissing, PA 19612-3426
(215) 274-1610
Claims: 800-832-0606

**RHODE ISLAND**
**Braintree**
350 Granite Street
Suite 1201
Braintree, MA 02184
(781) 817-8370
Claims: 800-832-7839

**SOUTH CAROLINA**
**Charlotte**
11440 Carmel Commons Blvd.
P.O. Box 473500
Charlotte, NC 28247-3500
(704) 540-3209
Claims: 704-544-3500

**SOUTH DAKOTA**
**St. Paul, MN**
385 Washington St.
St. Paul, MN 55102
(651) 310-7834
Claims: 800-842-3073

**TENNESSEE**
**Franklin**
6640 Carothers Pkwy, Suite 300
Franklin, TN 37067
(615) 660-6036
Claims: (615) 660-6000

**TEXAS**
**Dallas**
1301 E Collins Blvd., Suite 300
Richardson, TX 75081
(214) 570-6675
Claims: 214-570-6000

**TEXAS**
**Houston**
4650 Westway Park Blvd., Suite 350
Houston, TX 77041
(281) 606-8534
Claims: 800-235-3610

**UTAH**
**Denver, CO**
6060 S. Willow Drive #300
Greenwood Village, CO 80111
(720) 200-8306
Claims: 800-453-3025

**VERMONT**
**Hartford, CT**
300 Windsor Street
Hartford, CT 06120
(860) 954-5190

**VIRGINIA**
**Richmond**
9954 Mayland Drive, Suite 6100
Richmond, VA 23233
(571) 287-6285
Claims: (804) 330-6000

**Washington, DC**
14200 Park Meadow Dr.
Chantilly, VA 20151
(571) 287-6285
Claims: 800-368-3562

**WASHINGTON**
**Seattle**
1501 4th Avenue, Suite 400
Seattle, WA 98101
Risk Control: (916) 852-5245

**WEST VIRGINIA**
**Charleston, WV**
119 Virginia St. W.
Charleston, WV 25302
(412) 338-3069
Claims: (443) 353-1000

**WISCONSIN**
**Milwaukee**
13935 Bishops Drive, Suite 200
Brookfield, WI 53005
(262) 825-9203
Claims: 800-842-6172

**WYOMING**
**Denver, CO**
6060 S. Willow Drive #300
Greenwood Village, CO 80111
Risk Control: (720) 200-8355

**WUNT3B14**
© 2014 The Travelers Indemnity Company. All rights reserved.

# Important Notice to Policy Holders in California

Your policy contains the following form:

WC 04 03 17 00 – Employee Insured by General Employer

If, in the conduct of your business in California, you have employees provided to you pursuant to an agreement with another employer (the "General Employer"), this endorsement is intended to prevent your workers' compensation policy from responding to work related injuries to such employees in the event the General Employer's workers' compensation carrier becomes insolvent. Such an agreement may exist, for example, if you hire temporary employees through an agency, or contract with an employee leasing company.

In order for exclusion WC 04 03 17 00 to be effective, you must countersign the form. Sign and return the form if you want to avoid this exposure under your policy, if you have a valid and enforceable agreement with the General Employer in which the General Employer has agreed to obtain workers' compensation coverage for the employees, and if the General Employer has obtained such workers' compensation coverage. With this exclusion in place on your policy, an injured employee you hired through a temporary agency or under contract with an employee leasing company would submit the claim to the California Insurance Guarantee Association (CIGA) in the event the temporary agency's or employee leasing company's workers' compensation carrier becomes insolvent. Without the signed exclusion, CIGA may not pay such claims, resulting in increased exposure under your policy.

Signed forms should be sent to your agent or broker.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 04 03 17 (00)

POLICY NUMBER: (HJUB-4F12803-3-14)

## ENDORSEMENT AGREEMENT LIMITING AND RESTRICTING THIS INSURANCE
### Employee Insured by General Employer Excluded

The insurance under this policy is limited as follows:

It is AGREED that, anything in this policy to the contrary notwithstanding, this policy DOES NOT INSURE:

**NO LIABILITY FOR EMPLOYEE INSURED BY GENERAL EMPLOYER**

Any liability you may have as the special employer of an employee who is not on your payroll at the time of injury, based upon your representation that: (1) you have entered into a valid and enforceable agreement pursuant to Labor Code Section 3602 (d) with the employee's general employer under which the general employer agrees to secure the payment of compensation for such employee and (2) the general employer has obtained workers' compensation coverage for the employee.

**FAILURE TO SECURE THE PAYMENT OF FULL COMPENSATION BENEFITS FOR ALL EMPLOYEES AS REQUIRED BY LABOR CODE SECTION 3700 IS A VIOLATION OF LAW AND MAY SUBJECT THE EMPLOYER TO THE IMPOSITION OF A WORK STOP ORDER, LARGE FINES, AND OTHER SUBSTANTIAL PENALTIES (Labor Code Section 3710.1, et seq.).**

**By signature below, you affirm that, with respect to any employee who is also the employee of a general employer, (1) you have entered into a valid and enforceable agreement pursuant to Labor Code Section 3602(d) with the employee's general employer under which the general employer agrees to secure the payment of compensation for such employee and (2) the general employer has obtained workers' compensation coverage for the employee.**

Countersigned By _____

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective          Policy No.                    Endorsement No.

Insured

Insurance Company              Countersigned by _____

# POLICYHOLDER NOTICE

## SHORT RATE CANCELATION
## CALIFORNIA INSURANCE CODE SECTION 481

CA Insurance Code Section 481 requires that where an insurance policy includes a provision to refund premium on anything other than a pro rata basis, including the assessment of cancellation fees, the insurer must disclose that fact to the policyholder in writing prior to, or concurrent with, the proposal or quote prior to each renewal. The disclosure must include the actual or maximum fees or penalties to be applied. The WCIRB also created a Short Rate Cancelation Endorsement which complements the disclosure requirement. This requirement applies to insurance policies issued or renewed on or after January 1, 2012.

In order to respond to this insurance code requirement we have created this Policyholder Notice to disclose our use of short rate calculations as described in the California Short Rate Cancelation Endorsement included in the policy.



**Report Claims Immediately by Calling\***
**1-800-238-6225**
*Speak directly with a claim professional*
*24 hours a day, 365 days a year*

\*Unless Your Policy Requires **Written** Notice or Reporting

# WORKERS COMPENSATION
# AND
# EMPLOYERS LIABILITY POLICY

**A Custom Insurance Policy Prepared for:**

**TSC ACQUISITION CORP**
**10440 N CENTRAL EXPRESSWAY**
**DALLAS TX 75231**



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**TYPE V**     **INFORMATION PAGE WC 00 00 01 ( A)**

**POLICY NUMBER:** (HJUB-4F12803-3-14)

NEW-14

**INSURER:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**NCCI CO CODE:** 13579

**1.**

| **INSURED:** | **PRODUCER:** |
|---|---|
| TSC ACQUISITION CORP | FRANK CRYSTAL & CO OF CA |
| 10440 N CENTRAL EXPRESSWAY | 575 MARKET ST STE 1300 |
| DALLAS TX 75231 | SAN FRANCISCO CA 94105-2852 |

Insured is A CORPORATION

Other work places and identification numbers are shown in the schedule(s) attached.

**2.**  The policy period is from 12-31-14 to 12-31-15 12:01 A.M. at the insured's mailing address.

**3.**  **A.**  **WORKERS COMPENSATION INSURANCE:** Part One of the policy applies to the Workers Compensation Law of the state(s) listed here:

CA TX

**B.**  **EMPLOYERS LIABILITY INSURANCE:** Part Two of the policy applies to work in each state listed in item 3.A. The limits of our liability under Part Two are:

Bodily Injury by Accident: $ 1000000 Each Accident
Bodily Injury by Disease: $ 1000000 Policy Limit
Bodily Injury by Disease: $ 1000000 Each Employee

**C.**  **OTHER STATES INSURANCE:** Part Three of the policy applies to the states, if any, listed here:

AL AR AZ CO CT DC DE FL GA HI IA ID IL IN KS KY LA MA MD ME MI MN
MO MS MT NC NE NH NJ NM NV NY OK OR PA RI SC SD TN UT VA VT WI WV

**D.**  This policy includes these endorsements and schedules:

SEE LISTING OF ENDORSEMENTS - EXTENSION OF INFO PAGE

**4.**  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans. All required information is subject to verification and change by audit to be made ANNUALLY.

**DATE OF ISSUE:** 01-05-15   DS
    **OFFICE:** SP-SAN FRANCISCO   08F                    DIRECT BILL
  **PRODUCER:** FRANK CRYSTAL & CO OF CA                 NY923



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

TYPE V   **INFORMATION PAGE WC 00 00 01 ( A)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**CLASSIFICATION SCHEDULE:**

| CLASSIFICATIONS | CODE NO | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|

SEE EXTENSION OF INFORMATION PAGE - SCHEDULE(S)

**SIC-CODE:**  4813    **NAICS:**  517911

--------------------------------------------------------------------------------

|  | STANDARD |
|---|---|
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM $ | 67820 |
| PREMIUM DISCOUNT | 2617 |
| 0900-42 EXPENSE CONSTANT | 200 |
| TERRORISM | 2065 |
| TOTAL ESTIMATED PREMIUM | 67468 |
| TAXES AND SURCHARGES | 2648 |
| DEPOSIT AMOUNT DUE | 70116 |

**Minimum Premium:** $ 1137        EMPLOYERS LIABILITY MINIMUM: $ 150
OTHER MINIMUMS ARE INDICATED ON THE APPLICABLE SCHEDULE(S)

DATE OF ISSUE: 01-05-15  DS
      OFFICE: SP-SAN FRANCISCO  08F
   PRODUCER: FRANK CRYSTAL & CO OF CA NY923        COUNTERSIGNED-AGENT



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

INSURER: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
          075
          13579-CA

INSURED'S NAME: TSC ACQUISITION CORP

RATE BUREAU ID: 5737481R

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 355 SOUTH GRAND AVENUE LOS ANGELES, CA 90017 SIC CODE: 4813 NAICS: 517911 | | | | |
| BLANKET WAIVER SEE ENDT. WC 99 03 76 ( A)-001 WAIVER CALCULATION IS BASED ON CLASS CODE(S) PREMIUM X RATE. | 0930 | 71544 | .02 | 1431 |
| TELECOMMUNICATIONS COMPANIES- ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | 450000 | 10.82 | 48690 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 3462786 | .66 | 22854 |
| LOCATION 002 01 | | | | |
| FEIN 680620316 ENTITY CD 002 | | | | |
| TELSCAPE COMMUNICATIONS INC | | | | |
| 355 SOUTH GRAND AVENUE LOS ANGELES, CA 90017 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 752663894 ENTITY CD 003 | | | | |

DATE OF ISSUE: 01-05-15 DS
      SCHEDULE NO:   1 OF MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 002 01 (CONT'D) | | | | |
| FEIN 752663894 ENTITY CD 003 (CONT'D) | | | | |
| SAGE TELECOM | | | | |
| 355 SOUTH GRAND AVENUE LOS ANGELES, CA 90017 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 274589825 ENTITY CD 004 | | | | |
| TRUCONNECT MOBILE | | | | |
| 355 SOUTH GRAND AVENUE LOS ANGELES, CA 90017 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS COMPANIES- ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |
| LOCATION 003 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 3949 RUFFLIN ROAD SAN DIEGO, CA 92123 SIC CODE: 4813 NAICS: 517911 | | | | |

DATE OF ISSUE: 01-05-15 DS

SCHEDULE NO:    2  OF MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 003 01 (CONT'D) | | | | |
| TELECOMMUNICATIONS COMPANIES-ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |

LOCATION 004 01

FEIN 522332306 ENTITY CD 001

TSC ACQUISITION CORP

8401 VAN NUYS BOULEVARD
PANORAMA CITY, CA 91402
SIC CODE: 4813 NAICS: 517911

| | | | | |
|---|---|---|---|---|
| TELECOMMUNICATIONS COMPANIES-ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 004 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |

LOCATION 005 01

FEIN 522332306 ENTITY CD 001

TSC ACQUISITION CORP

6906 PACIFIC BOULEVARD
HUNTINGTON PARK, CA 90255
SIC CODE: 4813 NAICS: 517911

| | | | | |
|---|---|---|---|---|
| TELECOMMUNICATIONS COMPANIES-ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |

LOCATION 006 01

FEIN 522332306 ENTITY CD 001

TSC ACQUISITION CORP

555 BROADWAY
CHULA VISTA, CA 91910
SIC CODE: 4813 NAICS: 517911



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 006 01 (CONT'D) | | | | |
| TELECOMMUNICATIONS COMPANIES-ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |
| LOCATION 007 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 1100 GLENDON AVENUE LOS ANGELES, CA 90024 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS COMPANIES-ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |

DATE OF ISSUE: 01-05-15  DS

SCHEDULE NO:    5  OF MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 007 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |
| | | | | |
| LOCATION 008 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 9536 WILSHIRE BLVD BEVERLY HILLS, CA 90213 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS COMPANIES- ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | IF ANY | 10.82 | |



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 008 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .66 | |

CA MANUAL PREMIUM $      71544

--------------------------------------------------------------------------------

| | |
|---|---|
| TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION  $ | 72975 |
| EXPERIENCE MODIFICATION:  .82 MODIFIED PREMIUM | 59840 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | 59840 |
| 3.20% PREMIUM DISCOUNT(0064) | 1915 |
| TERRORISM (9740) | 1174 |
| 2.25% CIGA SURCHARGE | 1330 |
| 2.23% USER  / FRAUD / UEBT / SIBT / OSH / LEC | 1318 |
| TOTAL ESTIMATED PREMIUM | 61747 |
| DEPOSIT AMOUNT DUE | 61747 |

DATE OF ISSUE: 01-05-15 DS                    SCHEDULE NO:    7 OF MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

INSURER: THE STANDARD FIRE INSURANCE COMPANY

15245-TX

INSURED'S NAME: TSC ACQUISITION CORP

RATE BUREAU ID: 420755074

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| BLANKET WAIVER SEE ENDT. WC 42 03 04 ( B)-001 WAIVER CALCULATION IS BASED ON CLASS CODE(S) PREMIUM X RATE. | 0930 | 4455 | .02 | 89 |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 4454988 | .10 | 4455 |
| LOCATION 002 01 | | | | |
| FEIN 680620316 ENTITY CD 002 | | | | |
| TELSCAPE COMMUNICATIONS INC | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 752663894 ENTITY CD 003 | | | | |
| SAGE TELECOM | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 274589825 ENTITY CD 004 | | | | |

DATE OF ISSUE: 01-05-15  DS

SCHEDULE NO:    8  OF MORE



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 002 01 (CONT'D) | | | | |
| FEIN 274589825 ENTITY CD 004 (CONT'D) | | | | |
| TRUCONNECT MOBILE | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 003 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 11830 WEBB CHAPEL ROAD DALLAS, TX 75234 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 004 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 2200 AVENUE K PLANO, TX 75074 SIC CODE: 4813 NAICS: 517911 | | | | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS<br>ESTIMATED<br>TOTAL ANNUAL<br>REMUNERATION | RATES<br>PER $100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| LOCATION 004 01 (CONT'D) | | | | |
| TELECOMMUNICATIONS CONTRACTOR:<br>SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |

LOCATION 005 01

FEIN 522332306 ENTITY CD 001

TSC ACQUISITION CORP

7568 GREENVILLE AVENUE
DALLAS, TX 75231
SIC CODE: 4813 NAICS: 517911

| | | | | |
|---|---|---|---|---|
| TELECOMMUNICATIONS CONTRACTOR:<br>SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 005 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |

TX MANUAL PREMIUM $       4455

--------------------------------------------------------------------------------

| | | |
|---|---|---|
| 1.40% EMPL. LIAB. INCREASED LIMITS(9812) | $ | 62 |
| ADD FOR INCREASED LIMITS MINIMUM (9848) | | 88 |
| TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION | $ | 4694 |
| EXPERIENCE MODIFICATION: 1.70 MODIFIED PREMIUM | | 7980 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | | 7980 |
| 8.80% PREMIUM DISCOUNT (0063) | | 702 |
| EXPENSE CONSTANT(0900) | | 200 |
| TERRORISM (9740) | | 891 |
| TOTAL ESTIMATED PREMIUM | | 8369 |
| DEPOSIT AMOUNT DUE | | 8369 |

DATE OF ISSUE: 01-05-15 DS

SCHEDULE NO:   11 OF LAST



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 00 00 01 (A )**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**LISTING OF ENDORSEMENTS**
**EXTENSION OF INFO PAGE**

We agree that the following listed endorsements form a part of this policy on its effective date.

```
WC 00 00 01  A - 001      INFORMATION PAGE
WC 00 00 01  A - 001      INFORMATION PAGE 2
WC 00 00 01  A - 001      EXTENSION OF INFORMATION PAGE - SCHEDULE
WC 00 00 01  A - 001      ENDORSEMENT LISTING
WC 04 03 17 00 - 001      ENDT AGRMNT LIMITING & RESTRICTING INS
WC 00 01 14 00 - 001      PENDING LAW CHANGE TO TERRORISM RISK INS
WC 00 03 11  A - 001      VOLUNTARY COMP AND EMPLOYERS LIAB COV
WC 00 04 06 00 - 001      PREMIUM DISCOUNT ENDORSEMENT
WC 00 04 22  A - 001      TERRORISM-REAUTHORIZATION ACT DISCLOSURE
WC 42 01 01 00 - 001      TX PENDING LAW CHANGE TO TERRORISM RISK
WC 99 03 C3 00 - 001      SPECIAL PROVISIONS ENDT
WC 99 03 F3 00 - 001      CA LIMITS OF LIABILITY ENDT
WC 99 03 76  A - 001      WAIVER OF OUR RIGHTS TO RECOVER-CA
WC 99 03 99 00 - 001      CA WORKERS' COMP NOTICE OF NON-RENEWAL
WC 00 04 21  C - 001      CATASTROPHE (O/T CERT. ACTS OF TERR)ENDT
WC 99 04 08 00 - 001      PREMIUM DISCOUNT ENDORSEMENT
WC 04 03 01  B - 001      POLICY AMENDATORY ENDORSEMENT-CALIFORNIA
WC 04 03 03 01 - 001      OFFICERS & DIRECTORS COV/EXCLUSION ENDT.
WC 04 03 05 00 - 001      VOL COMP & EMPLOYERS LIAB COV ENDT.
WC 04 03 60  A - 001      CA-EMPLOYERS LIAB COV AMENDATORY ENDT
WC 04 04 22 00 - 001      CALIFORNIA SHORT-RATE CANCELATION ENDT
WC 04 06 01  A - 001      CA CANCELATION ENDT
WC 42 03 01  G - 001      TEXAS AMENDATORY ENDORSEMENT
WC 42 03 04  B - 001      TX WAIVER OF OUR RIGHTS TO RECOVER
WC 42 04 07 00 - 001      TX AUDIT PREMIUM & RETRO PREM ENDT
```

DATE OF ISSUE: 01-05-15      ST ASSIGN:      Page  1 of **LAST**

WC 00 00 00 ( B)
(Ed. 7-11)

# The Travelers Insurance Companies

(Each a Stock Insurance Company)
Hartford, Connecticut

### WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who Is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational dis-

ease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE – WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1. Bodily injury by accident must occur during the policy period.

2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. reasonable expenses incurred at our request, but not loss of earnings;

2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance.

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

WC 00 00 00 ( B )
(Ed. 7-11)

3.  litigation costs taxed against you;

4.  interest on a judgment as required by law until we offer the amount due under this insurance; and

5.  expenses we incur.

**E.  Other Insurance**

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

**F.  Payments You Must Make**

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:

1.  of your serious and willful misconduct;

2.  you knowingly employ an employee in violation of law;

3.  you fail to comply with a health or safety law or regulation; or

4.  you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

**G.  Recovery From Others**

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

**H.  Statutory Provisions**

These statements apply where they are required by law.

1.  As between an injured worker and us, we have notice of the injury when you have notice.

2.  Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.

3.  We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law.

    Enforcement may be against us or against you and us.

4.  Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.

5.  This insurance conforms to the parts of the workers compensation law that apply to:

    a.  benefits payable by this insurance;

    b.  special taxes, payments into security or other special funds, and assessments payable by us under that law.

6.  Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO – EMPLOYERS LIABILITY INSURANCE

**A.  How This Insurance Applies**

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.

1.  The bodily injury must arise out of and in the course of the injured employee's employment by you.

2.  The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.

3.  Bodily injury by accident must occur during the policy period.

4.  Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5.  If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 ( B)**
(Ed. 7-11)

States of America, its territories or possessions, or Canada.

**B. We Will Pay**

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee;

provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

**C. Exclusions**

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily

injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions.

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 USC Sections 901-950), the Nonappropriated Fund Instrumentalities Act (5 USC Sections 8171-8173), the Outer Continental Shelf Lands Act (43 USC Sections 1331-1356a), the Defense Base Act (42 USC Sections 1651-1654), the Federal Coal Mine Safety and Health Act (30 USC Sections 801-945), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws.

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 USC Sections 51-60), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws.

10. Bodily injury to a master or member of the crew of any vessel.

11. Fines or penalties imposed for violation of federal or state law.

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 USC Sections 1801-1872) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

**D. We Will Defend**

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 ( B)**
(Ed. 7-11)

**E. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;

2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;

3. Litigation costs taxed against you;

4. Interest on a judgement as required by law until we offer the amount due under this insurance; and

5. expenses we incur.

**F. Other Insurance**

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

**G. Limits of Liability**

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below:

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.

   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.

2. Bodily Injury by Disease. The limit shown for "bodily injury by disease-policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease-each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.

   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.

3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

**H. Recovery From Others**

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

**I. Actions Against Us**

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and

2. The amount you owe has been determined with our consent or by actual trial and final judgement.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

## PART THREE – OTHER STATES INSURANCE

**A. How This Insurance Applies**

1. This other insurance applies only if one or more states are shown in Item 3.C. of the Information Page.

2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.

3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.

4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B. Notice**

Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

Page 4 of 6

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 ( B)**
(Ed. 7-11)

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.

1. Provide for immediate medical and other services required by the workers compensation law.

2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.

3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.

4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.

5. Do nothing after an injury occurs that would interfere with our right to recover from others.

6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

**A. Our Manuals**

All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B. Classifications**

Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C. Remuneration**

Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:

1. All your officers and employees engaged in work covered by this policy; and

2. All other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, determined by our short-rate cancellation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports,

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.

**WC 00 00 00 ( B)**
(Ed. 7-11)

payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX – CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**D. Cancellation**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancellation is to take effect.

2. We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancellation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3. The policy period will end on the day and hour stated in the cancellation notice.

4. Any of these provisions that conflict with a law that controls the cancellation of the insurance in this policy is changed by this statement to comply with the law.

**E. Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancellation.

In witness whereof, the company has caused this policy to be signed by its President and Secretary at Hartford, Connecticut and countersigned on the Information page by a duly authorized agent of the company.

_Wendy C. Skjei_
*Secretary*

_Brian MacLean_
*President*

© Copyright 2009 National Council on Compensation Insurance, Inc. All Rights Reserved.


**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 00 01 14 (00)**

POLICY NUMBER: (HJUB-4F12803-3-14)

# NOTIFICATION ENDORSEMENT OF PENDING LAW CHANGE TO TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007

This endorsement is being sent to you with respect to your workers compensation and employers liability insurance policy. This endorsement does not replace the separate Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A) that is attached to your current policy and which remains in effect as applicable.

The Terrorism Risk Insurance Act of 2002 (TRIA) as previously amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007 (TRIPRA), provides for a program under which the federal government will share in the payment of insured losses caused by certain acts of terrorism. In the absence of affirmative US Congressional action to extend, update, or otherwise reauthorize TRIPRA, in whole or in part, TRIPRA is scheduled to expire December 31, 2014.

Since the timetable for any further Congressional action respecting TRIPRA is unknown at this time, and exposure to acts of terrorism remains, we are providing our policyholders with relevant information concerning their workers compensation policies in effect on or after January 1, 2014 in the event of TRIPRA's expiration.

Your policy provides coverage for workers compensation losses caused by acts of terrorism or war, including workers compensation benefit obligations dictated by state law, except in Pennsylvania where injuries or deaths resulting from certain war-related activities are excluded from workers compensation coverage. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy.

**The premium charge for the coverage your policy provides for terrorism or war losses is shown in Item 4 of the Information Page or the Schedule in the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A) that is attached to your policy, and this amount may continue or change for new, renewal, and in-force policies in effect on or after December 31, 2014 in the event of TRIPRA's expiration, subject to regulatory review in accordance with applicable state law.**

You need not do anything further at this time.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                Premium:

Insurance Company                        Countersigned by _____

DATE OF ISSUE: 01-05-15          ST ASSIGN:                          Page 1 of 1
© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS** J

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 03 11 ( A ) —

POLICY NUMBER:  (HJUB-4F12803-3-14)

## VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT

This endorsement adds Voluntary Compensation Insurance to the policy.

**A.  How This Insurance Applies**

This insurance applies to bodily injury by accident or bodily injury by disease.  Bodily injury includes resulting death.

1.  The bodily injury must be sustained by an employee included in the group of employees described in the Schedule.

2.  The bodily injury must arise out of and in the course of employment necessary or incidental to work in a state listed in the Schedule.

3.  The bodily injury must occur in the United States of America, its territories or possessions, or Canada, and may occur elsewhere if the employee is a United States or Canadian citizen temporarily away from those places.

4.  Bodily injury by accident must occur during the policy period.

5.  Bodily injury by disease must be caused or aggravated by the conditions of your employment.  The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B.  We Will Pay**

We will pay an amount equal to the benefits that would be required of you if you and your employees described in the Schedule were subject to the workers compensation law shown in the Schedule.  We will pay those amounts to the persons who would be entitled to them under the law.

**C.  Exclusions**

This insurance does not cover:

1.  any obligation imposed by a workers compensation or occupational disease law, or any similar law.

2.  bodily injury intentionally caused or aggravated by you.

**D.  Before We Pay**

Before we pay benefits to the persons entitled to them, they must:

1.  Release you and us, in writing, of all responsibility for the injury or death.

2.  Transfer to us their right to recover from others who may be responsible for the injury or death.

3.  Cooperate with us and do everything necessary to enable us to enforce the right to recover from others.

If the persons entitled to the benefits of this insurance fail to do those things, our duty to pay ends at once. If they claim damages from you or from us for the injury or death, our duty to pay ends at once.

**E.  Recovery From Others**

If we make a recovery from others, we will keep an amount equal to our expenses of recovery and the benefits we paid.  We will pay the balance to the persons entitled to it.  If the persons entitled to the benefits



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 00 03 11 ( A )−**

POLICY NUMBER:  (HJUB-4F12803-3-14)

of this insurance make a recovery from others, they must reimburse us for the benefits we paid them.

**F.  Employers Liability Insurance**

Part Two (Employers Liability Insurance) applies to bodily injury covered by this endorsement as though the State of employment shown in the Schedule were shown in Item 3.A. of the Information Page.

**SCHEDULE**

| EMPLOYEES | STATE OF EMPLOYMENT | DESIGNATED WORKERS COMPENSATION LAW |
|---|---|---|
| ALL EMPLOYEES NOT SUBJECT TO THE WORKERS COMPENSATION LAW. | ALL STATES EXCEPT CA, NJ, ND, OH, WA, WI, AND WY | STATE OF HIRE |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 00 04 06 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# PREMIUM DISCOUNT ENDORSEMENT

The premium for this policy and the policies, if any, listed in item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in item 1 or 2 of the Schedule.  The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit.  Premium subject to retrospective rating is not subject to premium discount.

## SCHEDULE

**1.  STATE**                                 **ESTIMATED ELIGIBLE PREMIUM**

| First $5,000 | Next $95,000 | Next $400,000 | Balance |
|---|---|---|---|

**2.  AVERAGE PERCENTAGE DISCOUNT:**     See Information Page Schedule(s)

**3.  OTHER POLICIES:**

**4.**  IF THERE ARE NO ENTRIES IN ITEMS 1, 2, AND 3 OF THE SCHEDULE SEE THE PREMIUM DISCOUNT ENDORSEMENT ATTACHED TO YOUR POLICY NUMBER:

DATE OF ISSUE: 01-05-15        ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT  WC 00 04 22 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

# TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT DISCLOSURE ENDORSEMENT

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

**Definitions**

The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2007.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State, and the Attorney General of the United States as meeting all of the following requirements:

**a.** The act is an act of terrorism.

**b.** The act is violent or dangerous to human life, property or infrastructure.

**c.** The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

**d.** The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2008, and ending on December 31, 2014, an amount equal to 20% of our direct earned premiums, over the calendar year immediately preceding the applicable Program Year.

"Program Year" refers to each calendar year between January 1, 2008 and December 31, 2014, as applicable.

**Limitation of Liability**

The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a Program Year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 00 04 22 ( A)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**Policyholder Disclosure Notice**

1.  Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses exceed $100,000,000 in a Program Year, the United States Government would pay 85% of our Insured Losses that exceed our Insurer Deductible.

2.  Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3.  The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

<div align="center">

**Schedule**

</div>

| State | Rate | Premium |
|-------|------|---------|

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                    Endorsement No.
Insured                                                                  Premium $

Insurance Company                        Countersigned by _____

DATE OF ISSUE: 01-05-15        ST ASSIGN:                                        Page 2 of 2



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 01 01 (00)

POLICY NUMBER: (HJUB-4F12803-3-14)

# TEXAS NOTIFICATION ENDORSEMENT OF PENDING LAW CHANGE TO TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT OF 2007

This endorsement is being sent to you with respect to your workers compensation and employers liability insurance policy.

The Terrorism Risk Insurance Act of 2002 (TRIA) as previously amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2007 (TRIPRA), provides for a program under which the federal government will share in the payment of insured losses caused by certain acts of terrorism. In the absence of affirmative US Congressional action to extend, update, or otherwise reauthorize TRIPRA, in whole or in part, TRIPRA is scheduled to expire December 31, 2014.

Since the timetable for any further Congressional action respecting TRIPRA is unknown at this time, and exposure to acts of terrorism remains, we are providing our policyholders with relevant information concerning their workers compensation policies in effect on or after January 1, 2014 in the event of TRIPRA's expiration. Your policy provides coverage for workers compensation losses caused by acts of terrorism or war, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy.

**The premium charge for the coverage your policy provides for terrorism or war losses may continue or change for new, renewal, and in-force policies in effect on or after December 31, 2014 in the event of TRIPRA's expiration, subject to regulatory review in accordance with applicable state law.**

© Copyright 2013 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 99 03 C3 (00) — 001

POLICY NUMBER:  (HJUB-4F12803-3-14)

# SPECIAL PROVISIONS ENDORSEMENT
## STATE APPLICABILITY

The listed endorsements are only applicable in the following states:

```
WC 00 01 14 (00)-001   CW NOTIFICATION ENDT OF PENDING LAW CHG TO TERRORI
APPLIES TO STATE(S):   CA
WC 00 03 11 ( A)-001   VOLUNTARY COMP AND EMPLOYERS LIAB COV ENDT
APPLIES TO STATE(S):   TX
WC 00 04 06 (00)-001   PREMIUM DISCOUNT ENDORSEMENT
APPLIES TO STATE(S):   TX
WC 00 04 21 ( C)-001   CATASTROPHE (OTHER THAN CERT ACTS OF TERRORISM) PR
APPLIES TO STATE(S):   CA
WC 00 04 22 ( A)-001   Terrorism-Reauthorization Act Disclosure
APPLIES TO STATE(S):   CA TX
WC 04 03 01 ( B)-001   CA POLICY AMENDATORY ENDORSEMENT-CALIFORNIA
APPLIES TO STATE(S):   CA
WC 04 03 03 (01)-001   OFFICERS & DIRECTORS COV/EXCLUSION END - CA
APPLIES TO STATE(S):   CA
WC 04 03 05 (00)-001   VOL COMP & EMPLOYERS LIAB COV ENDORSEMENT-CA
APPLIES TO STATE(S):   CA
WC 04 03 17 (00)-001   CA ENDORSEMENT AGREEMENT LIMITING AND RESTRICG
APPLIES TO STATE(S):   CA
WC 04 03 60 ( A)-001   CA EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDT
APPLIES TO STATE(S):   CA
WC 04 04 22 (00)-001   CALIFORNIA SHORT-RATE CANCELATION ENDORSEMENT
APPLIES TO STATE(S):   CA
WC 04 06 01 ( A)-001   CA CANCELATION ENDT
APPLIES TO STATE(S):   CA
WC 42 01 01 (00)-001   TEXAS NOTIFICATION ENDORSEMENT OF PENDING LAW
APPLIES TO STATE(S):   TX
WC 42 03 01 ( G)-001   TX AMENDATORY ENDORSEMENT
APPLIES TO STATE(S):   TX
WC 42 03 04 ( B)-001   TEXAS WAIVER OF OUR RIGHT TO RECOVER
APPLIES TO STATE(S):   TX
```

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                           Endorsement No.

Insured                                                                   Premium $

Insurance Company                              Countersigned by _____

DATE OF ISSUE:  01-05-15        ST ASSIGN:                        Page 1 of  MORE



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 99 03 C3 (00) – 001**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# SPECIAL PROVISIONS ENDORSEMENT
# STATE APPLICABILITY

The listed endorsements are only applicable in the following states:

```
WC 42 04 07 (00)-001  TX AUDIT PREMIUM AND RETROSPECTIVE PREMIUM
APPLIES TO STATE(S):  TX
WC 99 03 C3 (00)-001  CA SPECIAL PROVISIONS ENDORSEMENT
APPLIES TO STATE(S):  CA
WC 99 03 F3 (00)-001  CALIFORNIA LIMITS OF LIABILITY ENDORSEMENT
APPLIES TO STATE(S):  CA
WC 99 03 76 ( A)-001  WAIVER TO RECOVER ENDT - CA
APPLIES TO STATE(S):  CA
WC 99 03 99 (00)-001  CA NOTICE OF NON-RENEWAL
APPLIES TO STATE(S):  CA
WC 99 04 08 (00)-001  PREMIUM DISCOUNT ENDORSEMENT
APPLIES TO STATE(S):  CA
```



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY INSURANCE POLICY
ENDORSEMENT WC 99 03 F3 (00)

POLICY NUMBER:   (HJUB-4F12803-3-14)

# CALIFORNIA LIMITS OF LIABILITY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the Information Page.

The limits of our liability under Part Two of the policy are:

| | | |
|---|---|---|
| Bodily Injury by Accident | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each accident |
| Bodily Injury by Disease | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, policy limit |
| Bodily Injury by Disease | $1,000,000 | or the amount shown in Item 3.B. of the Information Page, whichever is greater, each employee |

This change applies to the insurance this policy provides for California operations only.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                        Endorsement No.

Insured                                                                  Premium $

Insurance Company                             Countersigned by _____

DATE OF ISSUE: 01-05-15        ST ASSIGN:                              Page 1 of 1



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT   WC 99 03 76 ( A) — 001**

**POLICY NUMBER:** (HJUB-4F12803-3-14)

# WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS
## ENDORSEMENT – CALIFORNIA
## (BLANKET WAIVER)

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule.

The additional premium for this endorsement shall be 02.000 % of the California workers' compensation premium.

### Schedule

**Person or Organization**                                                    **Job Description**

ANY PERSON OR ORGANIZATION
FOR WHICH THE INSURED HAS
AGREED BY WRITTEN CONTRACT
EXECUTED PRIOR TO LOSS TO
FURNISH THIS WAIVER.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                         Policy No.                         Endorsement No.
Insured                                                                                      Premium

Insurance Company                              Countersigned by _____

**DATE OF ISSUE:**   01-05-15    **ST ASSIGN:**                                Page 1 of 1



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 99 03 99 (00)**

POLICY NUMBER: (HJUB-4F12803-3-14)

# CALIFORNIA WORKERS' COMPENSATION
## NOTICE OF NON-RENEWAL

Section 11664 of the California Insurance Code which becomes operative November 30, 1994 requires us in most instances to provide you with a notice of non-renewal. Except as specified in paragraphs 1 through 6 below, if we elect to non-renew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the non-renewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of non-renewal in any of the following situations:

1. Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2. The policy was extended for 90 days or less and the required notice was given prior to the extension.

3. You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4. The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5. You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6. We made a written offer to you at least 30 days, but not more than 120 days, prior to the end of the policy period to renew the policy at a changed premium rate.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 00 04 21 ( C)**

POLICY NUMBER:   (HJUB-4F12803-3-14)

# CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT

This endorsement is notification that your insurance carrier is charging premium to cover the losses that may occur in the event of a Catastrophe (other than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism). This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement (WC 00 04 22 A), attached to this policy.

For purposes of this endorsement, the following definitions apply:

- Catastrophe (other than Certified Acts of Terrorism): Any single event, resulting from an Earthquake, Noncertified Act of Terrorism, or Catastrophic Industrial Accident, which results in aggregate workers compensation losses in excess of $50 million.

- Earthquake: The shaking and vibration at the surface of the earth resulting from underground movement along a fault plane or from volcanic activity.

- Noncertified Act of Terrorism: An event that is not certified as an Act of Terrorism by the Secretary of Treasury pursuant to the Terrorism Risk Insurance Act of 2002 (as amended) but that meets all of the following criteria:

  a. It is an act that is violent or dangerous to human life, property, or infrastructure;

  b. The act results in damage within the United States, or outside of the United States in the case of the premises of United States missions or air carriers or vessels as those terms are defined in the Terrorism Risk Insurance Act of 2002 (as amended); and

  c. It is an act that has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

- Catastrophic Industrial Accident: A chemical release, large explosion, or small blast that is localized in nature and affects workers in a small perimeter the size of a building.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (other than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

### Schedule

| State | Rate | Premium |
|-------|------|---------|
|       |      |         |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                                                          Premium $

Insurance Company                                Countersigned by _____



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**
**ENDORSEMENT WC 99 04 08 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# PREMIUM DISCOUNT ENDORSEMENT

The premium for the state and other states, if any, listed in item 3.A of the Information Page may be eligible for a discount. The final calculation of premium discount will be determined by our manuals and your premium as determined by audit. Premium subject to retrospective rating is not subject to premium discount.

OTHER POLICIES:

DATE OF ISSUE: 01-05-15       ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 04 03 01 ( B)

POLICY NUMBER:  (HJUB-4F12803-3-14)

# POLICY AMENDATORY ENDORSEMENT – CALIFORNIA

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

1. **Minors Illegally Employed – Not Insured.** This policy does not cover liability for additional compensation imposed on you under Section 4557, Division IV, Labor Code of the State of California, by reason of injury to an employee under sixteen years of age and illegally employed at the time of injury.

2. **Punitive or Exemplary Damages – Uninsurable.** This policy does not cover punitive or exemplary damages where insurance of liability therefor is prohibited by law or contrary to public policy.

3. **Increase in Indemnity Payment – Reimbursement.** You are obligated to reimburse us for the amount of increase in indemnity payments made pursuant to Subdivision (d) of Section 4650 of the California Labor Code, if the late indemnity payment which gives rise to the increase in the amount of payment is due less than seven (7) days after we receive the completed claim form from you. You are obligated to reimburse us for any increase in indemnity payments not covered under this policy and will reimburse us for any increase in indemnity payment not covered under the policy when the aggregate total amount of the reimbursement payments paid in a policy year exceeds one hundred dollars ($100).

   If we notify you in writing, within 30 days of the payment, that you are obligated to reimburse us, we will bill you for the amount of increase in indemnity payment and collect it no later than the final audit. You will have 60 days, following notice of the obligation to reimburse, to appeal the decision of the insurer to the Department of Insurance.

4. **Application of Policy.** Part One, "Workers Compensation Insurance", A, "How This Insurance Applies", is amended to read as follows:

   This workers compensation insurance applies to bodily injury by accident or disease, including death resulting therefrom. Bodily injury by accident must occur during the policy period. Bodily injury by disease must be caused or aggravated by the conditions of your employment. Your employee's exposure to those conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. **Rate Changes.** The premium and rates with respect to the insurance provided by this policy by reason of the designation of California in Item 3 of the Information Page are subject to change if ordered by the Insurance Commissioner of the State of California pursuant to Section 11737 of the California Insurance Code.

6. **Long Term Policy.** If this policy is written for a period longer than one year, all the provisions of this policy shall apply separately to each consecutive twelve-month period or, if the first or last consecutive period is less than twelve months, to such period of less than twelve months, in the same manner as if a separate policy had been written for each consecutive period.

7. **Statutory Provision.** Your employee has a first lien upon any amount which becomes owing to you by us on account of this policy, and in the case of your legal incapacity or inability to receive the money and pay it to the claimant, we will pay it directly to the claimant.

8. Part Five, "Premium", E, "Final Premium", is amended to read as follows:

   The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund

DATE OF ISSUE: 01-05-15     ST ASSIGN:                    Page 1 of 2

© 2011 Workers Compensation Insurance Rating Bureau of California. All rights reserved.



ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT WC 04 03 01 ( B)

POLICY NUMBER:   (HJUB-4F12803-3-14)

the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

**a.** If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

**b.** If you cancel, final premium may be more than pro rata; it will be based on the time this policy was in force, and may be increased by our short-rate cancelation table and procedure. Final premium will not be less than the pro rata share of the minimum premium.

It is further agreed that this policy, including all endorsements forming a part thereof, constitutes the entire contract of insurance. No condition, provision, agreement, or understanding not set forth in this policy or such endorsements shall affect such contract or any rights, duties, or privileges arising therefrom.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                          Insurance Company

Countersigned by _____

DATE OF ISSUE: 01-05-15        ST ASSIGN:                                              Page 2 of 2
© 2011 Workers' Compensation Insurance Rating Bureau of California. All rights reserved.



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 04 03 03 (01) — 001**

POLICY NUMBER: (HJUB-4F12803-3-14)

# OFFICERS AND DIRECTORS COVERAGE/EXCLUSION ENDORSEMENT - CALIFORNIA

If the employer named in item 1 of the Information Page is a private corporation whose officers and directors are the sole shareholders, this policy applies to all such officers and directors, as employees, except those excluded below or named as excluded in item 4 of the Information Page.

|  OFFICERS AND DIRECTORS EXCLUDED | TITLE |
| --- | --- |
| NATHAN JOHNSON | |
| MATTHEW JOHNSON | |

DATE OF ISSUE: 01-05-15          ST ASSIGN:                    Page 1 of LAST



**ONE TOWER SQUARE
HARTFORD, CT 06183**

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 04 03 05 (00) — 001**

POLICY NUMBER: (HJUB-4F12803-3-14)

# VOLUNTARY COMPENSATION AND EMPLOYERS LIABILITY COVERAGE ENDORSEMENT - CALIFORNIA

If the employer named in item 1 of the Information Page has in his employment persons not entitled to compensation under Division 4 of the Labor Code of the State of California, this policy shall operate as an election on the part of the employer to come under the compensation provisions of Division 4 with respect to those persons described in the Schedule below.

This policy applies to those persons described in the Schedule below as employees.

**SCHEDULE**

ALL EMPLOYEES NOT SUBJECT TO THE WORKERS COMPENSATION LAW.

DATE OF ISSUE: 01-05-15      ST ASSIGN:



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT WC 04 03 60 ( A)

POLICY NUMBER:   (HJUB-4F12803-3-14)

# EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDORSEMENT – CALIFORNIA

The insurance afforded by Part Two (Employers' Liability Insurance) by reason of designation of California in item 3 of the information page is subject to the following provisions:

**A.** "How This Insurance Applies," is amended to read as follows:

**A.** How This Insurance Applies

This employers' liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury means a physical injury, including resulting death.

1. The bodily injury must arise out of and in the course of the injured employee's employment by you.
2. The employment must be necessary or incidental to your work in California.
3. Bodily injury by accident must occur during the policy period.
4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.
5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

**C.** The "Exclusions" section is modified as follows (all other exclusions in the "Exclusions" section remain as is):

1. Exclusion 1 is amended to read as follows:
   1. liability assumed under a contract.
2. Exclusion 2 is deleted.
3. Exclusion 7 is amended to read as follows:
   7. damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, termination of employment, or any personnel practices, policies, acts or omissions.
4. The following exclusions are added:
   1. bodily injury to any member of the flying crew of any aircraft.
   2. bodily injury to an employee when you are deprived of statutory or common law defenses or are subject to penalty because of your failure to secure your obligations under the workers' compensation law(s) applicable to you or otherwise fail to comply with that law.



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 04 04 22 (00)

POLICY NUMBER:  (HJUB-4F12803-3-14)

# CALIFORNIA SHORT-RATE CANCELATION ENDORSEMENT

It is agreed that, anything in the policy to the contrary notwithstanding, such insurance as is afforded by this policy by reason of the designation of California in Item 3 of the Information Page is subject to the following provisions:

If you cancel the policy and a disclosure was provided in accordance with Section 481(c) of the California Insurance Code, final premium will be based on the time this policy was in force and increased by the short-rate cancelation table below:

Short Rate Cancelation Table

| Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect |
|---|---|---|---|---|---|---|---|---|
| 1 | 5% | 18.2482 | 46 | 23% | 1.8250 | 91 | 35% | 1.4038 |
| 2 | 6 | 10.9489 | 47 | 23 | 1.7861 | 92 | 36 | 1.4283 |
| 3 | 7 | 8.5158 | 48 | 24 | 1.8250 | 93 | 36 | 1.4129 |
| 4 | 7 | 6.3869 | 49 | 24 | 1.7877 | 94 | 36 | 1.3979 |
| 5 | 8 | 5.8394 | 50 | 24 | 1.7520 | 95 | 37 | 1.4216 |
| 6 | 8 | 4.8662 | 51 | 24 | 1.7176 | 96 | 37 | 1.4066 |
| 7 | 9 | 4.6924 | 52 | 25 | 1.7548 | 97 | 37 | 1.3923 |
| 8 | 9 | 4.1058 | 53 | 25 | 1.7216 | 98 | 37 | 1.3781 |
| 9 | 10 | 4.0552 | 54 | 25 | 1.6899 | 99 | 38 | 1.4010 |
| 10 | 10 | 3.6496 | 55 | 26 | 1.7255 | 100 | 38 | 1.3870 |
| 11 | 11 | 3.6496 | 56 | 26 | 1.6947 | 101 | 38 | 1.3733 |
| 12 | 11 | 3.3455 | 57 | 26 | 1.6650 | 102 | 38 | 1.3598 |
| 13 | 12 | 3.3689 | 58 | 26 | 1.6362 | 103 | 39 | 1.3820 |
| 14 | 12 | 3.1283 | 59 | 27 | 1.6704 | 104 | 39 | 1.3688 |
| 15 | 13 | 3.1630 | 60 | 27 | 1.6425 | 105 | 39 | 1.3557 |
| 16 | 13 | 2.9653 | 61 | 27 | 1.6156 | 106 | 40 | 1.3774 |
| 17 | 14 | 3.0056 | 62 | 27 | 1.5895 | 107 | 40 | 1.3645 |
| 18 | 14 | 2.8386 | 63 | 28 | 1.6222 | 108 | 40 | 1.3519 |
| 19 | 15 | 2.8818 | 64 | 28 | 1.5969 | 109 | 40 | 1.3395 |
| 20 | 15 | 2.7377 | 65 | 28 | 1.5723 | 110 | 41 | 1.3605 |
| 21 | 16 | 2.7812 | 66 | 29 | 1.6038 | 111 | 41 | 1.3482 |
| 22 | 16 | 2.6547 | 67 | 29 | 1.5799 | 112 | 41 | 1.3362 |
| 23 | 17 | 2.6980 | 68 | 29 | 1.5566 | 113 | 41 | 1.3243 |
| 24 | 17 | 2.5856 | 69 | 29 | 1.5341 | 114 | 42 | 1.3447 |
| 25 | 17 | 2.4821 | 70 | 30 | 1.5643 | 115 | 42 | 1.3330 |
| 26 | 18 | 2.5270 | 71 | 30 | 1.5423 | 116 | 42 | 1.3215 |
| 27 | 18 | 2.4334 | 72 | 30 | 1.5208 | 117 | 43 | 1.3414 |
| 28 | 18 | 2.3465 | 73 | 30 | 1.5000 | 118 | 43 | 1.3301 |
| 29 | 18 | 2.2656 | 74 | 31 | 1.5291 | 119 | 43 | 1.3189 |
| 30 | 19 | 2.3117 | 75 | 31 | 1.5087 | 120 | 43 | 1.3079 |
| 31 | 19 | 2.2371 | 76 | 31 | 1.4888 | 121 | 44 | 1.3273 |
| 32 | 19 | 2.1672 | 77 | 32 | 1.5169 | 122 | 44 | 1.3164 |
| 33 | 20 | 2.2121 | 78 | 32 | 1.4974 | 123 | 44 | 1.3057 |
| 34 | 20 | 2.1471 | 79 | 32 | 1.4785 | 124 | 44 | 1.2951 |
| 35 | 20 | 2.0857 | 80 | 32 | 1.4600 | 125 | 45 | 1.3140 |
| 36 | 20 | 2.0278 | 81 | 33 | 1.4870 | 126 | 45 | 1.3036 |
| 37 | 21 | 2.0716 | 82 | 33 | 1.4689 | 127 | 45 | 1.2933 |
| 38 | 21 | 2.0171 | 83 | 33 | 1.4512 | 128 | 46 | 1.3117 |
| 39 | 21 | 1.9654 | 84 | 34 | 1.4774 | 129 | 46 | 1.3016 |
| 40 | 21 | 1.9162 | 85 | 34 | 1.4600 | 130 | 46 | 1.2916 |
| 41 | 22 | 1.9585 | 86 | 34 | 1.4430 | 131 | 46 | 1.2817 |
| 42 | 22 | 1.9119 | 87 | 34 | 1.4264 | 132 | 47 | 1.2996 |
| 43 | 22 | 1.8674 | 88 | 35 | 1.4517 | 133 | 47 | 1.2899 |
| 44 | 23 | 1.9079 | 89 | 35 | 1.4354 | 134 | 47 | 1.2802 |
| 45 | 23 | 1.8655 | 90 | 35 | 1.4194 | 135 | 47 | 1.2708 |

© 2011 Workers' Compensation Insurance Rating Bureau of California. All rights reserved



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY

ENDORSEMENT WC 04 04 22 (00)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy in Effect |
|---|---|---|---|---|---|---|---|---|
| 136 | 48% | 1.2882 | 181 | 60% | 1.2099 | 226 | 70% | 1.1305 |
| 137 | 48 | 1.2788 | 182 | 60 | 1.2033 | 227 | 70 | 1.1255 |
| 138 | 48 | 1.2696 | 183 | 61 | 1.2167 | 228 | 70 | 1.1206 |
| 139 | 49 | 1.2867 | 184 | 61 | 1.2101 | 229 | 71 | 1.1317 |
| 140 | 49 | 1.2775 | 185 | 61 | 1.2035 | 230 | 71 | 1.1267 |
| 141 | 49 | 1.2684 | 186 | 61 | 1.1970 | 231 | 71 | 1.1219 |
| 142 | 49 | 1.2595 | 187 | 61 | 1.1906 | 232 | 71 | 1.1170 |
| 143 | 50 | 1.2762 | 188 | 62 | 1.2037 | 233 | 72 | 1.1279 |
| 144 | 50 | 1.2674 | 189 | 62 | 1.1974 | 234 | 72 | 1.1231 |
| 145 | 50 | 1.2586 | 190 | 62 | 1.1910 | 235 | 72 | 1.1183 |
| 146 | 50 | 1.2500 | 191 | 62 | 1.1848 | 236 | 72 | 1.1136 |
| 147 | 51 | 1.2663 | 192 | 63 | 1.1977 | 237 | 72 | 1.1089 |
| 148 | 51 | 1.2578 | 193 | 63 | 1.1914 | 238 | 73 | 1.1195 |
| 149 | 51 | 1.2493 | 194 | 63 | 1.1853 | 239 | 73 | 1.1149 |
| 150 | 52 | 1.2653 | 195 | 63 | 1.1792 | 240 | 73 | 1.1102 |
| 151 | 52 | 1.2569 | 196 | 63 | 1.1732 | 241 | 73 | 1.1056 |
| 152 | 52 | 1.2487 | 197 | 64 | 1.1858 | 242 | 74 | 1.1161 |
| 153 | 52 | 1.2405 | 198 | 64 | 1.1798 | 243 | 74 | 1.1115 |
| 154 | 53 | 1.2562 | 199 | 64 | 1.1739 | 244 | 74 | 1.1070 |
| 155 | 53 | 1.2481 | 200 | 64 | 1.1680 | 245 | 74 | 1.1025 |
| 156 | 53 | 1.2401 | 201 | 65 | 1.1804 | 246 | 74 | 1.0980 |
| 157 | 54 | 1.2554 | 202 | 65 | 1.1745 | 247 | 75 | 1.1083 |
| 158 | 54 | 1.2475 | 203 | 65 | 1.1687 | 248 | 75 | 1.1038 |
| 159 | 54 | 1.2396 | 204 | 65 | 1.1630 | 249 | 75 | 1.0994 |
| 160 | 54 | 1.2319 | 205 | 65 | 1.1573 | 250 | 75 | 1.0950 |
| 161 | 55 | 1.2469 | 206 | 66 | 1.1694 | 251 | 76 | 1.1052 |
| 162 | 55 | 1.2392 | 207 | 66 | 1.1638 | 252 | 76 | 1.1008 |
| 163 | 55 | 1.2316 | 208 | 66 | 1.1582 | 253 | 76 | 1.0964 |
| 164 | 55 | 1.2241 | 209 | 66 | 1.1526 | 254 | 76 | 1.0921 |
| 165 | 56 | 1.2388 | 210 | 67 | 1.1645 | 255 | 76 | 1.0878 |
| 166 | 56 | 1.2313 | 211 | 67 | 1.1590 | 256 | 77 | 1.0979 |
| 167 | 56 | 1.2240 | 212 | 67 | 1.1535 | 257 | 77 | 1.0936 |
| 168 | 57 | 1.2384 | 213 | 67 | 1.1481 | 258 | 77 | 1.0893 |
| 169 | 57 | 1.2311 | 214 | 67 | 1.1428 | 259 | 77 | 1.0851 |
| 170 | 57 | 1.2238 | 215 | 68 | 1.1544 | 260 | 77 | 1.0810 |
| 171 | 57 | 1.2167 | 216 | 68 | 1.1491 | 261 | 78 | 1.0908 |
| 172 | 58 | 1.2308 | 217 | 68 | 1.1438 | 262 | 78 | 1.0866 |
| 173 | 58 | 1.2237 | 218 | 68 | 1.1385 | 263 | 78 | 1.0825 |
| 174 | 58 | 1.2167 | 219 | 69 | 1.1500 | 264 | 78 | 1.0784 |
| 175 | 58 | 1.2097 | 220 | 69 | 1.1448 | 265 | 79 | 1.0881 |
| 176 | 59 | 1.2236 | 221 | 69 | 1.1396 | 266 | 79 | 1.0840 |
| 177 | 59 | 1.2167 | 222 | 69 | 1.1345 | 267 | 79 | 1.0800 |
| 178 | 59 | 1.2098 | 223 | 69 | 1.1294 | 268 | 79 | 1.0759 |
| 179 | 60 | 1.2235 | 224 | 70 | 1.1406 | 269 | 79 | 1.0719 |
| 180 | 60 | 1.2167 | 225 | 70 | 1.1356 | 270 | 80 | 1.0815 |

© 2011 Workers' Compensation Insurance Rating Bureau of California. All rights reserved

DATE OF ISSUE:  01-05-15          ST ASSIGN:



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 04 04 22 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

| Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy In Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy In Effect | Days in Policy Period | Short Rate Percentages | Factors to Apply to Earned Premium for Period Policy In Effect |
|---|---|---|---|---|---|---|---|---|
| 271 | 80% | 1.0775 | 316 | 90% | 1.0396 | 361 | 100% | 1.0111 |
| 272 | 80 | 1.0735 | 317 | 90 | 1.0363 | 362 | 100 | 1.0083 |
| 273 | 80 | 1.0696 | 318 | 90 | 1.0330 | 363 | 100 | 1.0055 |
| 274 | 81 | 1.0790 | 319 | 90 | 1.0298 | 364 | 100 | 1.0027 |
| 275 | 81 | 1.0751 | 320 | 91 | 1.0380 | 365 | 100 | 1.0000 |
| 276 | 81 | 1.0712 | 321 | 91 | 1.0347 | | | |
| 277 | 81 | 1.0673 | 322 | 91 | 1.0315 | | | |
| 278 | 81 | 1.0635 | 323 | 91 | 1.0283 | | | |
| 279 | 82 | 1.0728 | 324 | 92 | 1.0364 | | | |
| 280 | 82 | 1.0689 | 325 | 92 | 1.0332 | | | |
| 281 | 82 | 1.0651 | 326 | 92 | 1.0301 | | | |
| 282 | 82 | 1.0614 | 327 | 92 | 1.0269 | | | |
| 283 | 83 | 1.0705 | 328 | 92 | 1.0238 | | | |
| 284 | 83 | 1.0667 | 329 | 93 | 1.0318 | | | |
| 285 | 83 | 1.0630 | 330 | 93 | 1.0286 | | | |
| 286 | 83 | 1.0593 | 331 | 93 | 1.0255 | | | |
| 287 | 83 | 1.0556 | 332 | 93 | 1.0224 | | | |
| 288 | 84 | 1.0646 | 333 | 94 | 1.0303 | | | |
| 289 | 84 | 1.0609 | 334 | 94 | 1.0272 | | | |
| 290 | 84 | 1.0572 | 335 | 94 | 1.0242 | | | |
| 291 | 84 | 1.0536 | 336 | 94 | 1.0211 | | | |
| 292 | 85 | 1.0625 | 337 | 94 | 1.0181 | | | |
| 293 | 85 | 1.0589 | 338 | 95 | 1.0259 | | | |
| 294 | 85 | 1.0553 | 339 | 95 | 1.0229 | | | |
| 295 | 85 | 1.0517 | 340 | 95 | 1.0198 | | | |
| 296 | 85 | 1.0481 | 341 | 95 | 1.0169 | | | |
| 297 | 86 | 1.0569 | 342 | 95 | 1.0139 | | | |
| 298 | 86 | 1.0534 | 343 | 96 | 1.0216 | | | |
| 299 | 86 | 1.0498 | 344 | 96 | 1.0186 | | | |
| 300 | 86 | 1.0463 | 345 | 96 | 1.0156 | | | |
| 301 | 86 | 1.0429 | 346 | 96 | 1.0127 | | | |
| 302 | 87 | 1.0515 | 347 | 97 | 1.0203 | | | |
| 303 | 87 | 1.0480 | 348 | 97 | 1.0174 | | | |
| 304 | 87 | 1.0446 | 349 | 97 | 1.0145 | | | |
| 305 | 87 | 1.0411 | 350 | 97 | 1.0116 | | | |
| 306 | 88 | 1.0497 | 351 | 97 | 1.0087 | | | |
| 307 | 88 | 1.0462 | 352 | 98 | 1.0162 | | | |
| 308 | 88 | 1.0429 | 353 | 98 | 1.0133 | | | |
| 309 | 88 | 1.0395 | 354 | 98 | 1.0105 | | | |
| 310 | 88 | 1.0361 | 355 | 98 | 1.0076 | | | |
| 311 | 89 | 1.0445 | 356 | 99 | 1.0150 | | | |
| 312 | 89 | 1.0412 | 357 | 99 | 1.0122 | | | |
| 313 | 89 | 1.0379 | 358 | 99 | 1.0094 | | | |
| 314 | 89 | 1.0346 | 359 | 99 | 1.0065 | | | |
| 315 | 90 | 1.0429 | 360 | 99 | 1.0038 | | | |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                              Endorsement No.
Insured                                                                              Premium $

Insurance Company                        Countersigned by _____

© 2011 Workers' Compensation Insurance Rating Bureau of California. All rights reserved

DATE OF ISSUE:  01-05-15           ST ASSIGN:                                       Page 3 of 3



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 04 06 01 ( A)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

## CALIFORNIA CANCELATION ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because California is shown in Item 3.A. of the information page.

The cancelation condition in Part Six (Conditions) of the policy is replaced by these conditions:

**CANCELATION**

1. You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2. We may cancel this policy for one or more of the following reasons:

   a. Non-payment of premium;

   b. Failure to report payroll;

   c. Failure to permit us to audit payroll as required by the terms of this policy or of a previous policy issued by us;

   d. Failure to pay any additional premium resulting from an audit of payroll required by the terms of this policy or any previous policy issued by us;

   e. Material misrepresentation made by you or your agent;

   f. Failure to cooperate with us in the investigation of a claim;

   g. Failure to comply with Federal or State safety orders;

   h. Failure to comply with written recommendations of our designated loss control representatives;

   i. The occurrence of a material change in the ownership of your business;

   j. The occurrence of any change in your business or operations that materially increases the hazard for frequency or severity of loss;

   k. The occurrence of any change in your business or operation that  requires additional or different classification for premium calculation;

   l. The occurrence of any change in your business or operation which contemplates an activity excluded by our reinsurance treaties.

3. If we cancel your policy for any of the reasons listed in (a) through (f), we will give you 10 days advance written notice, stating when the cancelation is to take effect.  Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.  If we cancel your policy for any of the reasons listed in Items (g) through (l), we will give you 30 days advance written notice; however, we agree that in the event of cancelation and reissuance of a policy effective upon a material change in ownership or operations, notice will not be provided.

4. The policy period will end on the day and hour stated in the cancelation notice.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 03 01 ( G)

POLICY NUMBER: (HJUB-4F12803-3-14)

# TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

## GENERAL SECTION

**B. Who Is Insured** is amended to read:

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

**D. State** is amended to read:

State means any state or territory of the United States of America, and the District of Columbia.

## PART ONE – WORKERS COMPENSATION INSURANCE

**E. Other Insurance** is amended by adding this sentence:

This Section only applies if you have other insurance or are self-insured for the same loss.

**F. Payments You Must Make**

This Section is amended by deleting the words "workers compensation" from number 4.

**H. Statutory Provisions**

This Section is amended by deleting the words "after an injury occurs" from number 2.

## PART TWO – EMPLOYERS LIABILITY INSURANCE

**C. Exclusions**

Sections 2 and 3 are amended to add:

This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

Section 6 is amended to read:

**6.** bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

**D. We Will Defend**

This Section is amended by deleting the last sentence.

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Number 6 of this part is amended to read:

**6.** Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 03 01 ( G)

POLICY NUMBER: (HJUB-4F12803-3-14)

### PART FIVE – PREMIUM

**A. Our Manuals** is amended by adding this sentence:

In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

**C. Remuneration**

Number 2 is amended to read:

**2.** All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

**E. Final Premium**

Number 2 is amended to read:

**2.** If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

### PART SIX – CONDITIONS

**A. Inspection** is amended by adding this sentence:

Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

**C. Transfer of Your Rights and Duties** is amended to read:

Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

**D. Cancelation** is amended to read:

**1.** You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

**2.** We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Department of Insurance – Division of Workers' Compensation.

**3.** Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:

**a.** Fraud in obtaining coverage;

**b.** Misrepresentation of the amount of payroll for purposes of premium calculation;

**c.** Failure to pay a premium when payment was due;

**d.** An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;

© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 03 01 ( G)

POLICY NUMBER: (HJUB-4F12803-3-14)

    **e.** A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

    **4.** If another insurance company notifies the Texas Department of Insurance – Division of Workers' Compensation that it is insuring you as an employer, such notice shall be a cancelation of this policy effective when the other policy starts.

### PART SEVEN – OUR DUTY TO YOU FOR CLAIM NOTIFICATION

**A. Claims Notification**

We are required to notify you of any claim that is filed against your policy. Thereafter we shall notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance – Division of Workers' Compensation. You may, in writing, elect to waive this notification requirement.

We shall, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

**COMPLAINT NOTICE:** SHOULD ANY DISPUTE ARISE ABOUT YOUR PREMIUM OR ABOUT A CLAIM THAT YOU HAVE FILED, CONTACT THE AGENT OR WRITE TO THE COMPANY THAT ISSUED THE POLICY. IF THE PROBLEM IS NOT RESOLVED, YOU MAY ALSO WRITE THE TEXAS DEPARTMENT OF INSURANCE, CONSUMER PROTECTION (111–1A), P.O. BOX 149091, AUSTIN, TEXAS 78714-9091, FAX # (512) 475-1771. THIS NOTICE OF COMPLAINT PROCEDURE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART OR CONDITION OF THIS POLICY.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective         Policy No.         Endorsement No.
Insured                                           Premium

Insurance Company            Countersigned by _____

DATE OF ISSUE: 01-05-15     ST ASSIGN:                        Page 3 of 3
© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 03 04 ( B ) — 001

POLICY NUMBER: (HJUB-4F12803-3-14)

# TEXAS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

The premium for this endorsement is shown in the Schedule.

**Schedule**

1. ☐ Specific Waiver
   Name of person or organization


   ☒ Blanket Waiver
   Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver.

   .

2. Operations:
   ALL TEXAS OPERATIONS

3. Premium:
   The premium charge for this endorsement shall be __02__ percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4. Advance Premium: SEE SCHEDULE

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                     Policy No.                          Endorsement No.
Insured                                                                                       Premium

Insurance Company                              Countersigned by _____

DATE OF ISSUE: 01-05-15        ST ASSIGN:                                          Page 1 of 1
© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 04 07 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# TEXAS—AUDIT PREMIUM AND
# RETROSPECTIVE PREMIUM ENDORSEMENT

Section D of Part Five of the policy is replaced by the following provision:

## PART FIVE—PREMIUM

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                        Endorsement No.

Insured                                                                 Premium $

Insurance Company                          Countersigned by _____

# DEDUCTIBLE NOTICE OF ELECTION

Texas law permits an employer to obtain workers compensation insurance with a deductible. The insurance applies only to benefits payable under Texas workers compensation law.  When a deductible is elected, the policyholder is required to reimburse the insurance carrier for benefits payable under the law up to the deductible amount and a credit is applied to the policy.  Premium credits are determined based on the deductible selected and the hazard group.  The hazard group is determined by the classification that produces the largest amount of estimated Texas standard premium.

You are not required to choose a deductible. If you do choose one, your insurance company will pay the deductible amount for you, but you must reimburse the insurance company within 30 days after they send you notice that payment is due. If you fail to reimburse the insurance company, they may cancel the policy upon ten days written notice, and any resulting premium may be applied to the deductible amount owed.

If a deductible amount is desired, please indicate below.

☐ Yes, I want a deductible of (select only one):

1. $ _____ per accident
2. $ _____ per claim
3. $ _____ medical-only

applied to benefits payable under the Texas Workers  Compensation Law. I understand that the company will pay the deductible amount and seek reimbursement _____.
(monthly, quarterly or other)

☐ No, I do not want a deductible applied to benefits payable under the Texas Workers Compensation Law.

☐ Yes, I do want a deductible policy, but am unable to obtain one for the following reason: _____

_____

The deductible plans have been explained to me.

| | |
|---|---|
| _____ | _____ |
| Signature and Title | Date |
| _____ | _____ |
| Employer Name (print or type) | Address |
| _____ | _____ |
| Insurance Company          Policy No. | Effective Date |

DNE-1A (Ed. 6-14)

**W42N3G14**
© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



## Travelers Medical Provider Network (MPN) Plan – CALIFORNIA
## Necessary Action for MPN Implementation

Dear Policyholder:

As your workers compensation insurer, Travelers is pleased to include your Company in our California Medical Provider Network (MPN) plan. Travelers has an extensive MPN with physicians who understand workers compensation and are experienced in providing expert care for injured workers. Our program ensures that every covered employee that suffers a work-related injury or illness has access to prompt medical care and an improved likelihood of a safe return to work as soon as medically appropriate. MPN utilization can reduce overall workers compensation claim payouts by providing greater control over medical fees and obtaining more favorable medical treatment outcomes. Your role is crucial to the success of the MPN program. Together, we can better manage your Workers Compensation claims within the MPN.

**The MPN is a standard product in all Travelers workers compensation policies, and all policyholders are expected to enroll. This information is being provided to you to help you understand the requirements for proper MPN implementation.**

The State Division of Workers' Compensation (DWC) regulates how an MPN is implemented. Sections § 9767.12 and § 9767.16 of Title 8, California Code of Regulations specify <u>what</u> notices are to be provided to employees, as well as <u>when</u> and how they are to be provided. Travelers has an **Employer MPN Implementation Checklist** (included in the **MPN Enrollment Kit**) that walks policyholders through the requirements of the enrollment and implementation process. The Employer Checklist, MPN Enrollment Kit, and all other Travelers MPN documents are located on **www.travelers.com**. Please type this web address into your browser to download the necessary forms:

<p align="center"><strong>www.travelers.com/CAMPN</strong></p>

If you have any questions regarding the MPN implementation process, or any of the MPN documents, you can speak with a **Travelers MPN Enrollment Representative** by calling **(800) 287-9682**. Please listen for the prompts for *Employers or Employer Representatives*. A "**F**requently **A**sked **Q**uestions" page is also available through the above web address. Look for the link called **FAQ – MPN.**

In addition to following the notification requirements listed on the **Employer MPN Implementation Checklist,** we also recommend that you:

- Make sure your management staff has instructions on how to access the MPN Medical Provider directory via **http://www.mywcinfo.com.**

- Select an occupational medicine clinic, urgent care clinic, or, an acute care hospital from the MPN to serve as your designated initial injury treatment facility for each plant/location. Contact this facility and inform them that you are participating in the Travelers Medical Provider Network Plan. Update the State Posting Notices to include the name, address, and phone number of the facility.

- Review your procedures for handling work-related injuries, your modified duty policy, and your safety committee operation with your management staff.

We believe the MPN program will provide better overall workers compensation outcomes for you as an employer. If you should have any questions regarding the Travelers MPN, please contact the Travelers MPN Team at **(800) 287-9682 or CAMPN@travelers.com.**

Sincerely,

Travelers

**W04NIB09**

## WORKERS' COMPENSATION TELEPHONE REPORTING WORKSHEET

THINGS TO REMEMBER WHEN COMPLETING THE INFORMATION BELOW:
Call the Telephone Reporting Center to quickly and easily report all Workers' Compensation injuries. We will be asking you the following questions, so please have the information handy. We will produce and submit the necessary state forms.

**DO NOT DELAY IN CALLING IF YOU DO NOT HAVE ANSWERS TO ALL THE QUESTIONS.**

### ACCOUNT/ACCIDENT INFORMATION

| CALLER'S PHONE NUMBER/EXTENSION | CALLER'S TITLE | CALLER'S NAME | | REPORTING STATE |
|---|---|---|---|---|
| ( ) | | | | |

| SUBSIDIARY NAME | SUBSIDIARY'S ADDRESS (STREET, CITY, STATE & ZIP) | SUBSIDIARY'S MAILING ADDRESS (STREET, CITY, STATE & ZIP) |
|---|---|---|
| | | ☐ SAME |

DID THE ACCIDENT OCCUR AT THE LOCATION ADDRESS?

☐ YES   ☐ NO   IF NO, ADDRESS WHERE ACCIDENT OCCURRED

PARENT COMPANY/INSURED'S NAME

| LOCATION CODE | POLICY SYMBOL AND NUMBER | NATURE OF BUSINESS |
|---|---|---|
| DATE OF INJURY | | TIME OF INJURY |

ACCIDENT DESCRIPTION

### EMPLOYEE INFORMATION

| INJURED EMPLOYEE'S SOCIAL SECURITY NUMBER | EMPLOYEE'S NAME (FIRST, MI, LAST) | GENDER |
|---|---|---|
| | | ☐ MALE   ☐ FEMALE |
| DATE OF BIRTH | EMPLOYEE'S MAILING ADDRESS | |
| EMPLOYEE'S HOME PHONE NUMBER ( ) | EMPLOYEE'S HOME ADDRESS (IF DIFFERENT FROM MAILING) | |

### EMPLOYEE JOB INFORMATION

| EMPLOYMENT STATUS CODE | INJURED WORKER TYPE | REGULAR OCCUPATION |
|---|---|---|
| ☐ FULL-TIME   ☐ PART-TIME   ☐ OTHER _____ | | |

OCCUPATION WHEN INJURED

EMPLOYEE'S WORK SCHEDULE

| REGULAR WORK HOURS | HOURS/DAY | DAYS/WEEK |
|---|---|---|

EMPLOYEE'S WAGE INFORMATION

$_____ /HOUR OR $_____ /ANNUAL OR $_____ /WEEKLY   OVERTIME: $_____   ADDITIONAL BENEFITS: $_____

DATE OF HIRE OR LENGTH OF EMPLOYMENT

| SUPERVISOR'S NAME | SUPERVISOR'S PHONE NUMBER: ( ) | BEST HOURS TO CONTACT |
|---|---|---|

### ACCIDENT INFORMATION

| DATE CLAIM REPORTED TO EMPLOYER? | DID EMPLOYEE LOSE ANY TIME FROM WORK? | IS THE EMPLOYEE BACK AT WORK? |
|---|---|---|
| | ☐ YES   ☐ NO | ☐ YES   ☐ NO   IF YES, DATE RETURNED TO WORK? |

| RETURN TO WORK STATUS | DATE EMPLOYEE LAST WORKED | WAS INJURY FATAL? IF YES, DATE OF DEATH |
|---|---|---|
| ☐ LIGHT   ☐ MODIFIED   ☐ REGULAR | | ☐ YES   ☐ NO |

CAUSE OF ACCIDENT (E.G., SLIP/FALL, LIFTING, CHEMICAL)

EQUIPMENT, MATERIAL OR SUBSTANCE INVOLVED

DO YOU QUESTION THE VALIDITY OF THE CLAIM?

☐ YES   ☐ NO

| WITNESS INFORMATION/OTHERS INVOLVED NAME (FIRST, MI, LAST) | ADDRESS | PHONE NUMBER |
|---|---|---|
| | | |
| | | |
| | | |

**CONTINUED ON REVERSE SIDE**

WUNTCD05

| INJURY INFORMATION | | |
|---|---|---|
| PART OF BODY INJURED (E.G., HEAD, NECK, ARM, LEG) | | |
| NATURE OF INJURY (E.G., FRACTURE, SPRAIN, LACERATION | | |
| PRIOR INJURY OR PRE-EXISTING CONDITION(S) (IF YES, DESCRIBE) | | |
| ☐ YES    ☐ NO | | |
| TREATMENT ("X" ALL THAT APPLY) | | |
| ☐ FIRST AID — | TREATMENT AND DATE OF 1st TREATMENT | |
| ☐ HOSPITAL/ CLINIC — | NAME, ADDRESS, PHONE NUMBER, PHYSICIAN NAME, TREATMENT, DATE OF 1st TREATMENT, LENGTH OF STAY AMBULANCE USED? | |
| | WAS EMPLOYEE TREATED IN AN EMERGENCY ROOM?    ☐ YES    ☐ NO | WAS EMPLOYEE HOSPITALIZED OVERNIGHT AS AN IN-PATENT?    ☐ YES    ☐ NO |
| ☐ PHYSICIAN — | | |

**SEE WORKERS' COMPENSATION - FIRST REPORT OF INJURY - STATE SPECIFIC QUESTIONS FOR YOUR INDIVIDUAL STATE.**

**CUSTOMER SPECIFIC INFORMATION**

**ADDITIONAL COMMENTS & INFORMATION**

WUNTCD05  (Back)

## WORKERS' COMPENSATION – FIRST REPORT OF INJURY – STATE SPECIFIC QUESTIONS

**Alabama**
Employee's County:
Return to work (Y/N):
At what Occupation:
At what Wage $:
Return to work wage is per (Day, Week or Month):
Employer's ID (U.C. Account) Number:
What Specific Product(s) does the business produce:

**Alaska -** No Additional State Questions

**Arizona**
Last Day of Work after injury:
Number of Days per Week Company usually Works:
Department Number:
If Validity of Claim is Doubted, state Reason:
Has injured been employed for more than 12 months (Y/N):
Was employee on overtime when injured (Y/N):

**Arkansas -** No Additional State Questions

**California**
State Unemployment Insurance Account Number:
Date employee was provided Employee Claim Form:
Has your employee pre-designated a primary treating physician (Y/N):
   If Yes, Primary Treating Physician's
   First Name:   Last Name:   Street Address:
   City:   State:   Zip:   Phone:
If No, did your employee require medical treatment (Y/N):
   If Yes, Treating Physicians
   First Name:   Last Name:   Phone:
If No, and employee requires medical treatment in the future, you can go to our website WWW.MYWCOMPINFO.COM to find a provider in the Medical Provider Network.

**Colorado**
Employer Federal ID Number
Does Employer have a salary continuation program (Y/N)
If "Yes" is this program registered with the state (Y/N)

**Connecticut -** No Additional State Questions

**Delaware**
Employer's UC Reporting Number:
Employees County:
Returned to work (Y/N):   If Yes, at same wage (Y/N):

**District of Columbia**
Employer ID Number:
Returned to work (Y/N):
   If Yes, at what Time:   AM/PM
   At what Wage $:   Per (Day, Week or Month):
Was injured hired in DC (Y/N):
Was employee in his/her regular occupation when injured (Y/N):
Was injured given Form #7 DCWC (Y/N):
Piece or Time Worker (piece, time or blank):

**Florida -** No Additional State Questions

**Georgia**
Wage Rate at time of injury $:   Per:
First Date employee failed to work a full day:
Did employee work the next day (Y/N):
Return to work Wage $:
Return to work wage is per (Day, Week or Month):

**Hawaii**
Was employee furnished meals or lodging (Y/N):

**Idaho -** No Additional State Questions

**Illinois**
Has the injured worker signed a medical authorization (Y/N):
If yes, inform them to please fax the signed medical authorization to the med auth customer service specialist at 1-877-786-5567.

**Indiana -** No Additional State Questions

**Iowa -** No Additional State Questions

**Kansas**
SIC Code:
Was worker admitted to hospital (Y/N):
   If Yes, Date of Admission:
Was worker treated in emergency room only (Y/N):
Returned to work (Y/N):
If employee has returned to work, was return to light duty (Y/N):
Is further medical aid needed (Y/N):
Is compensation now being paid (Y/N):
   If Yes, Date of first Initial Payment:
Fatal (Y/N):
   If Yes, Name and Address of Dependents:

**Kentucky -** No Additional State Questions

**Louisiana**
Employer's Federal ID Number:
Employer's Unemployment Insurance Reporting Number:
Returned to work (Y/N):
   If Yes, at same wage (Y/N):
Last Full Day Paid:
If occupational disease, Date of Initial Diagnosis:
Parish (county) where injury occurred:

**Maine**
Employer's State Unemployment Insurance Account Number (UIAN):
Federal Employer Insurance Number (FEIN):

**Maryland -** No Additional State Questions

**Massachusetts**
Federal ID Number:
Returned to work (Y/N):
Did employee return to his/her regular occupation (Y/N):
Describe nature of business or article manufactured (S=Service, W=Wholesale, R=Retail, M=Manufacturing):
Date Reported as work related:

**Michigan**
Federal ID Number:

**Minnesota**
Date employer notified of lost time:
NAICS Code Number:

**Mississippi -** No Additional State Questions

**Missouri -** No Additional State Questions

**Montana -** No Additional State Questions

**Nebraska -** No Additional State Questions

**Nevada**
How long employed by you in Nevada   Years:   Months:
If Validity of Claim is Doubted, state Reason:

**New Hampshire**
Federal I.D. Number:
Was the employee injured in his/her regular occupation (Y/N):
Was injured hired in New Hampshire (Y/N):
Number of Full-Time Employees:
Number of Part-Time Employees:
If leased or temporary worker, provide the Client•s Business Name:
Was accident caused by injured's failure to use safeguards or follow regulations (Y/N):
Probable Length of Disability:
Returned to work (Y/N):
   At what Occupation:
Returned at Full Duty:
Returned at Alternative/Light Duty:
Initial treatment ("X" all that apply)
   No medical treatment:   Care provided by employer only (on-site):   Emergency Care:   Hospitalized:   Outpatient:   Clinic:
   Office Visit:   Other-explain:
Is there a managed care program (Y/N):

## WORKERS' COMPENSATION – FIRST REPORT OF INJURY – STATE SPECIFIC QUESTIONS

If Yes, Name of Provider:
Is there a written safety program in force (Y/N):
Is there an active safety committee (Y/N):
Employee•s Legal First Name (please validate):

**New Jersey** - No Additional State Questions

**New Mexico** - No Additional State Questions

**New York**
Did you provide medical care (Y/N):
    If Yes, When:
Returned to work (Y/N):
    If Yes, at what Weekly Wage $:
Injured workers Work Week (Indicate days regularly worked):
Fatal (Y/N):
    If Yes, Name and Address of nearest relative:
    Relationship:

**North Carolina**
Regular Wages per Day $:
Average Weekly Wages with Overtime $:
Returned to work (Y/N):
    If Yes, at what Time:    AM/PM
    If Yes, what Date:
Return to work at what Wage $:    Per (Day, Week or Month):
Return to work at what Occupation:

**North Dakota** - No Additional State Questions

**Ohio**
Time Accident Reported to employer:    AM/PM:
Has employee ever filed a previous application for this injury (Y/N):
Has employee filed any other claims with the Bureau or Industrial Commission (Y/N):
    If Yes, specify Claim Number and Body Parts:
Employee's County:
Current Employer's Risk Number:

**Oklahoma**
Was employment agreement made in Oklahoma (Y/N):
SIC Number:
Type of Ownership (P=Private, S=State Government,
    C=County Government, L=Local Government):

**Oregon**
Hospitalized overnight as inpatient (if emergency room only, answer N) (Y/N):
Was accident caused by failure of machinery or product (Y/N):
Did someone (not worker) cause accident (Y/N):
Time worker left work:    AM/PM:

**Pennsylvania**
Employee's County:
Bureau Code:
NAICS Code:
Employer·s County:
Are you aware of a 'Panel of Physicians' for your Employer? (Y/N)

**Rhode Island**
Federal ID Number:
First Full Day Lost from work:
Unemployment Insurance Number:
State of Hire:
Was this injury previously an "Incident Only" with no medical treatment and no lost time (Y/N):
If Yes, Date Employer first Notified of medical treatment or lost time:
Category of Injury or Illness ("X" all that apply):
    Injury:    Illness:    Occupational Disease:    Repetitive Trauma:
    Occupational Hearing Loss:    Unknown:

**South Carolina** - No Additional State Questions

**South Dakota**
Federal ID Number:
Number of employees:
Body Part Injured Code (2 digits):
Cause of Injury Code (2 digits):
Nature of Injury Code (2 digits):
Was employee hired for temporary employment (Y/N):
Carrier Code:

**Tennessee** - No Additional State Questions

**Texas** - No Additional State Questions

**Utah** - No Additional State Questions

**Vermont**
Federal ID Number:
Was employee hired in Vermont (Y/N):
Does the employer regularly employ 10 or more employees (Y/N):
Returned to work (Y/N):    If Yes, at what Weekly Wage $:
Was injured paid in full for the date disability began (Y/N):
Was employee injured at his/her regular occupation (Y/N):
Fatal (Y/N):
    If Yes, Name, Address and Relationship of Nearest Relative:
Last Date Paid in Full:

**Virginia**
Returned to work (Y/N):    If Yes, at what Wage $:
Federal Tax ID Number:

**Washington** - No Additional State Questions

**West Virginia**
Has the employee been given "The Employees and Physicians Report of Injury Form" (Y/N):

**Wisconsin** - No Additional State Questions

**Wyoming** - No Additional State Questions

**U.S. Longshoreman (USDOL)** - No Additional State Questions



## PRIVACY NOTICE

THE TRAVELERS INSURANCE COMPANIES

## PRIVACY POLICY

Thank you for selecting **THE TRAVELERS INSURANCE COMPANIES** as your workers compensation insurer. At **THE TRAVELERS INSURANCE COMPANIES** a subsidiary of Travelers, we recognize that privacy is important to you. That is why we are committed to protecting your privacy through the adoption of the following privacy principles:

**Collection Of Information**

We collect, retain, and use information about you, or about participants, beneficiaries or claimants under your workers compensation coverage, only where we believe that it will help or is necessary to provide you products and services or otherwise conduct our business. We collect nonpublic personal financial information about you, or about participants, beneficiaries or claimants under your workers compensation coverage, from the following sources:

- information we receive from you or through your agent or broker on applications or other forms;
- information we receive from or about you in the process of adjusting claims;
- information about your other transactions, including risk control and other consulting services, with us, our affiliates or other third parties;
- information about your coverages and loss activity with other carriers; and
- information we receive from a consumer reporting agency.

Such information includes identifying information such as policyholder, participant, beneficiary or claimant name, address, and social security number; financial information such as income, payment history, or credit history; and, under certain circumstances, health information such as information about an illness, disability, or injury. It could also include information on claims with other insurance companies and us and the condition and maintenance of your property.

**Disclosure Of Information**

We usually do not disclose nonpublic personal information about you, or about participants, beneficiaries or claimants under your workers compensation coverage, without your consent. However, in some circumstances we may disclose information to others without your prior authorization. The most common disclosures are to the following persons:

- our affiliated property and casualty insurance companies;
- state insurance departments, for their regulation of our business;
- other government authorities;
- our agents and brokers as necessary to conduct our business;
- organizations that perform underwriting and claims investigations;
- another insurance company to which you have applied for a policy or submitted a claim;
- insurance support agencies, law enforcement agencies and our reinsurers; and
- any other third party, as permitted or required by law.

> **Most importantly, THE TRAVELERS INSURANCE COMPANIES** does not and will not **disclose or sell nonpublic personal information** about you, or about participants, beneficiaries or claimants under your workers compensation coverage, **to anyone for marketing purposes.**

**Confidentiality And Security**

We restrict access to nonpublic personal information about you, or about participants, beneficiaries or claimants under your workers compensation coverage, to those who need it to serve your insurance needs and to maintain and improve customer service. We maintain physical, electronic, and procedural safeguards that comply with federal and state laws and regulations to guard your nonpublic personal information.

**Disclosure and Protection of Former Customers' Information**

We may disclose all the personal information we have collected, as described above. However, even if you no longer have a customer relationship with us, we will continue to follow our privacy policies and practices to protect your information.

**Changes In Privacy Policy**

We may choose to modify our policy regarding the treatment of personal information at any time. Before we do so, we will notify you and provide an updated privacy notice.

# IMPORTANT NOTICE – INDEPENDENT AGENT AND BROKER COMPENSATION

**NO COVERAGE IS PROVIDED BY THIS NOTICE. THIS NOTICE DOES NOT AMEND ANY PROVISION OF YOUR POLICY. YOU SHOULD REVIEW YOUR ENTIRE POLICY CAREFULLY FOR COMPLETE INFORMATION ON THE COVERAGES PROVIDED AND TO DETERMINE YOUR RIGHTS AND DUTIES UNDER YOUR POLICY. PLEASE CONTACT YOUR AGENT OR BROKER IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR ITS CONTENTS. IF THERE IS ANY CONFLICT BETWEEN YOUR POLICY AND THIS NOTICE, THE PROVISIONS OF YOUR POLICY PREVAIL.**

For information about how Travelers compensates independent agents and brokers, please visit www.travelers.com, call our toll-free telephone number 1-866-904-8348, or request a written copy from Marketing at One Tower Square, 2GSA, Hartford, CT 06183.

WUNNDD08

PN T4 54 01 08

# IMPORTANT
## Policy Audit Information

Dear Policyholder:

This policy is issued with an estimated premium based upon information provided through your Producer. This premium is subject to adjustment at the end of the policy period. At that time, you may receive a request for information in the mail or a premium auditor may contact you to review the necessary records. The information developed is needed to determine the final earned premium for this policy.

**Record Maintenance**

In order to facilitate audit service, it is necessary to maintain proper records and have them available at the proper time. Based on the nature of your business, some of the following data will be necessary to complete the audit:

1. General Ledger, Financial Statements
2. Payroll Records, Time Books, State Unemployment Returns, FICA Returns, Individual Earnings Records-Monthly totals separated by type of work and overtime.
3. Cash Receipts, Sales Journal
4. Cash Disbursements Journal - Including subcontractors. casual labor and material costs.
5. Certificates of Insurance

**IMPORTANT COVERAGE NOTE:**

If you utilize subcontractors whose legal status is that of sole proprietor/partner, we may charge premium for these persons as provided under Part 5 of the policy contract even though certificates of insurance may exist. Please contact your producer if you have any questions regarding your Workers' Compensation coverage needs.

**Work in Other States**

Please advise your Producer if employees are hired for work in states other than those listed in Item 3. of your policy. This will enable your producer to consider your need for coverage in accordance with state laws.

We appreciate the opportunity to serve you. If you have any questions about the enclosed policy or any insurance matters please contact your producer or your Company representative.

WUNN7F00

PN 04 99 02 B
(Ed. 5-02)

# POLICYHOLDER NOTICE

### CALIFORNIA WORKERS' COMPENSATION INSURANCE
### RATING LAWS

Pursuant to Section 11752.8 of the California Insurance Code, we are providing you with an explanation of the California workers' compensation rating laws.

1.  We establish our own rates for workers' compensation. Our rates, rating plans, and related information are filed with the insurance commissioner and are open for public inspection.

2.  The insurance commissioner can disapprove our rates, rating plans, or classifications only if he or she has determined after public hearing that our rates might jeopardize our ability to pay claims or might create a monopoly in the market. A monopoly is defined by law as a market where one insurer writes 20% or more of that part of the California workers' compensation insurance that is not written by the State Compensation Insurance Fund. If the insurance commissioner disapproves our rates, rating plans, or classifications, he or she may order an increase in the rates applicable to outstanding policies.

3.  Rating organizations may develop pure premium rates that are subject to the insurance commissioner's approval. A pure premium rate reflects the anticipated cost and expenses of claims per $100 of payroll for a given classification. Pure premium rates are advisory only, as we are not required to use the pure premium rates developed by any rating organization in establishing our own rates.

4.  We must adhere to a single, uniform experience rating plan. If you are eligible for experience rating under the plan, we will be required to adjust your premium to reflect your claim history. A better claim history generally results in a lower experience rating modification; more claims, or more expensive claims, generally result in a higher experience rating modification. The uniform experience rating plan, which is developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner.

5.  A standard classification system, developed by the insurance rating organization designated by the insurance commissioner, is subject to approval by the insurance commissioner. The standard classification system is a method of recognizing and separating policyholders into industry or occupational groups according to their similarities and/or differences. We can adopt and apply the standard classification system or develop and apply our own classification system, provided we can report the payroll, expenses, and other costs of claims in a way that is consistent with the uniform statistical plan or the standard classification system.

6.  Our rates and classifications may not violate the Unruh Civil Rights Act or be unfairly discriminatory.

7.  We will provide an appeal process for you to appeal the way we rate your insurance policy. The process requires us to respond to your written appeal within 30 days. If you are not satisfied with the result of your appeal, you may appeal our decision to the insurance commissioner.

### CALIFORNIA WORKERS' COMPENSATION INSURANCE
### NOTICE OF NONRENEWAL

Section 11664 of the California Insurance Code requires us, in most instances, to provide you with a notice of nonrenewal. Except as specified in paragraphs 1 through 6 below, if we elect to nonrenew your policy, we are required to deliver or mail to you a written notice stating the reason or reasons for the nonrenewal of the policy. The notice is required to be sent to you no earlier than 120 days before the end of the policy period and no later than 30 days before the end of the policy period. If we fail to provide you the required notice, we are required to continue the coverage under the policy with no change in the premium rate until 60 days after we provide you with the required notice.

We are not required to provide you with a notice of nonrenewal in any of the following situations:

1.  Your policy was transferred or renewed without a change in its terms or conditions or the rate on which the premium is based to another insurer or other insurers who are members of the same insurance group as us.

2.  The policy was extended for 90 days or less and the required notice was given prior to the extension.

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

**PN 04 99 02 B**
**(Ed. 5-02)**

3.  You obtained replacement coverage or agreed, in writing, within 60 days of the termination of the policy, to obtain that coverage.

4.  The policy is for a period of no more than 60 days and you were notified at the time of issuance that it may not be renewed.

5.  You requested a change in the terms or conditions or risks covered by the policy within 60 days prior to the end of the policy period.

6.  We made a written offer to you to renew the policy at a premium rate increase of less than 25 percent.

    (A) If the premium rate in your governing classification is to be increased 25 percent or greater and we intend to renew the policy, we shall provide a written notice of a renewal offer not less than 30 days prior to the policy renewal date. The governing classification shall be determined by the rules and regulations established in accordance with California Insurance Code Section 11750.3(c).

    (B) For purposes of this Notice, "premium rate" means the cost of insurance per unit of exposure prior to the application of individual risk variations based on loss or expense considerations such as scheduled rating and experience rating.

This notice does not change the policy to which it is attached.

© 2002 by the Workers' Compensation Insurance Rating Bureau of California. All rights reserved.

**W04NBA02**

PN 04 99 01 E

## POLICYHOLDER NOTICE

### YOUR RIGHT TO RATING AND DIVIDEND INFORMATION

**I.   INFORMATION AVAILABLE TO YOU**

    **A.   Information Available from Us The Travelers Companies**

        **(1)**   General questions regarding your policy should be directed to:

> **TRAVELERS**
> **P.O. Box 6512**
> **21688 Gateway Center Drive**
> **Diamond Bar, CA 91765**
> **Phone:   1-909-612-3609**
> **Fax:  1-909-612-3629**
> **Website: www.travelers.com**

        **(2)**   **DIVIDEND CALCULATION.** If this is a participating policy (a policy on which a dividend may be paid), upon payment or non-payment of a dividend, we shall provide a written explanation to you that sets forth the basis of the dividend calculation. The explanation will be in clear, understandable language and will express the dividend as a dollar amount and as a percentage of the earned premium for the policy year on which the dividend is calculated.

        **(3)**   **CLAIMS INFORMATION.** Pursuant to Sections 3761 and 3762 of the California Labor Code, you are entitled to receive information in our claim files that affects your premium. Copies of documents will be supplied at your expense during reasonable business hours.

            For claims covered under this policy, we will estimate the ultimate cost of unsettled claims for statistical purposes eighteen months after the policy becomes effective and will report those estimates to the Workers' Compensation Insurance Rating Bureau of California (WCIRB) no later than twenty months after the policy becomes effective. The cost of any settled claims will also be reported at that time. At twelve-month intervals thereafter, we will update and report to the WCIRB the estimated cost of any unsettled claims and the actual final cost of any claims settled in the interim. The amounts we report will be used by the WCIRB to compute your experience modification if you are eligible for experience rating.

    **B.   Information Available from the Workers' Compensation Insurance Rating Bureau of California**

        **(1)**   The WCIRB is a licensed rating organization and the California Insurance Commissioner's designated statistical agent. As such, the WCIRB is responsible for administering the *California Workers' Compensation Uniform Statistical Reporting Plan—1995* (USRP) and the *California Workers' Compensation Experience Rating Plan—1995* (ERP). Contact information for the WCIRB is: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. You may also contact WCIRB Customer Service at 1-888-229-2472, by fax at 415-778-7272, or via the Internet at the WCIRB's website: http://www.wcirb.com. The regulations contained in the USRP and the ERP are available for public viewing through the WCIRB's website.

        **(2)**   **POLICYHOLDER INFORMATION.** Pursuant to California Insurance Code (CIC) Section 11752.6, upon written request, you are entitled to information relating to loss experience, claims, classification assignments, and policy contracts as well as rating plans, rating systems, manual rules, or other information impacting your premium that is maintained in the records of the WCIRB. Complaints and Requests for Action requesting policyholder information should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Custodian of Records. The Custodian of Records can be reached by telephone at 415-777-0777 and by fax at 415-778-7272.

        **(3)**   **EXPERIENCE RATING FORM.** Each experience rated risk may receive a single copy of its current Experience Rating Form free of charge by completing a Policyholder Rate Sheet Request Form on the WCIRB's website at http://www.wcirb.com/ratesheet. The Experience Rating Form will include a Loss-Free Rating, which is the experience modification that would have been calculated if $0 (zero) actual losses were incurred during the experience period. This hypothetical rating calculation is provided for informational purposes only.

**PN 04 99 01 E**

## II.  DISPUTE PROCESS

You may dispute our actions or the actions of the WCIRB pursuant to CIC Sections 11737 and 11753.1.

### A.  Our Dispute Resolution Process.

If you are aggrieved by our decision adopting a change in a classification assignment that results in increased premium, or by the application of our rating system to your workers' compensation insurance, you may dispute these matters with us. If you are dissatisfied with the outcome of the initial dispute with us, you may send us a written Complaint and Request for Action as outlined below.

You may send us a written Complaint and Request for Action requesting that we reconsider a change in a classification assignment that results in an increased premium and/or requesting that we review the manner in which our rating system has been applied in connection with the insurance afforded or offered you. Written Complaints and Requests for Action should be forwarded to:

| **TRAVELERS** | **TRAVELERS** |
|---|---|
| 11090 White Rock Road | P.O. Box 6512 |
| Rancho Cordova, CA 95670-6001 | 21688 Gateway Center Drive |
| | Diamond Bar, CA 91765 |
| Phone:  1-800-328-2189 | Phone:   1-909-612-3609 |
| | Fax:  1-909-612-3629 |
| Website: www.Travelers.com | Website: www.Travelers.com |

After you send your Complaint and Request for Action, we have 30 days to send you a written notice indicating whether or not your written request will be reviewed. If we agree to review your request, we must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If we decline to review your request, if you are dissatisfied with the decision upon review, or if we fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below.

### B.  Disputing the Actions of the WCIRB.

If you have been aggrieved by any decision, action, or omission to act of the WCIRB, you may request, in writing, that the WCIRB reconsider its decision, action, or omission to act. You may also request, in writing, that the WCIRB review the manner in which its rating system has been applied in connection with the insurance afforded or offered you. For requests related to classification disputes, the reporting of experience, or coverage issues, your initial request for review must be received by the WCIRB within 12 months after the expiration date of the policy to which the request for review pertains, except if the request involves the application of the Revision of Losses rule. For requests related to your experience modification, your initial request for review must be received by the WCIRB within 6 months after the issuance, or 12 months after the expiration date, of the experience modification to which the request for review pertains, whichever is later, except if the request for review involves the application of the Revision of Losses rule. If the request involves the Revision of Losses rule, the time to state your appeal may be longer. (See Section VI, Rule 14 of the ERP).

You may commence the review process by sending the WCIRB a written Inquiry. Written Inquiries should be sent to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Customer Service. Customer Service can be reached by telephone at 1-888-229-2472, and by fax at 415-778-7272.

If you are dissatisfied with the WCIRB's decision upon an Inquiry, or if the WCIRB fails to respond within 90 days after receipt of the Inquiry, you may pursue the subject of the Inquiry by sending the WCIRB a written Complaint and Request for Action. After you send your Complaint and Request for Action, the WCIRB has 30 days to send you written notice indicating whether or not your written request will be reviewed. If the WCIRB agrees to review your request, it must conduct the review and issue a decision granting or rejecting your request within 60 days after sending you the written notice granting review. If the WCIRB declines to review your request, if you are dissatisfied with the decision upon review, or if the WCIRB fails to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner as described in paragraph II.C., below. Written Complaints and Requests for Action should be forwarded to: WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Complaints and Reconsiderations. The WCIRB's telephone number is 1-888-229-2472, and the fax number is 415-371-5204.

PN 04 99 01 E

**C. California Department of Insurance – Appeals to the Insurance Commissioner.** If, after you follow the appropriate dispute resolution process described above, we or the WCIRB decline to review your request, if you are dissatisfied with the decision upon review, or if we or the WCIRB fail to grant or reject your request or issue a decision upon review, you may appeal to the insurance commissioner pursuant to CIC Sections 11737, 11752.6, 11753.1 and Title 10, California Code of Regulations, Section 2509.40 et seq. You must file your appeal within 30 days after we or the WCIRB send you the notice rejecting review of your Complaint and Request for Action or the decision upon your Complaint and Request for Action. If no written decision regarding your Complaint and Request for Action is sent, your appeal must be filed within 120 days after you sent your Complaint and Request for Action to us or to the WCIRB. The filing address for all appeals to the insurance commissioner is:

> Administrative Hearing Bureau
> California Department of Insurance
> 45 Fremont Street, 22nd Floor
> San Francisco, California 94105

You have the right to a hearing before the insurance commissioner, and our action, or the action of the WCIRB, may be affirmed, modified, or reversed.

**III. RESOURCES AVAILABLE TO YOU IN OBTAINING INFORMATION AND PURSUING DISPUTES**

**A. Policyholder Ombudsman.** Pursuant to California Insurance Code Section 11752.6, a policyholder ombudsman is available at the WCIRB to assist you in obtaining and evaluating the rating, policy, and claims information referenced in I.A. and I.B., above. The ombudsman may advise you on any dispute with us, the WCIRB, or on an appeal to the insurance commissioner pursuant to Section 11737 of the Insurance Code. The address of the policyholder ombudsman is WCIRB, 525 Market Street, Suite 800, San Francisco, California 94105-2767, Attention: Policyholder Ombudsman. The policyholder ombudsman can be reached by telephone at 415-778-7159 and by fax at 415-371-5288.

**B. California Department of Insurance – Information and Assistance.** Information and assistance on policy questions can be obtained from the Department of Insurance Consumer HOTLINE, 1-800-927-HELP (4357) or http://www.insurance.ca.gov. For questions and correspondence regarding appeals to the Administrative Hearing Bureau, see the contact information in paragraph II.C.

This notice does not change the policy to which it is attached.

**POLICYHOLDER NOTICE**

**CALIFORNIA INSURANCE GUARANTEE ASSOCIATION (CIGA) SURCHARGE**

Companies writing property and casualty insurance business in California are required to participate in the California Insurance Guarantee Association. If a company becomes insolvent, the California Insurance Guarantee Association settles unpaid claims and assesses each insurance company for its fair share.

California law requires all companies to surcharge policies to recover these assessments. If your policy is surcharged, "CA Surcharge" or "CA Surcharge (CIGA) Surcharge)" with an amount will be displayed on your premium notice.

This notice does not change the policy to which it is attached.


**TRAVELERS**

# Your Workers' Compensation Benefits – California

*This form should be given to all newly hired employees in the State of California. Its content applies to industrial injuries on or after January 1, 2013.*

**Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony.**

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job, or are a victim of a workplace crime. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures to a harmful condition (such as hurting your wrist from doing the same motion over and over).

**Workers' compensation benefits include:**

**Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. Physical therapy, occupational therapy and chiropractic visits may be limited to 24 each.

**Temporary Disability Benefits:** Payments if you lose wages while recovering. For most injuries after April 18, 2004, temporary disability benefits are limited to 104 weeks within 5 years from your date of injury. Filing a timely Employment Development Department claim may result in additional state disability benefits when TTD benefits are terminated, delayed or denied.

**Permanent Disability Benefits:** Payments if your injury causes a permanent disability. Once your injury stabilizes, your treating physician may find permanent disability, depending upon your level of recovery. The amount of permanent disability found by your doctor will be rated by your claims administrator according to your age and occupation in order to determine the percentage and corresponding dollar amount of permanent disability due. These amounts are set by state law. You have the right to obtain a state disability rating or appeal a rating.

**Return to Work Program:** If you experience a permanent earnings loss as a result of your injury and your permanent disability benefits are determined to be disproportionately low, you may qualify for additional monies from the Department of Industrial Relation's Return to Work Fund. Contact the Department of Industrial Relations at: www.dir.ca.gov/ to learn more about this additional benefit.

**Supplemental Job Displacement Vouchers:** If your injury causes you to miss time from work and results in permanent disability, you may receive a supplemental job displacement voucher if your employer has not offered modified, alternative or regular employment within 60 days of receipt of the doctor's medical report indicating you have made a maximum medical recovery. The voucher is for reimbursement of education-related costs and is capped at $6,000.00, If you receive a voucher as a result of your injury, you have two years from the date you are furnished the voucher or five years from your date of injury (whichever occurs later), to request reimbursement for qualifying expenditures.

**Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness. Burial expenses are also provided, with the maximum amount allowed dependent upon the date of injury.

Temporary disability, permanent disability, and death benefits are all payable at a rate based on 2/3 of your average weekly wage, and subject to state minimum and maximum amounts in effect on your date of injury. These benefits are paid every two weeks while you are eligible.

**Voluntary, off duty, recreational, social or athletic activities may not be covered under workers' compensation.**

**W04NEI13**
© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

**If you get hurt:**

**Get Medical Care.** If you need first aid, contact your employer. If you need emergency care, call for help immediately.

**Report Your Injury.** Report the injury immediately to your supervisor. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury, and must also authorize treatment within one working day after you have returned a signed and completed copy of the form. The statute of limitations for filing a workers' compensation claim is one year from the date of injury or, if resulting from repeated exposures, one year from when you realized or should have realized that your job caused the injury.

**See Your Treating Physician.** Your primary treating physician is the doctor with overall responsibility for treating your injury or illness. He or she is charged with maintaining the continuity of your care, as well as initiating referrals to specialists. If your employer has an approved Medical Provider Network (MPN), they may be able to limit your choices of treating physicians retain medical control, and require you to treat with an MPN physician from the onset. (An MPN is a selected network of healthcare providers who provide treatment to workers injured on the job. See your employer for more information on your MPN.) Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. If your employer does not have an approved MPN and you wish to change doctors in the first 30 days after reporting your claim, your claims administrator must select a new physician within five days of your request.

If you have provided your employer with the name of your personal physician before your injury and have group health insurance at the time of injury, you may see your personal physician for treatment even if your employer has an approved MPN. Your personal physician must be a general practitioner or a board-certified or board-eligible internist, pediatrician, obstetrician-gynecologist, family practitioner, or multi-specialty medical group of doctors of medicine or osteopathy, and must have treated you and maintained your medical history and records before your work injury and must also agree to treat you for a work-related injury or illness. If your employer does not have an approved MPN and you gave your employer the name of your personal chiropractor or acupuncturist in writing before you were injured, you may switch to the chiropractor or acupuncturist upon request. If you still need medical care after 30 days, you may be able to switch to a doctor of your own choice.

For your convenience, optional forms to predesignate your personal physician or multi-specialty medical group of doctors of medicine or osteopathy are attached to this document. Also attached, are forms to predesignate your personal acupuncturist or chiropractor if your employer does not have a medical provider network in place. By law, chiropractors are not allowed to be the treating physician after 24 visits.

**Discrimination:** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If your employer has been found to discriminate, you may be entitled to job reinstatement with back pay, increased compensation, and costs and expenses. You may also have additional rights under the Americans with Disabilities Act (ADA) or the Fair Employment and Housing Act (FEHA). For additional information, contact FEHA at (800) 884-1684 or the Equal Employment Opportunity Commission (EEOC) at (800) 669-3362. You can get free information from a state Division of Workers' Compensation Information & Assistance Officer. Hear recorded information and a list of local offices by calling toll-free **(800) 736-7401** or learn more online at: **http://www.dir.ca.gov.**

If medical care is not being provided by your employer you have several options. First, contact your claims administrator to find out the status of your claim. If you have given your employer a completed and signed claim form but your claim has been delayed for investigation, your employer is still required to authorize treatment, up to $10,000.00, during the delay. If the claim has not been accepted yet and your medical costs have exceeded the statutory $10,000.00 cap, you can go to your group health plan for care, find a doctor, clinic or hospital that will bill the claims administrator directly, or use public health services.

You have the right to disagree with decisions affecting your claim. If you have a disagreement, contact your claims administrator first to see if you can resolve it.

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

Your Workers' Compensation Insurance Company is **Travelers Property Casualty Company of America**.

You can also look up your insurance carrier at the WCIRB online lookup: https://www.caworkcompcoverage.com/

You can obtain free information from an Information and Assistance Officer of the state Division of Workers' Compensation, or you can hear recorded information and a list of local offices by calling **(800) 736-7401**. A list of Information and Assistance offices can be found at the end of this pamphlet to help you locate the I&A office nearest you. You may also go to the DWC web site at: **http://www.dir.ca.gov** for further information.

You can consult with an attorney. Most attorneys offer one free consultation. If you decide to hire an attorney, his or her fee may be taken out of some of your benefits. For names of workers' compensation attorneys, call the State Bar of California at (415) 538-2120 or go to their web site at: **http://www.californiaspecialist.org**. You may get a list of attorneys from your local information and assistance officer or look in your yellow pages.

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

**Predesignation of personal physician**

In the event you sustain an injury or illness related to your employment, you may be treated for such injury or illness by your personal medical doctor (M.D.) or doctor of osteopathic medicine (D.O.) or medical group if:

- you have group health coverage at the time of injury;
- the doctor is your regular physician, who shall be either a physician who has limited his or her practice of medicine to general practice or who is a board-certified or board-eligible internist, pediatrician, obstetrician-gynecologist, family practitioner, and has previously directed your medical treatment, and retains your medical records;
- your "personal physician" may be a medical group if it is a single corporation or partnership composed of licensed doctors of medicine or osteopathy, which operates an integrated multispecialty medical group providing comprehensive medical services predominantly for nonoccupational illnesses and injuries;
- prior to the injury your doctor agrees to treat you for work injuries or illnesses;
- prior to the injury you provided your employer the following in writing: (1) notice that you want your personal doctor to treat you for a work-related injury or illness, and (2) your personal doctor's name and business address.

You may use this form to notify your employer if you wish to have your personal medical doctor or a doctor of osteopathic medicine treat you for a work-related injury or illness and the above requirements are met.

**Notice of predesignation of personal physician**

**Employee: Complete this section.**

To: _____ (name of employer) If I have a work-related injury or illness, I choose to be treated by:

_____
(Name of Doctor, M.D., D.O., or medical group)

_____
(Street address, city, state, zip code)

_____
(Telephone number)

Employee Name (please print): _____

Employee's Address: _____

Employee's Signature _____   Date:_____

**Physician: I agree to this Predesignation:**

Signature:_____   Date:_____
(Physician or designated employee of the physician or medical group)

The physician is not required to sign this form, however, if the physician or designated employee of the physician or medical group does not sign, other documentation of the physician's agreement to be predesignated will be required pursuant to Title 8, California Code of Regulations, section 9780.1(a)(3).

Page 4 of 6

**W04NEI13**
© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

**Notice of personal chiropractor or personal acupuncturist**

If your employer or your employer's insurer does not have a Medical Provider Network, you may be able to change your treating physician to your personal chiropractor or acupuncturist following a work-related injury or illness. In order to be eligible to make this change, you must give your employer the name and business address of a personal chiropractor or acupuncturist in writing prior to the injury or illness. Your claims administrator generally has the right to select your treating physician within the first 30 days after your employer knows of your injury or illness. After your claims administrator has initiated your treatment with another doctor during this period, you may then, upon request, have your treatment transferred to your personal chiropractor or acupuncturist.

You may use this form to notify your employer of your personal chiropractor or acupuncturist. By law, chiropractors are not allowed to be the treating physician after 24 visits.

**Your Chiropractor or Acupuncturist's Information:**

_____

(Name of chiropractor or acupuncturist)

_____

(Street address, city, state, zip code)

_____

(Telephone Number)

Employee Name (please print): _____

Employee Address _____

Employee's Signature   _____   Date: _____

**W04NEI13**

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

**Contact the information & assistance unit:**

- By phone at 1-800-736-7401 — For recorded information that helps injured workers, employers and others understand California's workers compensation system, and their rights and responsibilities under the law.
- By attending a workshop for injured workers
- By calling or going in person to a local Information & Assistance Unit office:

| | | |
|---|---|---|
| **Anaheim**<br>1065 N. PacifiCenter Drive<br>Anaheim 92806<br>(714) 414-1801 | **Oakland**<br>1515 Clay Street,<br>6th floor<br>Oakland, CA 94612<br>(510) 622-2861 | **San Diego**<br>7575 Metropolitan Drive,<br>Suite 202<br>San Diego, CA 92102-4424<br>(619) 767-2082 |
| **Bakersfield**<br>1800 30th Street,<br>Suite 100<br>Bakersfield, CA 93301-1929<br>(661) 395-2514 | **Oxnard**<br>1901 N. Rice Ave.,Ste. 200<br>Oxnard, CA 93030<br>(805) 485-3528 | **San Francisco**<br>455 Golden Gate Avenue,<br>2nd floor<br>San Francisco, CA 94102-7014<br>(415) 703-5020 |
| **Eureka**<br>100 "H" Street,<br>Room 202<br>Eureka, CA 95501-0481<br>(707) 441-5723 | **Pomona**<br>732 Corporate Center Drive<br>Pomona, CA 91768-2653<br>(909) 623-8568 | **San Jose**<br>100 Paseo de San Antonio,<br>Room 241<br>San Jose, CA 95113-1402<br>(408) 277-1292 |
| **Fresno**<br>2550 Mariposa Mall,<br>Room 2035<br>Fresno, CA 93721-2219<br>(559) 445-5355 | **Redding**<br>2115 Civic Center Drive<br>Room 15<br>Redding, CA 96001-2796<br>(530) 225-2047 | **San Luis Obispo**<br>4740 Allene Way,<br>Suite 100<br>San Luis Obispo, CA 93401<br>(805) 596-4159 |
| **Goleta**<br>6755 Hollister Avenue,<br>Room 100<br>Goleta, CA 93117-5551<br>(805) 968-4158 | **Riverside**<br>3737 Main Street,<br>Room 300<br>Riverside, CA 92501-3337<br>(951) 782-4347 | **Santa Ana**<br>605 W Santa Ana Blvd, Bldg<br>28 Room 451<br>Santa Ana, CA 92701<br>(714) 558-4597 |
| **Long Beach**<br>300 Oceangate Street,<br>Suite 200<br>Long Beach, CA 90802-4304<br>(562) 590-5240 | **Sacramento**<br>160 Promenade Circle,<br>Suite 300<br>Sacramento, CA 95834<br>(916) 928-3158 | **Santa Rosa**<br>50 "D" Street,<br>Room 420<br>Santa Rosa, CA 95404-4771<br>(707) 576-2452 |
| **Los Angeles**<br>320 W. 4th Street,<br>9th floor<br>Los Angeles, CA 90013-2329<br>(213) 576-7389 | **Salinas**<br>1880 North Main Street,<br>Suite 100<br>Salinas, CA 93906-2037<br>(831) 443-3058 | **Stockton**<br>31 East Channel Street,<br>Room 344<br>Stockton, CA 95202-2314<br>(209) 948-7980 |
| **Marina del Rey**<br>4720 Lincoln Blvd<br>2nd floor<br>Marina del Rey, CA 90292-6902<br>(310) 482-3820 | **San Bernardino**<br>464 W. Fourth Street,<br>Suite 239<br>San Bernardino, CA 92401-1411<br>(909) 383-4522 | **Van Nuys**<br>6150 Van Nuys Blvd.,<br>Room 105<br>Van Nuys, CA 91401-3370<br>(818) 901-5367 |

Administrative Director of the Division of Workers' Compensation. This form cannot be altered.

**W04NEI13**

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. CE-10277 New 1-2013

This form complies with Labor Code requirements §3551, §3553, and Administrative Rule §9880, and has been approved by the Administrative Director of the Division of Workers' Compensation. This form cannot be altered.


**TRAVELERS**

# Sus Beneficios de compensación laboral – California

*Este formulario debe entregarse a todos los empleados recién contratados en el estado de California. Su contenido se aplica a los accidentes de trabajo ocurridos a partir del 1 de enero de 2013.*

**Cualquier persona que haga o propicie que se haga cualquier declaración sustancial a sabiendas falsa o fraudulenta con el propósito de obtener o denegar beneficios o pagos de compensación laboral es culpable de un delito.**

Usted puede tener derecho a beneficios de compensación laboral si resulta lesionado o se enferma a causa de su trabajo, o si es víctima de un delito en el lugar de trabajo. La compensación laboral cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un acontecimiento (como lastimarse la espalda en una caída) o por exposiciones repetidas a una circunstancia perjudicial (como lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Los beneficios de compensación laboral incluyen:**

**Atención médica:** consultas médicas, servicios hospitalarios, fisioterapia, análisis de laboratorio, radiografías y medicamentos que sean razonablemente necesarios para tratar su lesión. No debe recibir nunca una factura. Es posible que las visitas para fisioterapia, terapia ocupacional y al quiropráctico tengan un límite de 24 visitas para cada tipo.

**Beneficios por incapacidad temporal:** Pagos si usted deja de recibir su salario mientras se recupera. Para la mayoría de las lesiones ocurridas después del 18 de abril de 2004, los beneficios por incapacidad temporal se limitan a 104 semanas dentro del lapso de 5 años a partir de la fecha de la lesión. Presentar de forma oportuna una reclamación en el Departamento de Desarrollo Laboral (Employment Development Department) puede conducir a la obtención de beneficios estatales adicionales por incapacidad cuando se terminan los beneficios por incapacidad total temporal (TTD, por sus siglas en inglés), o cuando estos se demoran o los deniegan.

**Beneficios por incapacidad permanente:** Pagos si su lesión causa una incapacidad permanente. Una vez que su lesión se estabilice, es posible que el médico que lo trata determine que usted tiene una incapacidad permanente, dependiendo de su grado de recuperación. La cantidad de incapacidad permanente que su médico determine será clasificada por el administrador de reclamaciones según su edad y ocupación con el fin de determinar el porcentaje y la cantidad correspondiente en dólares que se le debe a usted a causa de la incapacidad permanente. La ley estatal establece dichas cantidades. Usted tiene derecho a obtener una clasificación estatal de incapacidad o a apelar la clasificación.

**Programa para reintegrarse al trabajo:** Si usted sufre la pérdida permanente de sus ingresos como resultado de su lesión y se determina que sus beneficios por incapacidad permanente son desproporcionadamente bajos, es posible que usted califique para recibir dinero adicional <u>del Fondo para la reintegración al trabajo del Departamento de Relaciones Laborales (Department of Industrial Relations)</u>. Comuníquese con el Departamento de Relaciones Laborales en: www.dir.ca.gov/ para conocer más acerca de este beneficio adicional.

**Vales suplementarios por destitución laboral:** Si su lesión conlleva a que usted falte a su trabajo y le causa una incapacidad permanente, usted puede recibir un vale suplementario por destitución laboral si su empleador no le ofrece un empleo modificado, alternativo o regular dentro de 60 días de haber recibido el informe médico que indique que usted logró una recuperación médica máxima. El vale es para reembolsar los costos educativos y tiene un límite de $6,000.00. Si usted recibe un vale como consecuencia de su lesión, tiene dos años desde la fecha en que le proporcionen el vale o cinco años desde la fecha de su lesión (lo que ocurra último), para solicitar el reembolso de los gastos que califiquen.

**Beneficios por muerte:** Se pagan a los dependientes de un trabajador que muere a causa de una lesión o enfermedad laboral. También se cubren los gastos del entierro; la cantidad máxima permitida depende de la fecha de la lesión.

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

Los beneficios por incapacidad temporal, incapacidad permanente y muerte se pagan a una tasa basada en 2/3 de su salario semanal promedio, y están sujetas a las cantidades mínimas y máximas vigentes en el estado en la fecha de su lesión. Estos beneficios se pagan cada dos semanas mientras usted sea elegible.

**Es posible que las actividades como voluntario, en sus horas libres, recreacionales, sociales o atléticas no estén cubiertas bajo la compensación laboral.**

**Si se lastima:**

**Obtenga atención médica.** Si necesita primeros auxilios, comuníquese con su empleador. Si necesita atención urgente, pida ayuda de inmediato.

**Informe sobre su lesión.** Informe de inmediato a su supervisor sobre su lesión. No demore en hacerlo; existen límites de tiempo. Si espera demasiado, puede perder los derechos que tiene a recibir beneficios. Su empleador tiene que proporcionarle un formulario de reclamación a más tardar un día laborable después de que esté enterado de su lesión, y también debe autorizar el tratamiento a más tardar un día laborable después de que usted le entregue una copia del formulario lleno y firmado. El plazo de prescripción para presentar una reclamación de compensación laboral es de un año a partir de la fecha de la lesión o, si esta se debe a exposiciones repetidas, un año a partir del momento en que usted se dio cuenta o debió darse cuenta de que su trabajo causó la lesión.

**Vea a su médico tratante.** Su médico tratante primario es el médico con la responsabilidad global de tratar su lesión o enfermedad. Él o ella están a cargo de mantener la continuidad de su atención, así como de remitirlo a los especialistas. Si su empleador tiene una Red de Proveedores Médicos (MPN, por sus siglas en inglés) aprobada, es posible que ellos puedan limitar sus opciones de médicos tratantes, que retengan el control médico, y que le exijan que se atienda con un médico de la MPN desde el principio. (Una MPN es una red escogida de proveedores de atención médica que proveen tratamiento a los empleados que se lesionan en el trabajo. Consulte con su empleador para obtener más información sobre su MPN). De lo contrario, su empleador tiene el derecho de escoger el médico que lo tratará a usted por los primeros 30 días. Si su empleador no tiene una MPN aprobada y usted desea cambiar de médico en los primeros 30 días después de presentar su reclamación, su administrador de reclamaciones debe escoger un médico nuevo en un lapso de cinco días después de que usted lo solicite.

Si usted le proporcionó a su empleador el nombre de su médico personal antes de sufrir la lesión y tiene seguro médico de grupo al momento de la lesión, usted puede tratarse con su médico personal incluso si su empleador tiene una MPN aprobada. Su médico personal debe ser un médico general o un médico internista, pediatra, ginecobstetra o médico de familia con certificado de especialidad o que haya completado su especialidad, o un grupo médico con múltiples especialidades con doctores o licenciados en medicina, y debe haberlo tratado y tener sus antecedentes médicos y su historia clínica antes de su lesión laboral y también debe estar de acuerdo en tratarlo por una lesión o enfermedad laboral. Si su empleador no tiene una MPN aprobada y usted le dio a su empleador por escrito el nombre de su quiropráctico o acupunturista personal antes de sufrir la lesión, usted puede cambiar al quiropráctico o acupunturista cuando lo solicite. Si todavía necesita recibir atención médica luego de 30 días, quizás pueda cambiarse a un médico de su propia elección.

Para mayor comodidad, se adjuntan a este documento formularios opcionales para predesignar a su médico personal o a un grupo médico con múltiples especialidades con doctores o licenciados en medicina. También se adjuntan formularios para predesignar a su acupunturista o quiropráctico personal si su empleador no cuenta con una red de proveedores médicos. Por ley, no se permite que los quiroprácticos sean el médico tratante luego de 24 visitas.

**Discriminación:** Es ilegal que su empleador lo castigue o lo despida por sufrir una lesión o enfermedad laboral, por presentar una reclamación, o por testificar en el caso de compensación laboral de otra persona. Si se determina que su empleador ha cometido discriminación, usted puede tener derecho a que se le reincorpore a su puesto de trabajo con pagos retroactivos, una mayor compensación, y costos y gastos. Es posible que usted tenga otros derechos bajo la Ley de Protección para Personas Discapacitadas (ADA, por sus siglas en inglés) o la Ley de Igualdad en el Empleo y la Vivienda (FEHA, por sus siglas en inglés). Para obtener más información, comuníquese con FEHA al (800) 884-1684 o con la Comisión de Igualdad de Oportunidades Laborales (EEOC,

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

por sus siglas en inglés) al (800) 669-3362. Puede obtener información gratuita de un funcionario de información y ayuda de la División de Compensación Laboral de su estado. Puede escuchar información grabada y una lista de las oficinas locales llamando sin costo al **(800) 736-7401** o averiguar más en línea en: **http://www.dir.ca.gov**.

Si su empleador no le proporciona atención médica, usted tiene varias opciones. Primero, comuníquese con su administrador de reclamaciones para averiguar el estado de su reclamación. Si le entregó a su empleador un formulario de reclamación lleno y firmado pero su reclamación está retrasada por la investigación, su empleador tiene que autorizar el tratamiento, hasta un máximo de $10,000.00, durante el retraso. Si todavía no se ha aceptado la reclamación y sus costos médicos sobrepasan el límite reglamentario de $10,000.00, usted puede acudir a su plan médico de grupo para recibir atención, buscar un médico, una clínica o un hospital que le facture directamente al administrador de reclamaciones, o utilizar los servicios públicos de atención médica.

Usted tiene derecho a estar en desacuerdo con las decisiones que afectan su reclamación. Si está en desacuerdo, comuníquese primero con su administrador de reclamaciones para ver si lo pueden resolver.

Su compañía de seguros de compensación laboral es **Travelers Property Casualty Company of America**.

También puede buscar su compañía de seguros en el directorio en línea de WCIRB: https://www.caworkcompcoverage.com/

Puede obtener información gratuita de un funcionario de Información y Ayuda de la División de Compensación Laboral de su estado, o puede escuchar información grabada y una lista de las oficinas locales llamando al (800) 736-7401. Al final de este folleto, encontrará una lista de las oficinas de Información y Ayuda. Esto lo ayudará a localizar la oficina más cerca de usted. Para más información, también puede visitar el sitio web del DWC en: **http://www.dir.ca.gov**.

Puede consultar con un abogado. La mayoría de los abogados ofrecen una consulta gratuita. Si decide contratar un abogado, es posible que los honorarios se saquen de algunos de sus beneficios. Para obtener los nombres de los abogados especializados en compensación laboral, llame al Colegio de Abogados del estado de California al (415) 538-2120 o visite su sitio web en: **http://www.californiaspecialist.org**. El funcionario local de información y ayuda puede proporcionarle una lista de los abogados o usted puede buscarlos en las páginas amarillas.

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

**Predesignación del médico personal**

En caso de que sufra una lesión o enfermedad relacionada con su empleo, su médico (doctor (M.D.) o licenciado (D.O.) en medicina) personal o grupo médico pueden atenderlo si:

- usted tiene cobertura médica de grupo al momento de la lesión;

- el médico es su médico habitual, y debe ser un médico cuyo ejercicio de la medicina se limita a medicina general o que es un médico internista, pediatra, ginecobstetra o médico de familia con certificado de especialidad o que haya completado su especialidad, y que anteriormente haya estado a cargo de su tratamiento médico y tenga en su poder su historia clínica;

- su "médico personal" puede ser un grupo médico si se trata de una corporación con un solo miembro o una sociedad constituida por doctores o licenciados en medicina, que opere un grupo médico integrado con múltiples especialidades que brinde servicios médicos integrales predominantemente para enfermedades y lesiones que no sean de tipo laboral;

- antes de la lesión, su médico acepta tratarlo por lesiones o enfermedades laborales;

- antes de la lesión, usted le proporcionó a su empleador lo siguiente por escrito: (1) notificación de que usted desea que su médico personal lo trate por lesiones o enfermedades laborales, y (2) el nombre y la dirección del consultorio de su médico personal.

Puede usar este formulario para notificar a su empleador si desea que su médico o licenciado en medicina personal lo trate por una lesión o enfermedad laboral, siempre que se cumplan los requisitos anteriores.

**Notificación de predesignación del médico personal**

**Empleado: Llene esta sección.**

Para: _____ (nombre del empleador) Si sufro una lesión o enfermedad laboral, escojo ser atendido por:

_____
(Nombre del médico, doctor en medicina, licenciado en medicina o grupo médico)

_____
(Dirección, ciudad, estado, código postal)

(Número de teléfono) _____

Nombre del empleado (en letra de imprenta): _____

Dirección del empleado:_____  _____

Firma del empleado_____Fecha:_____

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

**Médico: Estoy de acuerdo con esta predesignación.**

Firma: _____Fecha:_____
(Médico o empleado designado del médico o del grupo médico)

No se requiere que el médico firme este formulario, sin embargo, si el médico o el empleado designado del médico o del grupo médico no firma, se necesitará otra documentación de la aceptación del médico a ser predesignado, conforme al Capítulo 8, Código de Disposiciones Reglamentarias de California, apartado 9780.1(a)(3).

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el  Director Administrativo de la División de Compensación Laboral. Este formulario no pueda modificarse.

**Notificación de quiropráctico personal o acupunturista personal**

Si su empleador o la compañía de seguros de su empleador no tienen una Red de Proveedores Médicos, usted quizás pueda cambiar su médico tratante a su quiropráctico o acupunturista personal después de una lesión o enfermedad laboral. Para cumplir los requisitos para hacer este cambio, debe proporcionarle a su empleador, por escrito, el nombre y la dirección del consultorio de un quiropráctico o acupunturista personal antes de que ocurra la lesión o enfermedad. Por lo general, su administrador de reclamaciones tiene el derecho de escoger su médico tratante dentro de los primeros 30 días después de que su empleador esté enterado de su lesión o enfermedad. Luego de que su administrador de reclamaciones inicie su tratamiento con otro médico durante este período, usted podrá, previa solicitud, hacer que transfieran su tratamiento a su quiropráctico o acupunturista personal.

Usted puede utilizar este formulario para notificar a su empleador acerca de su quiropráctico o acupunturista personal. Por ley, no se permite que los quiroprácticos sean el médico tratante luego de 24 visitas.

**Información de su quiropráctico o acupunturista:**

_____
(Nombre del quiropráctico o acupunturista)

_____
(Dirección, ciudad, estado, código postal)

_____
(Número de teléfono)

Nombre del empleado (en letra de imprenta): _____

Dirección del empleado:_____

Firma del empleado_____Fecha:_____

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el  Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

**Comuníquese con la unidad de información y ayuda**

- Por teléfono al 1-800-736-7401: Para obtener información grabada que ayuda a los trabajadores lesionados, los empleadores y otras personas a entender el sistema de compensación laboral de California, y sus derechos y responsabilidades conforme a la ley.

- Asistiendo a un taller para trabajadores lesionados

- Llamando o yendo en persona a una oficina local de la Unidad de información y ayuda:

| | | |
|---|---|---|
| **Anaheim**<br>1065 N. PacifiCenter Drive<br>Anaheim 92806<br>(714) 414-1801 | **Oakland**<br>1515 Clay Street, 6th floor<br>Oakland, CA 94612<br>(510) 622-2861 | **San Diego**<br>7575 Metropolitan Drive,<br>Suite 202<br>San Diego, CA 92102-4424<br>(619) 767-2082 |
| **Bakersfield**<br>1800 30th Street,<br>Suite 100<br>Bakersfield, CA 93301-1929<br>(661) 395-2514 | **Oxnard**<br>1901 N. Rice Ave.,<br>Ste. 200<br>Oxnard, CA 93030<br>(805) 485-3528 | **San Francisco**<br>455 Golden Gate Avenue,<br>2nd floor<br>San Francisco, CA 94102-7014<br>(415) 703-5020 |
| **Eureka**<br>100 "H" Street,<br>Room 202 Eureka, CA 95501-0481<br>(707) 441-5723 | **Pomona**<br>732 Corporate Center Drive<br>Pomona, CA 91768-2653<br>(909) 623-8568 | **San Jose**<br>100 Paseo de San Antonio,<br>Room 241<br>San Jose, CA 95113-1402<br>(408) 277-1292 |
| **Fresno**<br>2550 Mariposa Mall,<br>Room 2035<br>Fresno, CA 93721-2219<br>(559) 445-5355 | **Redding**<br>2115 Civic Center Drive<br>Room 15<br>Redding, CA 96001-2796<br>(530) 225-2047 | **San Luis Obispo**<br>4740 Allene Way,<br>Suite 100<br>San Luis Obispo, CA 93401<br>(805) 596-4159 |
| **Goleta**<br>6755 Hollister Avenue,<br>Room 100<br>Goleta, CA 93117-5551<br>(805) 968-4158 | **Riverside**<br>3737 Main Street,<br>Room 300<br>Riverside, CA 92501-3337<br>(951) 782-4347 | **Santa Ana**<br>605 W Santa Ana Blvd, Bldg<br>28 Room 451<br>Santa Ana, CA 92701<br>(714) 558-4597 |
| **Long Beach**<br>300 Oceangate Street,<br>Suite 200<br>Long Beach, CA 90802-4304<br>(562) 590-5240 | **Sacramento**<br>160 Promenade Circle,<br>Suite 300<br>Sacramento, CA 95834<br>(916) 928-3158 | **Santa Rosa**<br>50 "D" Street,<br>Room 420<br>Santa Rosa, CA 95404-4771<br>(707) 576-2452 |
| **Los Angeles**<br>320 W. 4th Street,<br>9th floor<br>Los Angeles, CA 90013-2329<br>(213) 576-7389 | **Salinas**<br>1880 North Main Street,<br>Suite 100<br>Salinas, CA 93906-2037<br>(831) 443-3058 | **Stockton**<br>31 East Channel Street,<br>Room 344<br>Stockton, CA 95202-2314<br>(209) 948-7980 |
| **Marina del Rey**<br>4720 Lincoln Blvd<br>2nd floor<br>Marina del Rey, CA 90292-6902<br>(310) 482-3820 | **San Bernardino**<br>464 W. Fourth Street,<br>Suite 239<br>San Bernardino, CA 92401-1411<br>(909) 383-4522 | **Van Nuys**<br>6150 Van Nuys Blvd.,<br>Room 105<br>Van Nuys, CA 91401-3370<br>(818) 901-5367 |

© 2013 The Travelers Indemnity Company. Todos los derechos reservados. Travelers y el logotipo con la sombrilla de Travelers son marcas registradas de The Travelers Indemnity Company en los EE. UU. y otros países. CE-10277 New 1-2013

Este formulario cumple con los requisitos §3551, §3553, y el Reglamento Administrativo §9880 del Código Laboral, y fue aprobado por el Director Administrativo de la División de Compensación Laboral. Este formulario no puede modificarse.

# POLICYHOLDER NOTICE

## JANUARY 1, 2014 AUDIT REQUIREMENTS FOR POLICIES WITH FINAL PREMIUM OF LESS THAN $10,000 THAT DEVELOP PAYROLL IN HIGH WAGE DUAL WAGE CONSTRUCTION OR ERECTION CLASSIFICATIONS

Dual wage classifications are pairs of classifications that describe the same construction or erection operation yet are assigned based upon whether the employee's hourly wage is above or below a specified threshold. Each pair of dual wage classifications contains one "high wage" classification that is assignable to payrolls earned by employees whose regular hourly wage equals or exceeds a specified wage threshold and one "low wage" classification that is assignable to payrolls earned by employees whose regular hourly wage is less than the specified threshold.

If your policy effective on or after January 1, 2014 produces a final premium of less than $10,000 and develops payroll in a high wage classification, a physical audit of the policy is required unless the policy is a renewal and a physical audit was completed for one of the two immediately preceding policy periods. If your policy produces a final premium of $10,000 or more, a physical audit is required at least once a year.

A "physical audit" is defined as an audit of payroll, whether conducted at the policyholder's location or at a remote site, that is based upon an auditor's examination of the policyholder's books of accounts and original payroll records (in either electronic or hard copy form) as necessary to determine and verify the exposure amounts by classification.

**STATE OF CALIFORNIA**

**IMPORTANT LOSS CONTROL INFORMATION**

The Loss Control Services outlined in the enclosed Safety Services notice are available at no additional cost to you.

Workers' Compensation insurance policyholders may register comments about the insurer's loss control consultation services by writing to: State of California, Department of Industrial Relations, Division of Occupational Safety and Health, P.O. Box 420603, San Francisco, CA 94142.

W04N1C01

# POLICYHOLDER NOTICE

## PAYROLL RECORD AND AUDIT REQUIREMENTS FOR
## DUAL WAGE CONSTRUCTION OR ERECTION CLASSIFICATIONS

Your policy includes one or more construction or erection classifications. Dual wage classifications are pairs of classifications that describe the same construction or erection operation yet are assigned based upon whether the employee's hourly wage is above or below a specified threshold. Each pair of dual wage classifications contains one "high wage" classification that is assignable to payrolls earned by employees whose regular hourly wage equals or exceeds a specified wage threshold and one "low wage" classification that is assignable to payrolls earned by employees whose regular hourly wage is less than the specified threshold.

**Payroll Record Requirements**

The assignment of a high wage classification to any non-salaried employee is contingent on verifying that the employee's hourly wage equals or exceeds the specified wage threshold. The determination of the regular hourly wage must be supported by one of the following sources:

- Original time cards or time book entries for each employee. Original records must include the operations performed, the total hours worked each day and the times the employee started and ended each work period throughout the workday. At job locations where all of the employer's operations cease for a uniform unpaid meal period, recording the start and stop times of the uniform break period is not required.

- A valid collective bargaining agreement that shows the regular hourly wage rate by job classification of a worker. If using a collective bargaining agreement, the records must include an employee roster by job classification that permits the reconciliation of individual employees to the job classifications set forth in the collective bargaining agreement.

The non-salaried employee's regular hourly wage shall be determined by dividing that employee's total remuneration by the hours worked during the pay period, irrespective of whether the employee is paid on an hourly, piecework, production or commission basis.

The payroll earned by any non-salaried employees for whom the records specified above are not maintained and/or made available will be assigned to the low wage classification that describes the operations performed.

The regular hourly wage of salaried employees is determined by dividing the total annual remuneration by 2000 hours. If an employee is salaried for less than 12 months, the regular hourly wage for the salaried period is calculated on a prorated basis.

**Audit Requirements**

If your policy produces a final premium of $10,000 or more, a physical audit is required at least once a year. If your policy produces a final premium of less than $10,000 and payroll is developed under a high wage classification, a physical audit of the policy is required unless the policy is a renewal and a physical audit was completed for one of the two immediately preceding policy periods. A "physical audit" is defined as an audit of payroll, whether conducted at the policyholder's location or at a remote site, that is based upon an auditor's examination of the policyholder's books of accounts and original payroll records (in either electronic or hard copy form) as necessary to determine and verify the exposure amounts by classification.

If you hold a C-39 Roofing Contractor license from the California Contractors State License Board, a physical audit is required on the complete policy period of each policy regardless of the amount of final premium.

# ATTENTION

**The following Posting Notices must be displayed in a prominent location in the workplace.**

**Please distribute these notices to the appropriate workplace locations.**

**In the event that additional copies are desired, please contact your agent and request the number of copies of the particular notices that you may need.**

**Posting notices for the states of MO, MN and NM are provided in two separate forms which need to be connected to create one large notice to be posted.**

**Please contact us at <u>wcppn@travelers.com</u> for assistance in completing the healthcare provider information on posting notices in PA, GA, TN and VA.**

ISSUED TO:  TSC ACQUISITION CORP

**STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS**
**Division of Workers' Compensation**

# Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:

- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**

1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number:____ **(800) 287-9682** ____ MPN website: **WWW.MYWCINFO.COM**

MPN Effective Date_____ Current MPN's address: **P.O. BOX 6510 DIAMOND BAR, CA 91765**

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

<div align="center">

**TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

</div>

Claims Administrator _____

Phone  **1-800-238-6225** _____

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date **12-31-15** _____

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov** or **www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

<div style="border:1px solid black; text-align:center;">
Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary
participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties.
</div>

DWC 7 (6/10)
**W04P2H10**

ISSUED TO:  TSC ACQUISITION CORP

## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
### Division of Workers' Compensation
## Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:
- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**
1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number: __(800) 287-9682__ MPN website: __WWW.MYWCINFO.COM__

MPN Effective Date_____ Current MPN's address: __P.O. BOX 6510 DIAMOND BAR, CA 91765__

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone __1-800-238-6225__

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date __12-31-15__

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov or www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

> Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties.

DWC 7 (6/10)
**W04P2H10**

ISSUED TO:  TSC ACQUISITION CORP



## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
### Division of Workers' Compensation
## Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:
- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**
1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number:_____ (800) 287-9682 ___ MPN website: WWW.MYWCINFO.COM

MPN Effective Date_____ Current MPN's address: P.O. BOX 6510 DIAMOND BAR, CA 91765

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone  1-800-238-6225 _____

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date 12-31-15 _____

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov or www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

> Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary
> participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties.

DWC 7 (6/10)
**W04P2H10**

ISSUED TO: TSC ACQUISITION CORP

## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
### Division of Workers' Compensation
# Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:

- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**

1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number: _____ (800) 287-9682 _____ MPN website: WWW.MYWCINFO.COM

MPN Effective Date_____ Current MPN's address: P.O. BOX 6510 DIAMOND BAR, CA 91765

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone 1-800-238-6225

Workers' compensation insurer_____ (Enter "self-insured" if appropriate)

Policy Expiration Date 12-31-15

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov or www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

> Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties.

DWC 7 (6/10)
**W04P2H10**

ISSUED TO: TSC ACQUISITION CORP

## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
Division of Workers' Compensation
# Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:
- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**
1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number:_____ (800) 287-9682 _ MPN website: WWW.MYWCINFO.COM

MPN Effective Date_____ Current MPN's address: P.O. BOX 6510 DIAMOND BAR, CA 91765

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone  1-800-238-6225 _____

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date 12-31-15 _____

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free (800) 736-7401. Learn more information about DWC and DLSE online: www.dwc.ca.gov or www.dir.ca.gov/dlse.

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

| |
|---|
| Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties. |

DWC 7 (6/10)
**W04P2H10**

ISSUED TO:  TSC ACQUISITION CORP

## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
### Division of Workers' Compensation
## Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:

- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**

1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number: ___(800) 287-9682___ MPN website: __WWW.MYWCINFO.COM__

MPN Effective Date_____ Current MPN's address: __P.O. BOX 6510 DIAMOND BAR, CA 91765__

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone __1-800-238-6225__

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date __12-31-15__

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov or www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

| |
|---|
| Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties. |

DWC 7 (6/10)
**W04P2H10**

ISSUED TO:  TSC ACQUISITION CORP

## STATE OF CALIFORNIA – DEPARTMENT OF INDUSTRIAL RELATIONS
### Division of Workers' Compensation
## Notice to Employees – Injuries Caused By Work

You may be entitled to workers' compensation benefits if you are injured or become ill because of your job. Workers' compensation covers most work-related physical or mental injuries and illnesses. An injury or illness can be caused by one event (such as hurting your back in a fall) or by repeated exposures (such as hurting your wrist from doing the same motion over and over).

**Benefits.** Workers' compensation benefits include:
- **Medical Care:** Doctor visits, hospital services, physical therapy, lab tests, x-rays, and medicines that are reasonably necessary to treat your injury. You should never see a bill. There is a limit on some medical services.
- **Temporary Disability (TD) Benefits:** Payments if you lose wages while recovering. For most injuries, TD benefits may not be paid for more than 104 weeks within five years from the date of injury.
- **Permanent Disability (PD) Benefits:** Payments if your injury causes a permanent disability.
- **Supplemental Job Displacement Benefit:** A nontransferable voucher payable to a state approved school if your injury arises on or after 1/1/04 and results in a permanent disability that prevents you from returning to work within 60 days after TD ends, and your employer does not offer you modified or alternative work.
- **Death Benefits:** Paid to dependents of a worker who dies from a work-related injury or illness.

**Naming Your Own Physician Before Injury or Illness (Predesignation).** You may be able to choose the doctor who will treat you for a job injury or illness. If eligible, you must tell your employer, in writing, the name and address of your personal physician or medical group *before* you are injured and your physician must agree to treat you for your work injury. For instructions, see the written information about workers' compensation that your employer is required to give to new employees.

**If You Get Hurt:**
1. **Get Medical Care.** If you need emergency care, call 911 for help immediately from the hospital, ambulance, fire department or police department. If you need first aid, contact your employer.
2. **Report Your Injury.** Report the injury immediately to your supervisor or to an employer representative. Don't delay. There are time limits. If you wait too long, you may lose your right to benefits. Your employer is required to provide you a claim form within one working day after learning about your injury. Within one working day after you file a claim form, your employer shall authorize the provision of all treatment, consistent with the applicable treating guidelines, for your alleged injury and shall be liable for up to ten thousand dollars ($10,000) in treatment until the claim is accepted or rejected.
3. **See Your Primary Treating Physician (PTP).** This is the doctor with overall responsibility for treating your injury or illness. If you predesignated by naming your personal physician or medical group before injury (see above), you may see him or her for treatment in certain circumstances. Otherwise, your employer has the right to select the physician who will treat you for the first 30 days. You may be able to switch to a doctor of your choice after 30 days. Different rules apply if your employer offers a Health Care Organization (HCO) or has a Medical Provider Network (MPN). You should receive information from your employer if you are covered by an HCO or a MPN. Contact your employer for more information.
4. **Medical Provider Networks.** Your employer may be using a MPN, which is a selected network of health care providers to provide treatment to workers injured on the job. If your employer is using a MPN, a MPN notice should be posted next to this poster to explain how to use the MPN. You can request a copy of this notice by calling the MPN number below. **If you have predesignated a personal physician prior to your work injury, then you may receive treatment from your predesignated doctor.** If you have not predesignated and your employer is using a MPN, you are free to choose an appropriate provider from the MPN list after the first medical visit directed by your employer. If you are treating with a non-MPN doctor for an existing injury, you may be required to change to a doctor within the MPN. For more information, see the MPN contact information below:

Current MPN's toll free number:____**(800) 287-9682**____ MPN website: **WWW.MYWCINFO.COM**

MPN Effective Date_____ Current MPN's address: **P.O. BOX 6510 DIAMOND BAR, CA 91765**

**Discrimination.** It is illegal for your employer to punish or fire you for having a work injury or illness, for filing a claim, or testifying in another person's workers' compensation case. If proven, you may receive lost wages, job reinstatement, increased benefits, and costs and expenses up to limits set by the state.

**Questions?** Learn more about workers' compensation by reading the information that your employer is required to give you at time of hire. If you have questions, see your employer or the claims administrator (who handles workers' compensation claims for your employer):

### TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

Claims Administrator _____

Phone  **1-800-238-6225**____

Workers' compensation insurer_____(Enter "self-insured" if appropriate)

Policy Expiration Date **12-31-15**____

If the workers' compensation policy has expired, contact a Labor Commissioner at the Division of Labor Standards Enforcement (DLSE).

You can also get free information from a State Division of Workers' Compensation Information & Assistance Officer. The nearest Information & Assistance Officer can be found at location: _____ or by calling toll-free **(800) 736-7401.** Learn more information about DWC and DLSE online: **www.dwc.ca.gov or www.dir.ca.gov/dlse.**

**False claims and false denials.** Any person who makes or causes to be made any knowingly false or fraudulent material statement or material representation for the purpose of obtaining or denying workers' compensation benefits or payments is guilty of a felony and may be fined and imprisoned.

> Your employer may not be liable for the payment of workers' compensation benefits for any injury that arises from your voluntary participation in any **off-duty, recreational, social, or athletic activity** that is not part of your work-related duties.

DWC 7 (6/10)
**W04P2H10**

ISSUED TO:  TSC ACQUISITION CORP



**ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES**
**División de Compensación de Trabajadores**
### Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Beneficios.** Los beneficios de compensación de trabajadores incluyen:

- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.

**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.

**Si Usted se Lastima:**

1. **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata de un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2. **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dolares ($10,000) de tratamiento hasta que el reclamo sea aceptado o rechazado.
3. **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4. **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, la cual es una red de proveedores de asistencia médica seleccionados para dar tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. **Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puederecibir tratamiento de su médico previamente designado.** Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerir que se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: _____ (800) 287-9682 _____   Página web de la MPN: WWW.MYWCINFO.COM

Fecha de vigencia de la MPN _____   Dirección de la MPN vigente P.O. BOX 6510 DIAMOND BAR, CA 91765

**Discriminación.** Es ilegal que un empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.

**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se require que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
de Reclamos

Teléfono 1-800-238-6225

Asegurador del Seguro de Compensación de trabajador _____(Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza 12-31-15

Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).

Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401.** Usted puede obtener más información sobre de la DWC y DLSE en el Internet en: **www.dwc.ca.gov o www.dir.ca.gov/dlse.**

**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione que se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.

Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

ISSUED TO: TSC ACQUISITION CORP



**ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES**
**División de Compensación de Trabajadores**
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).
**Beneficios.** Los beneficios de compensación de trabajadores incluyen:
- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.
**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.
**Si Usted se Lastima:**
1.  **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata a un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2.  **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dólares ($10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.
3.  **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4.  **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, lo cual es una red de proveedores de asistencia médica seleccionados para dar tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. **Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puederecibir tratamiento de su médico previamente designado.** Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: __(800) 287-9682__    Página web de la MPN: __WWW.MYWCINFO.COM__

Fecha de vigencia de la MPN _____    Dirección de la MPN vigente __P.O. BOX 6510 DIAMOND BAR, CA 91765__
**Discriminación.** Es Ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.
**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se requiere que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador __TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA__
de Reclamos

Teléfono __1-800-238-6225__
Asegurador del Seguro de Compensación de trabajador_____(Anote "autoasegurado" si es apropiado)
Fecha de Vencimiento de la Póliza __12-31-15__
Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).
Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401**. Usted puede obtener más información sobre de la DWC y DLSE en el Internet en: **www.dwc.ca.gov** o **www.dir.ca.gov/dlse.**
**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione que se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado o encarcelado.

Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

ISSUED TO: TSC ACQUISITION CORP

## ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES
### División de Compensación de Trabajadores
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Beneficios.** Los beneficios de compensación de trabajadores incluyen:

- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.

**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.

**Si Usted se Lastima:**

1. **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata a un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2. **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dólares (\$10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.
3. **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4. **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, la cual es una red de proveedores de asistencia médica seleccionados por el empleador para tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. Si usted ha hecho una **designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puede** recibir tratamiento de su médico previamente designado. Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN : __(800) 287-9682_____ Página web de la MPN: **WWW.MYWCINFO.COM**

Fecha de vigencia de la MPN _____ Dirección de la MPN vigente **P.O. BOX 6510 DIAMOND BAR, CA 91765**

**Discriminación.** Es ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.

**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se requiere que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
de Reclamos

Teléfono **1-800-238-6225**

Asegurador del Seguro de Compensación de trabajador _____(Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza **12-31-15**

Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).

Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401.** Usted puede obtener más información sobre de la DWC y DLSE en el Internet en: **www.dwc.ca.gov** o **www.dir.ca.gov/dlse.**

**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.

> Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

ISSUED TO:  TSC ACQUISITION CORP



## ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES
### División de Compensación de Trabajadores
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Beneficios.** Los beneficios de compensación de trabajadores incluyen:

- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.

**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.

**Si Usted se Lastima:**

1.  **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata a un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.

2.  **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dolares ($10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.

3.  **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o la Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.

4.  **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, la cual es una red de proveedores de asistencia médica seleccionados para dar tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. **Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puede** recibir tratamiento de su médico previamente designado. Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: ___(800) 287-9682___         Página web de la MPN: ___WWW.MYWCINFO.COM___

Fecha de vigencia de la MPN _____   Dirección de la MPN vigente ___P.O. BOX 6510 DIAMOND BAR, CA 91765___

**Discriminación.** Es ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.

**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se require que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador  ___TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA___
de Reclamos

Teléfono ___1-800-238-6225___

Asegurador del Seguro de Compensación de trabajador _____(Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza ___12-31-15___

Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).
Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401.** Usted puede obtener más información de la DWC y DLSE en el Internet en: **www.dwc.ca.gov o www.dir.ca.gov/dlse.**

**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione que se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.

Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

ISSUED TO: TSC ACQUISITION CORP

## ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES
### División de Compensación de Trabajadores
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Beneficios.** Los beneficios de compensación de trabajadores incluyen:

- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.

**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.

**Si Usted se Lastima:**
1. **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata a un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2. **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dolares ($10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.
3. **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4. **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, la cual es una red de proveedores de asistencia médica seleccionados por su empleador para el tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puederecibir tratamiento de su médico previamente designado. Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: ___ (800) 287-9682 _____ Página web de la MPN: WWW.MYWCINFO.COM

Fecha de vigencia de la MPN vigente: _____ Dirección de la MPN vigente P.O. BOX 6510 DIAMOND BAR, CA 91765

**Discriminación.** Es ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.

**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se require que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
de Reclamos

Teléfono **1-800-238-6225**

Asegurador del Seguro de Compensación de trabajador _____(Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza **12-31-15**

Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).

Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401.** Usted puede obtener más información de la DWC y DLSE en el Internet en: **www.dwc.ca.gov o www.dir.ca.gov/dlse.**

**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.

Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

ISSUED TO: TSC ACQUISITION CORP

## ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES
### División de Compensación de Trabajadores
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).
**Beneficios.** Los beneficios de compensación de trabajadores incluyen:
- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.
**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.
**Si Usted se Lastima:**
1. **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata de un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2. **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día laboral después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dolares ($10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.
3. **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4. **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, lo cual es una red de proveedores de asistencia médica seleccionados para dar tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puederecibir tratamiento de su médico previamente designado. Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: ___(800) 287-9682_____ Página web de la MPN: **WWW.MYWCINFO.COM**

Fecha de vigencia de la MPN _____ Dirección de la MPN vigente **P.O. BOX 6510 DIAMOND BAR, CA 91765**
**Discriminación.** Es ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.
**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se require que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador de Reclamos **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

Teléfono **1-800-238-6225**

Asegurador del Seguro de Compensación de trabajador_____(Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza **12-31-15**
Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).
Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en _____ o llamando al número gratuito **(800) 736-7401**. Usted puede obtener más información de la DWC y DLSE en el Internet en: **www.dwc.ca.gov o www.dir.ca.gov/dlse.**
**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione que se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.
Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.
DWC 7 (6/10)
**W04P3H10**

ISSUED TO:  TSC ACQUISITION CORP



## ESTADO DE CALIFORNIA - DEPARTAMENTO DE RELACIONES INDUSTRIALES
### División de Compensación de Trabajadores
## Aviso a los Empleados – Lesiones Causadas por el Trabajo

Es posible que usted tenga derecho a beneficios de compensación de trabajadores si usted se lesiona o se enferma a causa de su trabajo. La compensación de trabajadores cubre la mayoría de las lesiones y enfermedades físicas o mentales relacionadas con el trabajo. Una lesión o enfermedad puede ser causada por un evento (como por ejemplo el lastimarse la espalda en una caída) o por acciones repetidas (como por ejemplo lastimarse la muñeca por hacer el mismo movimiento una y otra vez).

**Beneficios.** Los beneficios de compensación de trabajadores incluyen:

- **Atención Médica:** Consultas médicas, servicios de hospital, terapia física, análisis de laboratorio, radiograf as y medicinas que son razonablemente necesarias para tratar su lesión. Usted nunca deberá ver un cobro. Hay un límite para ciertos servicios médicos.
- **Beneficios por Incapacidad Temporal (TD):** Pagos si usted pierde sueldo mientras se recupera. Para la mayoría de las lesiones, beneficios de TD no se pagarán por mas de 104 semanas dentro de cinco años después de la fecha de la lesión.
- **Beneficios por Incapacidad Permanente (PD):** Pagos si su lesión le causa una incapacidad permanente.
- **Beneficio Suplementario por Desplazamiento de Trabajo:** Un vale no-transferible pagadero a una escuela aprobada por el estado si su lesión surge en o después del 1/1/04, y le ocasiona una incapacidad permanente que le impida regresar al trabajo dentro de 60 días después de que los pagos por TD terminen y su empleador no le ofrece a usted un trabajo modificado o alternativo.
- **Beneficios por Muerte:** Pagados a los dependientes de un(a) trabajador(a) que muere a causa de una lesión o enfermedad relacionada con el trabajo.

**Designación de su Propio Médico Antes de una Lesión o Enfermedad (Designación previa).** Es posible que usted pueda elegir al médico que le atenderá en una lesión o enfermedad relacionada con el trabajo. Si elegible, usted debe informarle al empleador, por escrito, el nombre y la dirección de su medico personal o grupo médico, *antes* de que usted se lesione y su médico debe estar de acuerdo de atenderle la lesión causada por el trabajo. Para instrucciones, vea la información escrita sobre la compensación de trabajadores que se le exige a su empleador darle a los empleados nuevos.

**Si Usted se Lastima:**

1. **Obtenga Atención Médica.** Si usted necesita atención de emergencia, llame al 911 para ayuda inmediata de un hospital, una ambulancia, el departamento de bomberos o departamento de policía. Si usted necesita primeros auxilios, comuníquese con su empleador.
2. **Reporte su Lesión.** Reporte la lesión inmediatamente a su supervisor(a) o a un representante del empleador. No se demore. Hay límites de tiempo. Si usted espera demasiado, es posible que usted pierda su derecho a beneficios. Su empleador está obligado a proporcionarle un formulario de reclamo dentro de un día laboral después de saber de su lesión. Dentro de un día después de que usted presente un formulario de reclamo, el empleador autorizará todo tratamiento médico de acuerdo con las pautas de tratamiento aplicables a su presunta lesión y será responsable por diez mil dólares ($10,000) en tratamiento hasta que el reclamo sea aceptado o rechazado.
3. **Consulte al Médico que le está Atendiendo (PTP).** Este es el médico con la responsabilidad total de tratar su lesión o enfermedad. Si usted designó previamente a su médico personal o grupo médico antes lesionarse (vea uno de los párrafos anteriores), en ciertas circunstancias, usted puede consultarlo para el tratamiento. De otra forma, su empleador tiene el derecho de seleccionar al médico que le atenderá durante los primeros 30 días. Es posible que usted pueda cambiar a un médico de su preferencia después de 30 días. Hay reglas diferentes que se aplican cuando su empleador ofrece una Organización de Cuidado Médico (HCO) o si tiene una Red de Proveedores Médicos (MPN). Usted debe recibir información de su empleador si está cubierto por una HCO o una MPN. Hable con su empleador para más información.
4. **Red de Proveedores Médicos (MPN):** Es posible que su empleador use una MPN, la cual es una red de proveedores de asistencia médica seleccionados para dar tratamiento a los trabajadores lesionados en el trabajo. Si su empleador usa una MPN, una notificación de la MPN debe estar al lado de este cartel para explicar como usar la MPN. Usted puede pedir una copia de esta notificación hablando al número de la MPN debajo descrito. **Si usted ha hecho una designación previa de un médico personal antes de lesionarse en el trabajo, entonces usted puederecibir tratamiento de su médico previamente designado.** Si usted no ha hecho una designación previa y su empleador está usando una MPN, usted puede escoger un proveedor apropiado de la lista de la MPN después de la primera visita médica dirigida por su empleador. Si usted está recibiendo tratamiento de parte de un médico que no pertenece a la MPN para una lesión existente, puede requerirse que usted se cambie a un médico dentro de la MPN. Para más información, vea la siguiente información del contacto de la MPN :

Número gratuito de la MPN vigente: <u>(800) 287-9682</u>  Página web de la MPN: <u>WWW.MYWCINFO.COM</u>

Fecha de vigencia de la MPN <u>                    </u>  Dirección de la MPN vigente <u>P.O. BOX 6510 DIAMOND BAR, CA 91765</u>

**Discriminación.** Es ilegal que su empleador le castigue o despida por sufrir una lesión o enfermedad en el trabajo, por presentar un reclamo o por testificar en el caso de compensación de trabajadores de otra persona. De ser probado, usted puede recibir pagos por pérdida de sueldos, reposición del trabajo, aumento de beneficios y gastos hasta los límites establecidos por el estado.

**¿Preguntas?** Aprenda más sobre la compensación de trabajadores leyendo la información que se requiere que su empleador le dé cuando es contratado. Si usted tiene preguntas, vea a su empleador o al administrador de reclamos (que se encarga de los reclamos de compensación de trabajadores de su empleador):

Administrador de Reclamos <u>TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA</u>

Teléfono <u>1-800-238-6225</u>

Asegurador del Seguro de Compensación de trabajador <u>                              </u> (Anote "autoasegurado" si es apropiado)

Fecha de Vencimiento de la Póliza <u>12-31-15</u>

Si la póliza de compensación de trabajadores se ha vencido, comuníquese con el Comisionado Laboral, en la *División para el Cumplimiento de las Normas Laborales* (Division of Labor Standards Enforcement- DLSE).

Usted también puede obtener información gratuita de un Oficial de Información y Asistencia de la División Estatal de Compensación de Trabajadores. El Oficial de Información y Asistencia más cercano se localiza en <u>                </u> o llamando al número gratuito **(800) 736-7401.** Usted puede obtener más información sobre de la DWC y DLSE en el Internet en: **www.dwc.ca.gov** o **www.dir.ca.gov/dlse.**

**Los reclamos falsos y rechazos falsos del reclamo.** Cualquier persona que haga o que ocasione que se haga una declaración o una representación material intencionalmente falsa o fraudulenta, con el fin de obtener o negar beneficios o pagos de compensación de trabajadores, es culpable de un delito grave y puede ser multado y encarcelado.

Es posible que su empleador no sea responsable por el pago de beneficios de compensación de trabajadores para ninguna lesión que proviene de su participación voluntaria en cualquier **actividad fuera del trabajo, recreativa, social o atlética** que no sea parte de sus deberes laborales.

DWC 7 (6/10)
**W04P3H10**

# NOTICE TO EMPLOYEES CONCERNING WORKERS' COMPENSATION IN TEXAS

**COVERAGE:** [Name of employer] TSC ACQUISITION CORP has workers' compensation insurance coverage from [Name of commercial insurance company]. THE TRAVELERS INSURANCE COMPANIES In the event of work-related injury or occupational disease. This coverage is effective from [effective date of workers' compensation insurance policy] 12-31-14 . Any injuries or occupational diseases which occur on or after that will be handled by [name of commercial insurance company]

THE TRAVELERS INSURANCE COMPANIES An employee or a person acting on the employee's behalf must notify the employer of an injury or occupational disease not later than the 30th day after the date on which the injury occurs or the date the employee knew or should have known of an occupational disease, unless the Texas Department of Insurance, Division of Workers' Compensation (Division) determines that good cause existed for failure to provide timely notice. Your employer is required to provide you with coverage information, in writing, when you are hired or whenever the employer becomes, or ceases to be, covered by workers' compensation insurance.

**EMPLOYEE ASSISTANCE:** The Division provides free information about how to file a workers' compensation claim. Division staff will answer any questions you may have about workers' compensation and process any requests for dispute resolution of a claim. You can obtain this assistance by contacting your local Division field office or by calling 1-800-252-7031. The Office of Injured Employee Counsel (OIEC) also provides free assistance to injured employees and will explain your rights and responsibilities under the Workers' Compensation Act. You can obtain OIEC's assistance by contacting an OIEC customer service representative in your local Division field office or by calling 1-866-EZE-OIEC (1-866-393-6432).

**SAFETY VIOLATIONS HOTLINE:** The Division has a 24 hour toll-free telephone number for reporting unsafe conditions in the workplace that may violate occupational health and safety laws. Employers are prohibited by law from suspending, terminating, or discriminating against any employee because he or she in good faith reports an alleged occupational health or safety violation. Contact the Division at 1-800-452-9595.

## COVERED EMPLOYER

Texas Workers' Compensation Rule 110.101(e)(1) requires employers who are covered by workers' compensation through a commercial insurance company to advise their employees that they do have workers' compensation insurance coverage and to advise their employees of the Texas Department of Insurance, Division of Workers' Compensation's toll-free number to obtain additional information about their workers' compensation rights.

Notices in English, Spanish and any other language common to the employer's employee population must be posted and:

1. Prominently displayed in the employer's personnel office, if any;

2. Located about the workplace in such a way that each employee is likely to see the notice on a regular basis;

3. Printed with a title in at least 26 point bold type, subject in at least 18 point bold type, and text in at least 16 point normal type; and

4. Contain the exact words as prescribed in Rule 110.101(e)(1).

The notice on the reverse side meets the above requirements. Failure to post or to provide notice as required in the rule is a violation of the Act and Division rules. The violator may be subject to administrative penalties.

**Do Not Post This Side**

# NOTICE TO EMPLOYEES CONCERNING WORKERS' COMPENSATION IN TEXAS

**COVERAGE:** [Name of employer] TSC ACQUISITION CORP has workers' compensation insurance coverage from [Name of commercial insurance company]. THE TRAVELERS INSURANCE COMPANIES In the event of  work-related injury or occupational disease. This coverage is effective from [effective date of workers' compensation insurance policy] 12-31-14 . Any injuries or occupational diseases which occur on or after that will be handled by [name of commercial insurance company]

THE TRAVELERS INSURANCE COMPANIES An employee or a person acting on the employee's behalf must notify the employer of an injury or occupational disease not later than the 30th day after the date on which the injury occurs or the date the employee knew or should have known of an occupational disease, unless the Texas Department of Insurance, Division of Workers' Compensation (Division) determines that good cause existed for failure to provide timely notice. Your employer is required to provide you with coverage in-formation, in writing, when you are hired or whenever the employer becomes, or ceases to be, covered by workers' compensation insurance.

**EMPLOYEE ASSISTANCE:** The Division provides free information about how to file a workers' com-pensation claim. Division staff will answer any questions you may have about workers' compensation and process any requests for dispute resolution of a claim. You can obtain this assistance by contacting your lo-cal Division field office or by calling 1-800-252-7031. The Office of Injured Employee Counsel (OIEC) also provides free assistance to injured employees and will explain your rights and responsibilities under the Workers' Compensation Act. You can obtain OIEC's assistance by contacting an OIEC customer service representative in your local Division field office or by calling 1-866-EZE-OIEC (1-866-393-6432).

**SAFETY VIOLATIONS HOTLINE:** The Division has a 24 hour toll-free telephone number for reporting unsafe conditions in the workplace that may violate occupational health and safety laws. Employers are prohibited by law from suspending, terminating, or discriminating against any employee because he or she in good faith reports an alleged occupational health or safety violation. Contact the Division at 1-800-452-9595.

## COVERED EMPLOYER

Texas Workers' Compensation Rule 110.101(e)(1) requires employers who are covered by workers' compensation through a commercial insurance company to advise their employees that they do have workers' compensation insurance coverage and to advise their employees of the Texas Department of Insurance, Division of Workers' Compensation's toll-free number to obtain additional information about their workers' compensation rights.

Notices in English, Spanish and any other language common to the employer's employee population must be posted and:

1. Prominently displayed in the employer's personnel office, if any;

2. Located about the workplace in such a way that each employee is likely to see the notice on a regular basis;

3. Printed with a title in at least 26 point bold type, subject in at least 18 point bold type, and text in at least 16 point normal type; and

4. Contain the exact words as prescribed in Rule 110.101(e)(1).

The notice on the reverse side meets the above requirements. Failure to post or to provide notice as required in the rule is a violation of the Act and Division rules. The violator may be subject to administrative penalties.

**Do Not Post This Side**

# NOTICE TO EMPLOYEES CONCERNING WORKERS' COMPENSATION IN TEXAS

**COVERAGE:** [Name of employer] TSC ACQUISITION CORP has workers' compensation insurance coverage from [Name of commercial insurance company]. THE TRAVELERS INSURANCE COMPANIES In the event of work-related injury or occupational disease. This coverage is effective from [effective date of workers' compensation insurance policy] 12-31-14 . Any injuries or occupational diseases which occur on or after that will be handled by [name of commercial insurance company]

THE TRAVELERS INSURANCE COMPANIES An employee or a person acting on the employee's behalf must notify the employer of an injury or occupational disease not later than the 30th day after the date on which the injury occurs or the date the employee knew or should have known of an occupational disease, unless the Texas Department of Insurance, Division of Workers' Compensation (Division) determines that good cause existed for failure to provide timely notice. Your employer is required to provide you with coverage information, in writing, when you are hired or whenever the employer becomes, or ceases to be, covered by workers' compensation insurance.

**EMPLOYEE ASSISTANCE:** The Division provides free information about how to file a workers' compensation claim. Division staff will answer any questions you may have about workers' compensation and process any requests for dispute resolution of a claim. You can obtain this assistance by contacting your local Division field office or by calling 1-800-252-7031. The Office of Injured Employee Counsel (OIEC) also provides free assistance to injured employees and will explain your rights and responsibilities under the Workers' Compensation Act. You can obtain OIEC's assistance by contacting an OIEC customer service representative in your local Division field office or by calling 1-866-EZE-OIEC (1-866-393-6432).

**SAFETY VIOLATIONS HOTLINE:** The Division has a 24 hour toll-free telephone number for reporting unsafe conditions in the workplace that may violate occupational health and safety laws. Employers are prohibited by law from suspending, terminating, or discriminating against any employee because he or she in good faith reports an alleged occupational health or safety violation. Contact the Division at 1-800-452-9595.

## COVERED EMPLOYER

Texas Workers' Compensation Rule 110.101(e)(1) requires employers who are covered by workers' compensation through a commercial insurance company to advise their employees that they do have workers' compensation insurance coverage and to advise their employees of the Texas Department of Insurance, Division of Workers' Compensation's toll-free number to obtain additional information about their workers' compensation rights.

Notices in English, Spanish and any other language common to the employer's employee population must be posted and:

1. Prominently displayed in the employer's personnel office, if any;

2. Located about the workplace in such a way that each employee is likely to see the notice on a regular basis;

3. Printed with a title in at least 26 point bold type, subject in at least 18 point bold type, and text in at least 16 point normal type; and

4. Contain the exact words as prescribed in Rule 110.101(e)(1).

The notice on the reverse side meets the above requirements. Failure to post or to provide notice as required in the rule is a violation of the Act and Division rules. The violator may be subject to administrative penalties.

**Do Not Post This Side**

# NOTICE TO EMPLOYEES CONCERNING WORKERS' COMPENSATION IN TEXAS

**COVERAGE:** [Name of employer] TSC ACQUISITION CORP has workers' compensation insurance coverage from [Name of commercial insurance company]. THE TRAVELERS INSURANCE COMPANIES In the event of work-related injury or occupational disease. This coverage is effective from [effective date of workers' compensation insurance policy] 12-31-14 . Any injuries or occupational diseases which occur on or after that will be handled by [name of commercial insurance company]

THE TRAVELERS INSURANCE COMPANIES An employee or a person acting on the employee's behalf must notify the employer of an injury or occupational disease not later than the 30th day after the date on which the injury occurs or the date the employee knew or should have known of an occupational disease, unless the Texas Department of Insurance, Division of Workers' Compensation (Division) determines that good cause existed for failure to provide timely notice. Your employer is required to provide you with coverage information, in writing, when you are hired or whenever the employer becomes, or ceases to be, covered by workers' compensation insurance.

**EMPLOYEE ASSISTANCE:** The Division provides free information about how to file a workers' compensation claim. Division staff will answer any questions you may have about workers' compensation and process any requests for dispute resolution of a claim. You can obtain this assistance by contacting your local Division field office or by calling 1-800-252-7031. The Office of Injured Employee Counsel (OIEC) also provides free assistance to injured employees and will explain your rights and responsibilities under the Workers' Compensation Act. You can obtain OIEC's assistance by contacting an OIEC customer service representative in your local Division field office or by calling 1-866-EZE-OIEC (1-866-393-6432).

**SAFETY VIOLATIONS HOTLINE:** The Division has a 24 hour toll-free telephone number for reporting unsafe conditions in the workplace that may violate occupational health and safety laws. Employers are prohibited by law from suspending, terminating, or discriminating against any employee because he or she in good faith reports an alleged occupational health or safety violation. Contact the Division at 1-800-452-9595.

## COVERED EMPLOYER

Texas Workers' Compensation Rule 110.101(e)(1) requires employers who are covered by workers' compensation through a commercial insurance company to advise their employees that they do have workers' compensation insurance coverage and to advise their employees of the Texas Department of Insurance, Division of Workers' Compensation's toll-free number to obtain additional information about their workers' compensation rights.

Notices in English, Spanish and any other language common to the employer's employee population must be posted and:

1. Prominently displayed in the employer's personnel office, if any;

2. Located about the workplace in such a way that each employee is likely to see the notice on a regular basis;

3. Printed with a title in at least 26 point bold type, subject in at least 18 point bold type, and text in at least 16 point normal type; and

4. Contain the exact words as prescribed in Rule 110.101(e)(1).

The notice on the reverse side meets the above requirements. Failure to post or to provide notice as required in the rule is a violation of the Act and Division rules. The violator may be subject to administrative penalties.

**Do Not Post This Side**

# AVISO A LOS EMPLEADOS SOBRE LA COMPENSACIÓN PARA TRABAJADORES EN TEXAS

**COBERTURA:** [Name of the employer] ᵀˢᶜ ᴬᶜQᵁᴵˢᴵᵀᴵᴼᴺ ᶜᴼᴿᴾ          tiene cobertura de seguros de compensación para trabajadores con [name of the commercial insurance company]

ᵀᴴᴱ ᵀᴿᴬⱽᴱᴸᴱᴿˢ ᴵᴺˢᵁᴿᴬᴺᶜᴱ ᶜᴼᴹᴾᴬᴺᴵᴱˢ          para protegerle en caso de una lesión o enfermedad ocupa-cional relacionada con el trabajo. Esta cobertura está vigente desde [effective date of workers' compensation insurance policy] ₁₂-₃₁-₁₄ . Cualquier lesión o enfermedad ocupacional que ocurra en o después de esta fecha será manejada por [name of commercial insurance policy].

ᵀᴴᴱ ᵀᴿᴬⱽᴱᴸᴱᴿˢ ᴵᴺˢᵁᴿᴬᴺᶜᴱ ᶜᴼᴹᴾᴬᴺᴵᴱˢ

Un empleado o una persona que actúe en nombre del empleado, debe notificar al empleador sobre una lesión o una enfermedad ocupacional a no más tardar de treinta (30) días, a partir de la fecha en que ocurrió la lesión o en la fecha en la que el empleado se enteró o debería de haberse enterado de la en-fermedad ocupacional, al menos que el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation – TDI-DWC, por su nombre y siglas en inglés) (División) determine que existió una buena causa para que no se haya noti-ficado al empleador dentro del tiempo señalado. Su empleador tiene la obligación de proporcionarle a usted información por escrito sobre la cobertura cuando usted es contratado o cuando su empleador ad-quiere o deja de tener una cobertura de seguro de compensación para trabajadores.

**ASISTENCIA AL EMPLEADO:** La División proporciona información gratuita sobre cómo presentar una reclamación de compensación para trabajadores. El personal de la División contestará cualquier pregunta que usted pueda tener sobre la compensación para trabajadores y procesará cualquier solicitud de resolución de disputas relacionada con una reclamación. Usted puede obtener este tipo de asistencia comunicándose con su oficina local de la División o llamando al teléfono 1-800-252-7031. La Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nom-bre y siglas en inglés) también ofrece asistencia gratuita a los empleados lesionados y ellos le explicarán cuáles son sus derechos y responsabilidades bajo la Ley de Compensación para Trabajadores. Usted puede obtener la asistencia de OIEC comunicándose con un representante de servicio al cliente de OIEC en su oficina local de la División o llamando al 1-866-EZE-OIEC (1-866-393-6432).

**LÍNEA DIRECTA PARA REPORTAR VIOLACIONES DE SEGURIDAD:**La División cuenta con una línea gratuita telefónica que está en servicio las 24 horas del día para reportar condiciones inseguras en el área de trabajo que podrían violar las leyes ocupacionales de salud y seguridad. La ley prohíbe que los empleadores suspendan, despidan o discriminen en contra de cualquier empleado porque él o ella de buena fe reporta una alegada violación ocupacional de salud o seguridad. Comuníquese con la División al teléfono 1-800-452-9595.

## EMPLEADOR CON COBERTURA

El Reglamento 110.101 (e)(1) de Compensación para Trabajadores de Texas requiere que los empleadores que cuentan con una cobertura de compensación para trabajadores mediante una compañía de seguros comercial notifiquen a sus empleados que ellos cuentan con una cobertura de seguro de compensación para trabajadores e informen a sus empleados sobre el número de la línea telefónica gratuita del Departamento de Seguros de Texas, División de Compensación para Trabajadores para obtener información adicional sobre sus derechos de compensación para trabajadores.

Avisos en inglés, español y cualquier otro idioma común para la población de los trabajadores del empleador deben ser puestos a la vista y:

1. Mostrarse en un lugar prominente de la oficina de personal del empleador, si es que la hay;

2. Ubicar este aviso en el área de trabajo de tal manera que los empleados lo vean regularmente;

3. El título debe ser impreso en tamaño 26, en letra negrita de punto, el tema debe ser impreso en tamaño 18, en letra negrita de punto, y el texto, por lo menos en tamaño 16 en letra negrita de punto normal; y

4. Contener las palabras exactas según lo señalado en el Reglamento 110.101 (e)(1).

El aviso que se muestra al reverso de esta página cumple con los requisitos que se han señalado en la parte de arriba. El negarse a mostrar o proporcionar esta información, según lo requerido en el reglamento es una falta a la ley y a los reglamentos de la División.El infractor podría estar sujeto a sanciones administrativas.

**NO MOSTRAR ESTE LADO**

# AVISO A LOS EMPLEADOS SOBRE LA COMPENSACIÓN PARA TRABAJADORES EN TEXAS

**COBERTURA:** [Name of the employer] THE TSC ACQUISITION CORP                    tiene cobertura de seguros de compensación para trabajadores con [name of the commercial insurance company] THE TRAVELERS INSURANCE COMPANIES                    para protegerle en caso de una lesión o enfermedad ocupacional relacionada con el trabajo. Esta cobertura está vigente desde [effective date of workers' compensation insurance policy] 12-31-14 . Cualquier lesión o enfermedad ocupacional que ocurra en o después de esta fecha será manejada por [name of commercial insurance policy]. THE TRAVELERS INSURANCE COMPANIES

Un empleado o una persona que actúe en nombre del empleado, debe notificar al empleador sobre una lesión o una enfermedad ocupacional a no más tardar de treinta (30) días, a partir de la fecha en que ocurrió la lesión o en la fecha en la que el empleado se enteró o debería de haberse enterado de la enfermedad ocupacional, al menos que el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation – TDI-DWC, por su nombre y siglas en inglés) (División) determine que existió una buena causa para que no se haya notificado al empleador dentro del tiempo señalado. Su empleador tiene la obligación de proporcionarle a usted información por escrito sobre la cobertura cuando usted es contratado o cuando su empleador adquiere o deja de tener una cobertura de seguro de compensación para trabajadores.

**ASISTENCIA AL EMPLEADO:** La División proporciona información gratuita sobre cómo presentar una reclamación de compensación para trabajadores. El personal de la División contestará cualquier pregunta que usted pueda tener sobre la compensación para trabajadores y procesará cualquier solicitud de resolución de disputas relacionada con una reclamación. Usted puede obtener este tipo de asistencia comunicándose con su oficina local de la División o llamando al teléfono 1-800-252-7031. La Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés) también ofrece asistencia gratuita a los empleados lesionados y ellos le explicarán cuáles son sus derechos y responsabilidades bajo la Ley de Compensación para Trabajadores. Usted puede obtener la asistencia de OIEC comunicándose con un representante de servicio al cliente de OIEC en su oficina local de la División o llamando al 1-866-EZE-OIEC (1-866-393-6432).

W42P2U12          Notice 6 (01/13)          TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION          Rule 110.101(e)(1)

**LÍNEA DIRECTA PARA REPORTAR VIOLACIONES DE SEGURIDAD:**La División cuenta con una línea gratuita telefónica que está en servicio las 24 horas del día para reportar condiciones inseguras en el área de trabajo que podrían violar las leyes ocupacionales de salud y seguridad. La ley prohíbe que los empleadores suspendan, despidan o discriminen en contra de cualquier empleado porque él o ella de buena fe reporta una alegada violación ocupacional de salud o seguridad. Comuníquese con la División al teléfono 1-800-452-9595.

**EMPLEADOR CON COBERTURA**

El Reglamento 110.101 (e)(1) de Compensación para Trabajadores de Texas requiere que los empleadores que cuentan con una cobertura de compensación para trabajadores mediante una compañía de seguros comercial notifiquen a sus empleados que ellos cuentan con una cobertura de seguro de compensación para trabajadores e informen a sus empleados sobre el número de la línea telefónica gratuita del Departamento de Seguros de Texas, División de Compensación para Trabajadores para obtener información adicional sobre sus derechos de compensación para trabajadores.

Avisos en inglés, español y cualquier otro idioma común para la población de los trabajadores del empleador deben ser puestos a la vista y:

1. Mostrarse en un lugar prominente de la oficina de personal del empleador, si es que la hay;

2. Ubicar este aviso en el área de trabajo de tal manera que los empleados lo vean regularmente;

3. El título debe ser impreso en tamaño 26, en letra negrita de punto, el tema debe ser impreso en tamaño 18, en letra negrita de punto, y el texto, por lo menos en tamaño 16 en letra negrita de punto normal; y

4. Contener las palabras exactas según lo señalado en el Reglamento 110.101 (e)(1).

El aviso que se muestra al reverso de esta página cumple con los requisitos que se han señalado en la parte de arriba. El negarse a mostrar o proporcionar esta información, según lo requerido en el reglamento es una falta a la ley y a los reglamentos de la División.El infractor podría estar sujeto a sanciones administrativas.

**NO MOSTRAR ESTE LADO**

# AVISO A LOS EMPLEADOS SOBRE LA COMPENSACIÓN PARA TRABAJADORES EN TEXAS

**COBERTURA:** [Name of the employer] ᵀˢᶜ ᴬᶜQᵁᴵˢᴵᵀᴵᴼᴺ ᶜᴼᴿᴾ tiene cobertura de seguros de compensación para trabajadores con [name of the commercial insurance company]

ᵀᴴᴱ ᵀᴿᴬⱽᴱᴸᴱᴿˢ ᴵᴺˢᵁᴿᴬᴺᶜᴱ ᶜᴼᴹᴾᴬᴺᴵᴱˢ para protegerle en caso de una lesión o enfermedad ocupacional relacionada con el trabajo. Esta cobertura está vigente desde [effective date of workers' compensation insurance policy] ₁₂₋₃₁₋₁₄ . Cualquier lesión o enfermedad ocupacional que ocurra en o después de esta fecha será manejada por [name of commercial insurance policy].

ᵀᴴᴱ ᵀᴿᴬⱽᴱᴸᴱᴿˢ ᴵᴺˢᵁᴿᴬᴺᶜᴱ ᶜᴼᴹᴾᴬᴺᴵᴱˢ

Un empleado o una persona que actúe en nombre del empleado, debe notificar al empleador sobre una lesión o una enfermedad ocupacional a no más tardar de treinta (30) días, a partir de la fecha en que ocurrió la lesión o en la fecha en la que el empleado se enteró o debería de haberse enterado de la enfermedad ocupacional, al menos que el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation – TDI-DWC, por su nombre y siglas en inglés) (División) determine que existió una buena causa para que no se haya notificado al empleador dentro del tiempo señalado. Su empleador tiene la obligación de proporcionarle a usted información por escrito sobre la cobertura cuando usted es contratado o cuando su empleador adquiere o deja de tener una cobertura de seguro de compensación para trabajadores.

**ASISTENCIA AL EMPLEADO:** La División proporciona información gratuita sobre cómo presentar una reclamación de compensación para trabajadores. El personal de la División contestará cualquier pregunta que usted pueda tener sobre la compensación para trabajadores y procesará cualquier solicitud de resolución de disputas relacionada con una reclamación. Usted puede obtener este tipo de asistencia comunicándose con su oficina local de la División o llamando al teléfono 1-800-252-7031. La Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés) también ofrece asistencia gratuita a los empleados lesionados y ellos le explicarán cuáles son sus derechos y responsabilidades bajo la Ley de Compensación para Trabajadores. Usted puede obtener la asistencia de OIEC comunicándose con un representante de servicio al cliente de OIEC en su oficina local de la División o llamando al 1-866-EZE-OIEC (1-866-393-6432).

**LÍNEA DIRECTA PARA REPORTAR VIOLACIONES DE SEGURIDAD:**La División cuenta con una línea gratuita telefónica que está en servicio las 24 horas del día para reportar condiciones inseguras en el área de trabajo que podrían violar las leyes ocupacionales de salud y seguridad. La ley prohíbe que los empleadores suspendan, despidan o discriminen en contra de cualquier empleado porque él o ella de buena fe reporta una alegada violación ocupacional de salud o seguridad. Comuníquese con la División al teléfono 1-800-452-9595.

## EMPLEADOR CON COBERTURA

El Reglamento 110.101 (e)(1) de Compensación para Trabajadores de Texas requiere que los empleadores que cuentan con una cobertura de compensación para trabajadores mediante una compañía de seguros comercial notifiquen a sus empleados que ellos cuentan con una cobertura de seguro de compensación para trabajadores e informen a sus empleados sobre el número de la línea telefónica gratuita del Departamento de Seguros de Texas, División de Compensación para Trabajadores para obtener información adicional sobre sus derechos de compensación para trabajadores.

Avisos en inglés, español y cualquier otro idioma común para la población de los trabajadores del empleador deben ser puestos a la vista y:

1. Mostrarse en un lugar prominente de la oficina de personal del empleador, si es que la hay;

2. Ubicar este aviso en el área de trabajo de tal manera que los empleados lo vean regularmente;

3. El título debe ser impreso en tamaño 26, en letra negrita de punto, el tema debe ser impreso en tamaño 18, en letra negrita de punto, y el texto, por lo menos en tamaño 16 en letra negrita de punto normal; y

4. Contener las palabras exactas según lo señalado en el Reglamento 110.101 (e)(1).

El aviso que se muestra al reverso de esta página cumple con los requisitos que se han señalado en la parte de arriba. El negarse a mostrar o proporcionar esta información, según lo requerido en el reglamento es una falta a la ley y a los reglamentos de la División.El infractor podría estar sujeto a sanciones administrativas.

## NO MOSTRAR ESTE LADO

# AVISO A LOS EMPLEADOS SOBRE LA COMPENSACIÓN PARA TRABAJADORES EN TEXAS

**COBERTURA:** [Name of the employer] THE ACQUISITION CORP                    tiene cobertura de seguros de compensación para trabajadores con [name of the commercial insurance company]

THE TRAVELERS INSURANCE COMPANIES                    para protegerle en caso de una lesión o enfermedad ocupacional relacionada con el trabajo. Esta cobertura está vigente desde [effective date of workers' compensation insurance policy] 12-31-14 . Cualquier lesión o enfermedad ocupacional que ocurra en o después de esta fecha será manejada por [name of commercial insurance policy].

THE TRAVELERS INSURANCE COMPANIES

Un empleado o una persona que actúe en nombre del empleado, debe notificar al empleador sobre una lesión o una enfermedad ocupacional a no más tardar de treinta (30) días, a partir de la fecha en que ocurrió la lesión o en la fecha en la que el empleado se enteró o debería de haberse enterado de la enfermedad ocupacional, al menos que el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation – TDI-DWC, por su nombre y siglas en inglés) (División) determine que existió una buena causa para que no se haya notificado al empleador dentro del tiempo señalado. Su empleador tiene la obligación de proporcionarle a usted información por escrito sobre la cobertura cuando usted es contratado o cuando su empleador adquiere o deja de tener una cobertura de seguro de compensación para trabajadores.

**ASISTENCIA AL EMPLEADO:** La División proporciona información gratuita sobre cómo presentar una reclamación de compensación para trabajadores. El personal de la División contestará cualquier pregunta que usted pueda tener sobre la compensación para trabajadores y procesará cualquier solicitud de resolución de disputas relacionada con una reclamación. Usted puede obtener este tipo de asistencia comunicándose con su oficina local de la División o llamando al teléfono 1-800-252-7031. La Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés) también ofrece asistencia gratuita a los empleados lesionados y ellos le explicarán cuáles son sus derechos y responsabilidades bajo la Ley de Compensación para Trabajadores. Usted puede obtener la asistencia de OIEC comunicándose con un representante de servicio al cliente de OIEC en su oficina local de la División o llamando al 1-866-EZE-OIEC (1-866-393-6432).

W42P2U12    Notice 6 (01/13)                    TEXAS DEPARTMENT OF INSURANCE, DIVISION OF WORKERS' COMPENSATION                    Rule 110.101(e)(1)

**LÍNEA DIRECTA PARA REPORTAR VIOLACIONES DE SEGURIDAD:**La División cuenta con una línea gratuita telefónica que está en servicio las 24 horas del día para reportar condiciones inseguras en el área de trabajo que podrían violar las leyes ocupacionales de salud y seguridad. La ley prohíbe que los empleadores suspendan, despidan o discriminen en contra de cualquier empleado porque él o ella de buena fe reporta una alegada violación ocupacional de salud o seguridad. Comuníquese con la División al teléfono 1-800-452-9595.

**EMPLEADOR CON COBERTURA**

El Reglamento 110.101 (e)(1) de Compensación para Trabajadores de Texas requiere que los empleadores que cuentan con una cobertura de compensación para trabajadores mediante una compañía de seguros comercial notifiquen a sus empleados que ellos cuentan con una cobertura de seguro de compensación para trabajadores e informen a sus empleados sobre el número de la línea telefónica gratuita del Departamento de Seguros de Texas, División de Compensación para Trabajadores para obtener información adicional sobre sus derechos de compensación para trabajadores.

Avisos en inglés, español y cualquier otro idioma común para la población de los trabajadores del empleador deben ser puestos a la vista y:

1. Mostrarse en un lugar prominente de la oficina de personal del empleador, si es que la hay;

2. Ubicar este aviso en el área de trabajo de tal manera que los empleados lo vean regularmente;

3. El título debe ser impreso en tamaño 26, en letra negrita de punto, el tema debe ser impreso en tamaño 18, en letra negrita de punto, y el texto, por lo menos en tamaño 16 en letra negrita de punto normal; y

4. Contener las palabras exactas según lo señalado en el Reglamento 110.101 (e)(1).

El aviso que se muestra al reverso de esta página cumple con los requisitos que se han señalado en la parte de arriba. El negarse a mostrar o proporcionar esta información, según lo requerido en el reglamento es una falta a la ley y a los reglamentos de la División.El infractor podría estar sujeto a sanciones administrativas.

**NO MOSTRAR ESTE LADO**



# NOTICE TO EMPLOYEES CONCERNING ASSISTANCE AVAILABLE IN THE WORKERS' COMPENSATION SYSTEM FROM THE OFFICE OF INJURED EMPLOYEE COUNSEL

Have you been injured on the job? As an injured employee in Texas, you have the right to free assistance from the Office of Injured Employee Counsel (OIEC). OIEC is the state agency that assists unrepresented injured employees with their claim in the workers' compensation system.

You can contact OIEC by calling its toll-free telephone number: 1-866-EZE-OIEC (1-866-393-6432). More information about OIEC and its Ombudsman Program is available at the agency's website (www.oiec.texas.gov).

## OMBUDSMAN PROGRAM

**WHAT IS AN OMBUDSMAN?** An Ombudsman is an employee of OIEC who can assist you if you have a dispute with your employer's insurance carrier. An Ombudsman's assistance is free of charge. Each Ombudsman has a workers' compensation adjuster's license and has completed a comprehensive training program designed specifically to assist you with your dispute.

An Ombudsman can help you identify and develop the disputed issues in your case and attempt to resolve them. If the issues cannot be re-solved, the Ombudsman can help you request a dispute resolution proceeding at the Texas Department of Insurance, Division of Workers' Compensation. Once a proceeding is scheduled an Ombudsman can:

- Help you prepare for the proceeding (Benefit Review Conference and/or Contested Case Hearing);
- Attend the proceeding with you and communicate on your behalf; and
- Assist you with an appeal or a response to an insurance carrier's appeal, if necessary.

---

28 TAC  276.5.Employer Notification of Ombudsman Program to Employees (Effective 9/1/13)
(a)  All employers participating in the workers' compensation system shall post notice of the Office of Injured Employee Counsel's (OIEC) Ombudsman Program. This notice shall be posted
      in the personnel office, if the employer has a personnel office, and in the workplace where each employee is likely to see the notice on a regular basis.
(b)  This notice of the Ombudsman Program shall be publicly posted in English, Spanish, and any other language that is common to the employer's employees.
(c)  This notice shall be the text provided by OIEC without any additional words or changes and may be obtained by:
      (1)  Downloading the form on OIEC's website at: www.oiec.texas.gov; or
      (2)  Requesting the notice by calling OIEC's toll-free telephone number at: 1-866-EZE-OIEC (1-866-393-6432).

W42P3U13



# NOTICE TO EMPLOYEES CONCERNING ASSISTANCE AVAILABLE IN THE WORKERS' COMPENSATION SYSTEM FROM THE OFFICE OF INJURED EMPLOYEE COUNSEL

Have you been injured on the job? As an injured employee in Texas, you have the right to free assistance from the Office of Injured Employee Counsel (OIEC). OIEC is the state agency that assists unrepresented injured employees with their claim in the workers' compensation system.

You can contact OIEC by calling its toll-free telephone number: 1-866-EZE-OIEC (1-866-393-6432). More information about OIEC and its Ombudsman Program is available at the agency's website (www.oiec.texas.gov).

## OMBUDSMAN PROGRAM

**WHAT IS AN OMBUDSMAN?** An Ombudsman is an employee of OIEC who can assist you if you have a dispute with your employer's insurance carrier. An Ombudsman's assistance is free of charge. Each Ombudsman has a workers' compensation adjuster's license and has completed a comprehensive training program designed specifically to assist you with your dispute.

An Ombudsman can help you identify and develop the disputed issues in your case and attempt to resolve them. If the issues cannot be re-solved, the Ombudsman can help you request a dispute resolution proceeding at the Texas Department of Insurance, Division of Workers' Compensation. Once a proceeding is scheduled an Ombudsman can:

- Help you prepare for the proceeding (Benefit Review Conference and/or Contested Case Hearing);

- Attend the proceeding with you and communicate on your behalf; and

- Assist you with an appeal or a response to an insurance carrier's appeal, if necessary.

---

28 TAC   276.5.Employer Notification of Ombudsman Program to Employees (Effective 9/1/13)
(a)   All employers participating in the workers' compensation system shall post notice of the Office of Injured Employee Counsel's (OIEC) Ombudsman Program. This notice shall be posted
      in the personnel office, if the employer has a personnel office, and in the workplace where each employee is likely to see the notice on a regular basis.
(b)   This notice of the Ombudsman Program shall be publicly posted in English, Spanish, and any other language that is common to the employer's employees.
(c)   This notice shall be the text provided by OIEC without any additional words or changes and may be obtained by:
      (1)   Downloading the form on OIEC's website at: www.oiec.texas.gov; or
      (2)   Requesting the notice by calling OIEC's toll-free telephone number at: 1-866-EZE-OIEC (1-866-393-6432).

W42P3U13



# NOTICE TO EMPLOYEES CONCERNING ASSISTANCE AVAILABLE IN THE WORKERS' COMPENSATION SYSTEM FROM THE OFFICE OF INJURED EMPLOYEE COUNSEL

Have you been injured on the job? As an injured employee in Texas, you have the right to free assistance from the Office of Injured Employee Counsel (OIEC). OIEC is the state agency that assists unrepresented injured employees with their claim in the workers' compensation system.

You can contact OIEC by calling its toll-free telephone number: 1-866-EZE-OIEC (1-866-393-6432). More information about OIEC and its Ombudsman Program is available at the agency's website (www.oiec.texas.gov).

## OMBUDSMAN PROGRAM

**WHAT IS AN OMBUDSMAN?** An Ombudsman is an employee of OIEC who can assist you if you have a dispute with your employer's insurance carrier. An Ombudsman's assistance is free of charge. Each Ombudsman has a workers' compensation adjuster's license and has completed a comprehensive training program designed specifically to assist you with your dispute.

An Ombudsman can help you identify and develop the disputed issues in your case and attempt to resolve them. If the issues cannot be resolved, the Ombudsman can help you request a dispute resolution proceeding at the Texas Department of Insurance, Division of Workers' Compensation. Once a proceeding is scheduled an Ombudsman can:

- Help you prepare for the proceeding (Benefit Review Conference and/or Contested Case Hearing);

- Attend the proceeding with you and communicate on your behalf; and

- Assist you with an appeal or a response to an insurance carrier's appeal, if necessary.

---

28 TAC  276.5 Employer Notification of Ombudsman Program to Employees (Effective 9/1/13)
(a)  All employers participating in the workers' compensation system shall post notice of the Office of Injured Employee Counsel's (OIEC) Ombudsman Program. This notice shall be posted in the personnel office, if the employer has a personnel office, and in the workplace where each employee is likely to see the notice on a regular basis.
(b)  This notice of the Ombudsman Program shall be publicly posted in English, Spanish, and any other language that is common to the employer's employees.
(c)  This notice shall be the text provided by OIEC without any additional words or changes and may be obtained by:
  (1)  Downloading the form on OIEC's website at: www.oiec.texas.gov; or
  (2)  Requesting the notice by calling OIEC's toll-free telephone number at: 1-866-EZE-OIEC (1-866-393-6432).

W42P3U13



# NOTICE TO EMPLOYEES CONCERNING ASSISTANCE AVAILABLE IN THE WORKERS' COMPENSATION SYSTEM FROM THE OFFICE OF INJURED EMPLOYEE COUNSEL

Have you been injured on the job? As an injured employee in Texas, you have the right to free assistance from the Office of Injured Employee Counsel (OIEC). OIEC is the state agency that assists unrepresented injured employees with their claim in the workers' compensation system.

You can contact OIEC by calling its toll-free telephone number: 1-866-EZE-OIEC (1-866-393-6432). More information about OIEC and its Ombudsman Program is available at the agency's website (www.oiec.texas.gov).

## OMBUDSMAN PROGRAM

**WHAT IS AN OMBUDSMAN?** An Ombudsman is an employee of OIEC who can assist you if you have a dispute with your employer's insurance carrier. An Ombudsman's assistance is free of charge. Each Ombudsman has a workers' compensation adjuster's license and has completed a comprehensive training program designed specifically to assist you with your dispute.

An Ombudsman can help you identify and develop the disputed issues in your case and attempt to resolve them. If the issues cannot be re-solved, the Ombudsman can help you request a dispute resolution proceeding at the Texas Department of Insurance, Division of Workers' Compensation. Once a proceeding is scheduled an Ombudsman can:

- Help you prepare for the proceeding (Benefit Review Conference and/or Contested Case Hearing);
- Attend the proceeding with you and communicate on your behalf; and
- Assist you with an appeal or a response to an insurance carrier's appeal, if necessary.

28 TAC  276.5.Employer Notification of Ombudsman Program to Employees (Effective 9/1/13)
(a)   All employers participating in the workers' compensation system shall post notice of the Office of Injured Employee Counsel's (OIEC) Ombudsman Program. This notice shall be posted
        in the personnel office, if the employer has a personnel office, and in the workplace where each employee is likely to see the notice on a regular basis.
(b)   This notice of the Ombudsman Program shall be publicly posted in English, Spanish, and any other language that is common to the employer's employees.
(c)   This notice shall be the text provided by OIEC without any additional words or changes and may be obtained by:
        (1)   Downloading the form on OIEC's website at: www.oiec.texas.gov; or
        (2)   Requesting the notice by calling OIEC's toll-free telephone number at: 1-866-EZE-OIEC (1-866-393-6432).

W42P3U13

# AVISO PARA LOS EMPLEADOS SOBRE LA ASISTENCIA DISPONIBLE EN EL SISTEMA DE COMPENSACIÓN PARA TRABAJADORES POR PARTE DE LA OFICINA DE ASESORÍA PÚBLICA PARA EL EMPLEADO LESIONADO



¿Se ha lesionado en el trabajo? Como empleado lesionado en Texas, usted tiene derecho a recibir asistencia gratuita por parte de la Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés). OIEC es la agencia estatal que ayuda a los empleados que no cuentan con representación legal con sus reclamaciones en el sistema de compensación para trabajadores.

Usted puede comunicarse con OIEC llamando a su número de teléfono gratuito: 1-866-EZE-OIEC (1-866-393-6432). Más información sobre OIEC y sobre el Programa de Ombudsman se encuentra disponible en el sitio Web de la agencia (www.oiec.texas.gov).

## PROGRAMA DE OMBUDSMAN

**¿QUÉ ES UN OMBUDSMAN?** Un Ombudsman es un empleado de OIEC que puede asistirle si usted tiene una disputa con la aseguradora de su empleador. La asistencia por parte de un Ombudsman es gratuita. Cada Ombudsman cuenta con una licencia de ajustador de compensación para trabajadores y ha completado un extenso programa de capacitación, el cual ha sido diseñado específicamente para asistirle a usted con su disputa.

Un Ombudsman puede ayudarle a identificar y desarrollar los asuntos en disputa en su caso e intentar resolverlos. Si los asuntos no pueden ser resueltos, el Ombudsman puede ayudarle a solicitar un procedimiento de resolución de disputas ante el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation). Una vez que el procedimiento haya sido programado, el Ombudsman puede:

* Ayudarle a prepararse para el procedimiento (Conferencia para Revisión de Beneficios [Benefit Review Conference, por su nombre en inglés] y/o Audiencia para Disputar Beneficios [Contested Case Hearing, por su nombre en inglés]);
* Asistir al procedimiento con usted y hablar en su nombre; y
* Ayudarle con una apelación o con una respuesta a la apelación de una aseguradora, si es necesario.

---

Código Administrativo de Texas No. 28 (28 Texas Administrative Code – TAC, por su nombre y siglas en inglés) §276.5.Aviso del Empleador sobre el Programa de Ombudsman para los Empleados (A partir de 9/1/13)
**(a)** Todos los empleadores que participan en el sistema de compensación para trabajadores deberán mostrar el aviso sobre el Programa de Ombudsman de la Oficina de Asesoría Pública para el Empleado Lesionado (OIEC). Este aviso deberá ser mostrado en la oficina de personal, si es que el empleador cuenta con una oficina de personal, y en el área de trabajo donde cada empleado probablemente podrá ver el aviso de manera regular.
**(b)** Este aviso del Programa de Ombudsman deberá ser públicamente mostrado en inglés, español, y cualquier otro idioma que sea común para la población de los trabajadores del empleador.
**(c)** Este aviso deberá contener el texto que es proporcionado por OIEC sin ninguna palabra adicional o cambios y se puede obtener:
(1) Descargando el formulario del sitio Web de OIEC en: www.oiec.texas.gov; o
(2) Solicitando el aviso llamando al número de teléfono gratuito de OIEC al: 1-866-EZE-OIEC (1-866-393-6432).

W42P4U13



# AVISO PARA LOS EMPLEADOS SOBRE LA ASISTENCIA DISPONIBLE EN EL SISTEMA DE COMPENSACIÓN PARA TRABAJADORES POR PARTE DE LA OFICINA DE ASESORÍA PÚBLICA PARA EL EMPLEADO LESIONADO

¿Se ha lesionado en el trabajo? Como empleado lesionado en Texas, usted tiene derecho a recibir asistencia gratuita por parte de la Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés). OIEC es la agencia estatal que ayuda a los empleados que no cuentan con representación legal con sus reclamaciones en el sistema de compensación para trabajadores.

Usted puede comunicarse con OIEC llamando a su número de teléfono gratuito: 1-866-EZE-OIEC (1-866-393-6432). Más información sobre OIEC y sobre el Programa de Ombudsman se encuentra disponible en el sitio Web de la agencia (www.oiec.texas.gov).

## PROGRAMA DE OMBUDSMAN

**¿QUÉ ES UN OMBUDSMAN?** Un Ombudsman es un empleado de OIEC que puede asistirle si usted tiene una disputa con la aseguradora de su empleador. La asistencia por parte de un Ombudsman es gratuita. Cada Ombudsman cuenta con una licencia de ajustador de compensación para trabajadores y ha completado un extenso programa de capacitación, el cual ha sido diseñado específicamente para asistirle a usted con su disputa.

Un Ombudsman puede ayudarle a identificar y desarrollar los asuntos en disputa en su caso e intentar resolverlos. Si los asuntos no pueden ser resueltos, el Ombudsman puede ayudarle a solicitar un procedimiento de resolución de disputas ante el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation). Una vez que el procedimiento haya sido programado, el Ombudsman puede:

- Ayudarle a prepararse para el procedimiento (Conferencia para Revisión de Beneficios [Benefit Review Conference, por su nombre en inglés] y/o Audiencia para Disputar Beneficios [Contested Case Hearing, por su nombre en inglés]);
- Asistir al procedimiento con usted y hablar en su nombre; y
- Ayudarle con una apelación o con una respuesta a la apelación de una aseguradora, si es necesario.

---

Código Administrativo de Texas No. 28 (28 Texas Administrative Code – TAC, por su nombre y siglas en inglés) §276.5. Aviso del Empleador sobre el Programa de Ombudsman para los Empleados (A partir de 9/1/13)

**(a)** Todos los empleadores que participan en el sistema de compensación para trabajadores deberán mostrar el aviso sobre el Programa de Ombudsman de la Oficina de Asesoría Pública para el Empleado Lesionado (OIEC). Este aviso deberá ser mostrado en la oficina de personal, si es que el empleador cuenta con una oficina de personal, y en el área de trabajo donde cada empleado probablemente podrá ver el aviso de manera regular.

**(b)** Este aviso del Programa de Ombudsman deberá ser públicamente mostrado en inglés, español, y cualquier otro idioma que sea común para la población de los trabajadores del empleador.

**(c)** Este aviso deberá contener el texto que es proporcionado por OIEC sin ninguna palabra adicional o cambios y se puede obtener:

**(1)** Descargando el formulario del sitio Web de OIEC en: www.oiec.texas.gov; o

**(2)** Solicitando el aviso llamando al número de teléfono gratuito de OIEC al: 1-866-EZE-OIEC (1-866-393-6432).

**W42P4U13**



# AVISO PARA LOS EMPLEADOS SOBRE LA ASISTENCIA DiSPONIBLE EN EL SISTEMA DE COMPENSACIÓN PARA TRABAJADORES POR PARTE DE LA OFICINA DE ASESORÍA PÚBLICA PARA EL EMPLEADO LESIONADO

¿Se ha lesionado en el trabajo? Como empleado lesionado en Texas, usted tiene derecho a recibir asistencia gratuita por parte de la Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés). OIEC es la agencia estatal que ayuda a los empleados que no cuentan con representación legal con sus reclamaciones en el sistema de compensación para trabajadores.

Usted puede comunicarse con OIEC llamando a su número de teléfono gratuito: 1-866-EZE-OIEC (1-866-393-6432). Más información sobre OIEC y sobre el Programa de Ombudsman se encuentra disponible en el sitio Web de la agencia (www.oiec.texas.gov).

## PROGRAMA DE OMBUDSMAN

**¿QUÉ ES UN OMBUDSMAN?** Un Ombudsman es un empleado de OIEC que puede asistirle si usted tiene una disputa con la aseguradora de su empleador. La asistencia por parte de un Ombudsman es gratuita. Cada Ombudsman cuenta con una licencia de ajustador de compensación para trabajadores y ha completado un extenso programa de capacitación, el cual ha sido diseñado específicamente para asistirle a usted con su disputa.

Un Ombudsman puede ayudarle a identificar y desarrollar los asuntos en disputa en su caso e intentar resolverlos. Si los asuntos no pueden ser resueltos, el Ombudsman puede ayudarle a solicitar un procedimiento de resolución de disputas ante el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation). Una vez que el procedimiento haya sido programado, el Ombudsman puede:

- Ayudarle a prepararse para el procedimiento (Conferencia para Revisión de Beneficios [Benefit Review Conference, por su nombre en inglés] y/o Audiencia para Disputar Beneficios [Contested Case Hearing, por su nombre en inglés]);
- Asistir al procedimiento con usted y hablar en su nombre; y
- Ayudarle con una apelación o con una respuesta a la apelación de una aseguradora, si es necesario.

---

Código Administrativo de Texas No. 28 (28 Texas Administrative Code – TAC, por su nombre y siglas en inglés) §276.5.Aviso del Empleador sobre el Programa de Ombudsman para los Empleados (A partir de 9/1/13)

(a) Todos los empleadores que participan en el sistema de compensación para trabajadores deberán mostrar el aviso sobre el Programa de Ombudsman de la Oficina de Asesoría Pública para el Empleado Lesionado (OIEC). Este aviso deberá ser mostrado en la oficina de personal, si es que el empleador cuenta con una oficina de personal, y en el área de trabajo donde cada empleado probablemente podrá ver el aviso de manera regular.

(b) Este aviso del Programa de Ombudsman deberá ser públicamente mostrado en inglés, español, y cualquier otro idioma que sea común para la población de los trabajadores del empleador.

(c) Este aviso deberá contener el texto que es proporcionado por OIEC sin ninguna palabra adicional o cambios y se puede obtener:
(1) Descargando el formulario del sitio Web de OIEC en: www.oiec.texas.gov; o
(2) Solicitando el aviso llamando al número de teléfono gratuito de OIEC al: 1-866-EZE-OIEC (1-866-393-6432).

W42P4U13

# AVISO PARA LOS EMPLEADOS SOBRE LA ASISTENCIA DISPONIBLE EN EL SISTEMA DE COMPENSACIÓN PARA TRABAJADORES POR PARTE DE LA OFICINA DE ASESORÍA PÚBLICA PARA EL EMPLEADO LESIONADO



¿Se ha lesionado en el trabajo? Como empleado lesionado en Texas, usted tiene derecho a recibir asistencia gratuita por parte de la Oficina de Asesoría Pública para el Empleado Lesionado (Office of Injured Employee Counsel – OIEC, por su nombre y siglas en inglés). OIEC es la agencia estatal que ayuda a los empleados que no cuentan con representación legal con sus reclamaciones en el sistema de compensación para trabajadores.

Usted puede comunicarse con OIEC llamando a su número de teléfono gratuito: 1-866-EZE-OIEC (1-866-393-6432). Más información sobre OIEC y sobre el Programa de Ombudsman se encuentra disponible en el sitio Web de la agencia (www.oiec.texas.gov).

## PROGRAMA DE OMBUDSMAN

**¿QUÉ ES UN OMBUDSMAN?** Un Ombudsman es un empleado de OIEC que puede asistirle si usted tiene una disputa con la aseguradora de su empleador. La asistencia por parte de un Ombudsman es gratuita. Cada Ombudsman cuenta con una licencia de ajustador de compensación para trabajadores y ha completado un extenso programa de capacitación, el cual ha sido diseñado específicamente para asistirle a usted con su disputa.

Un Ombudsman puede ayudarle a identificar y desarrollar los asuntos en disputa en su caso e intentar resolverlos. Si los asuntos no pueden ser resueltos, el Ombudsman puede ayudarle a solicitar un procedimiento de resolución de disputas ante el Departamento de Seguros de Texas, División de Compensación para Trabajadores (Texas Department of Insurance, Division of Workers' Compensation). Una vez que el procedimiento haya sido programado, el Ombudsman puede:

- Ayudarle a prepararse para el procedimiento (Conferencia para Revisión de Beneficios [Benefit Review Conference, por su nombre en inglés] y/o Audiencia para Disputar Beneficios [Contested Case Hearing, por su nombre en inglés]);
- Asistir al procedimiento con usted y hablar en su nombre; y
- Ayudarle con una apelación o con una respuesta a la apelación de una aseguradora, si es necesario.

---

Código Administrativo de Texas No. 28 (28 Texas Administrative Code – TAC, por su nombre y siglas en inglés) §276.5 Aviso del Empleador sobre el Programa de Ombudsman para los Empleados (A partir de 9/1/13).
(a)  Todos los empleadores que participan en el sistema de compensación para trabajadores deberán mostrar el aviso sobre el Programa de Ombudsman de la Oficina de Asesoría Pública para el Empleado Lesionado (OIEC). Este aviso deberá ser mostrado en la oficina de personal, si es que el empleador cuenta con una oficina de personal, y en el área de trabajo donde cada empleado probablemente podrá ver el aviso de manera regular.
(b)  Este aviso del Programa de Ombudsman deberá ser públicamente mostrado en inglés, español, y cualquier otro idioma que sea común para la población de los trabajadores del empleador.
(c)  Este aviso deberá contener el texto que es proporcionado por OIEC sin ninguna palabra adicional o cambios y se puede obtener:
(1)  Descargando el formulario del sitio Web de OIEC en: www.oiec.texas.gov; o
(2)  Solicitando el aviso llamando al número de teléfono gratuito de OIEC al: 1-866-EZE-OIEC (1-866-393-6432).

W42P4U13

**NAME INSURED:**  TSC ACQUISITION CORP

**POLICY NUMBER:**  (HJUB-4F12803-3-14)

**EFFECTIVE DATE:**  12-31-14

# GUNTHER OPERATOR:

# MANUALLY INSERT   7   COPIES OF W04P1

# CALIFORNIA OVERSIZED POSTING NOTICE

M
A
N
U
A
L

I
N
S
E
R
T

R
E
Q
U
I
R
E
D

**M
A
N
U
A
L

I
N
S
E
R
T

R
E
Q
U
I
R
E
D**

**See instructions on other side.**



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**CHANGE DOCUMENT  WC 99 99 98 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**CHANGE EFFECTIVE DATE:** 12-31-14          **NCCI CO CODE:** 13579

**INSURER:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**INSURED'S NAME:** TSC ACQUISITION CORP

This change is issued by that member of The Travelers Insurance Companies which issued the policy and forms a part of the policy. It is agreed that the policy is amended as follows:

An absence of an entry in the premium spaces below means that the premium adjustment, if any, will be made at time of audit.

**ADDITIONAL PREMIUM**        $          **RETURN PREMIUM**        $
**ADDITIONAL NON-PREMIUM**  $          **RETURN NON-PREMIUM** $

  The following endorsement is added:
    WC 89 06 14 (00)-001

  The following endorsement replaces the one on the policy:
    WC 04 03 03 (01)-001

DATE OF ISSUE: 01-15-15      MH CHANGE NO:  001        PAGE 001 OF LAST
POL. EFF. DATE: 12-31-14        POL. EXP. DATE: 12-31-15
       OFFICE: SP-SAN FRANCISCO   08F
    PRODUCER: FRANK CRYSTAL & CO OF CA          NY923

COUNTERSIGNED AGENT



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 89 06 14 (00) — 001**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# POLICY INFORMATION PAGE
# ENDORSEMENT

Item 3.D. Endorsement numbers is changed to read:

"See Change Document or Information Page Schedule"

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 01-15-15        ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 04 03 03 (01)  — 001**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# OFFICERS AND DIRECTORS COVERAGE/EXCLUSION ENDORSEMENT - CALIFORNIA

If the employer named in item 1 of the Information Page is a private corporation whose officers and directors are the sole shareholders, this policy applies to all such officers and directors, as employees, except those excluded below or named as excluded in item 4 of the Information Page.

| OFFICERS AND DIRECTORS EXCLUDED | TITLE |
|---|---|
| NATHAN JOHNSON | CO - CEO |
| MATTHEW JOHNSON | CO - CEO |

DATE OF ISSUE: 01-15-15          ST ASSIGN:                              Page 1 of LAST



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**CHANGE DOCUMENT  WC 99 99 98 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**CHANGE EFFECTIVE DATE:**  12-31-14          **NCCI CO CODE:**  13579

**INSURER:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**INSURED'S NAME:** TSC ACQUISITION CORP

This change is issued by that member of The Travelers Insurance Companies which issued the policy and forms a part of the policy. It is agreed that the policy is amended as follows:

An absence of an entry in the premium spaces below means that the premium adjustment, if any, will be made at time of audit.

**ADDITIONAL PREMIUM**          $ NIL          **RETURN PREMIUM**          $ 874
**ADDITIONAL NON-PREMIUM**  $ NIL          **RETURN NON-PREMIUM**  $ NIL

```
   The Info Page Schedule attached replaces the one on the Policy for
   the following state:
     TX

   The Texas Board File Number is amended to read:

   A Managed Care program has been entered for the following state:
   STATE               PROGRAM ENTRANCE DATE
   TX                  010615

   The following endorsements are added:
     WC 42 04 08 ( A)-001
     WC 89 06 14 (00)-002
```

DATE OF ISSUE: 02-04-15      HC CHANGE NO:  002      PAGE 001 OF LAST
POL. EFF. DATE: 12-31-14      POL. EXP. DATE: 12-31-15
          OFFICE: SP-SAN FRANCISCO  08F
       PRODUCER: FRANK CRYSTAL & CO OF CA          NY923

COUNTERSIGNED AGENT



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

INSURER: THE STANDARD FIRE INSURANCE COMPANY

15245-TX

INSURED'S NAME: TSC ACQUISITION CORP

RATE BUREAU ID: 420755074

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| BLANKET WAIVER SEE ENDT. WC 42 03 04 ( B)-001 WAIVER CALCULATION IS BASED ON CLASS CODE(S) PREMIUM X RATE. | 0930 | 4455 | .02 | 89 |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 4454988 | .10 | 4455 |
| LOCATION 002 01 | | | | |
| FEIN 680620316 ENTITY CD 002 | | | | |
| TELSCAPE COMMUNICATIONS INC | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 752663894 ENTITY CD 003 | | | | |
| SAGE TELECOM | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 274589825 ENTITY CD 004 | | | | |

DATE OF ISSUE: 02-04-15  HC

SCHEDULE NO:    1  OF MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 002 01 (CONT'D) | | | | |
| FEIN 274589825 ENTITY CD 004 (CONT'D) | | | | |
| TRUCONNECT MOBILE | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 003 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 11830 WEBB CHAPEL ROAD DALLAS, TX 75234 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 004 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 2200 AVENUE K PLANO, TX 75074 SIC CODE: 4813 NAICS: 517911 | | | | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 004 01 (CONT'D) | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |

LOCATION 005 01

FEIN 522332306 ENTITY CD 001

TSC ACQUISITION CORP

7568 GREENVILLE AVENUE
DALLAS, TX 75231
SIC CODE: 4813 NAICS: 517911

| | | | | |
|---|---|---|---|---|
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |

DATE OF ISSUE: 02-04-15  HC

SCHEDULE NO:    3  OF MORE



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 005 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |

```
TX MANUAL PREMIUM $        4455

--------------------------------------------------------------------------------
          1.40% EMPL. LIAB. INCREASED LIMITS(9812)  $         62
               ADD FOR INCREASED LIMITS MINIMUM (9848)          88
  TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION  $        4694
      EXPERIENCE MODIFICATION: 1.70 MODIFIED PREMIUM         7980
                     12.00% MANAGED CARE CREDIT 9874          958
            TOTAL ESTIMATED ANNUAL STANDARD PREMIUM         7022
                   8.80% PREMIUM DISCOUNT (0063)             618
                          EXPENSE CONSTANT(0900)             200
                               TERRORISM (9740)              891
                      TOTAL ESTIMATED PREMIUM               7495
                          DEPOSIT AMOUNT DUE                7495
```

DATE OF ISSUE: 02-04-15  HC                    SCHEDULE NO:    4  OF LAST



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 89 06 14 (00) — 002**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# POLICY INFORMATION PAGE
# ENDORSEMENT

Item 3.D. Endorsement numbers is changed to read:

"See Change Document or Information Page Schedule"

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 02-04-15        ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

<div align="right">

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 42 04 08 ( A )

</div>

POLICY NUMBER: (HJUB-4F12803-3-14)

# TEXAS HEALTH CARE NETWORK ENDORSEMENT

This endorsement indicates that you have elected under this policy to provide workers compensation health care services to your injured employees through a certified workers compensation health care network that we have either established or contracted with, as provided in Chapter 1305 of the Texas Insurance Code and in Title 28, Chapter 10 of the Texas Administrative Code.

We will provide you with information concerning the use of our certified workers compensation health care network(s) in our service area(s) and your rights and responsibilities as a participant in our network program. This includes information describing the service area(s) applicable to you and your injured employees as required in NCCI's *Basic Manual for Workers Compensation and Employers Liability Insurance.* In accordance with Chapter 1305 Texas Insurance Code and Title 28, Chapter 10 of the Texas Administrative Code, we will also provide you with information that is required to be given to your employees, including an employee's notice of network requirements and an employee acknowledgement form.

Your premium may have been reduced because you have agreed to participate in our certified workers compensation health care network. The amount of the premium reduction is shown on the Information Page of this policy. The reduction is estimated at the policy inception and adjusted at final audit of the policy. The reduction may be pro-rated if you elect to participate in a certified workers compensation health care network during the policy year or if you terminate your participation in our certified workers compensation health care network before the policy expires. The premium reduction you received may be forfeited if we determine that you have failed to provide the notice of network requirements and employee acknowledgement form to your employees in accordance with Chapter 1305.005(d) and 1305.451 Texas Insurance Code and Title 28, Chapter 10 of the Texas Administrative Code.

Minimum premium policies are not eligible for this premium reduction.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                    Policy No.                                  Endorsement No.
Insured                                                                                                 Premium

Insurance Company                              Countersigned by _____

DATE OF ISSUE: 02-04-15        ST ASSIGN:                                                    Page 1 of 1
© Copyright 2014 National Council on Compensation Insurance, Inc. All Rights Reserved.



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**CHANGE DOCUMENT  WC 99 99 98 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

**CHANGE EFFECTIVE DATE:** 12-31-14              **NCCI CO CODE:** 13579

**INSURER:** TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

**INSURED'S NAME:** TSC ACQUISITION CORP

This change is issued by that member of The Travelers Insurance Companies which issued the policy and forms a part of the policy. It is agreed that the policy is amended as follows:

An absence of an entry in the premium spaces below means that the premium adjustment, if any, will be made at time of audit.

| | | | |
|---|---|---|---|
| **ADDITIONAL PREMIUM** | $ 10 | **RETURN PREMIUM** | $ NIL |
| **ADDITIONAL NON-PREMIUM** | $ 4 | **RETURN NON-PREMIUM** | $ NIL |

The following state is added to Item 3.A. of the Information Page and
forms a part of the policy:
   PA

The Info Page Schedule attached replaces the one on the Policy for
the following state:
   TX

Item 3.C. (OTHER STATES INSURANCE:) of the Information Page has been
amended to include the following states:

   AL AZ AR CO CT DE DC FL GA ID IL IN IA KS KY
   LA ME MD MA MI MN MS MO MT NE NV NH NJ NM NY
   NC OK OR RI SC SD TN UT VT VA WV WI HI

The Policy Expense Constant is amended as follows:
Expense Constant: $ 210

The following endorsements are added:
   WC 99 03 C3 (00)-001
   WC 37 06 01 (00)-001
   WC 37 06 02 (00)-001
   WC 37 06 03 ( A)-001

DATE OF ISSUE: 06-03-16       AP CHANGE NO:  001       PAGE 001 OF MORE
POL. EFF. DATE: 12-31-14      POL. EXP. DATE: 12-31-15
        OFFICE: SP-SAN FRANCISCO   08F
        PRODUCER: CRYSTAL IBC LLC                  NY923

COUNTERSIGNED AGENT



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**CHANGE DOCUMENT** WC 99 99 98 00

POLICY NUMBER: (HJUB-4F12803-3-14)

```
WC 37 06 04 (00)-001
WC 00 04 19 (00)-001
WC 89 06 07 (00)-001
WC 89 06 11 (00)-001
WC 89 06 13 (00)-001
WC 89 06 14 (00)-003
```

DATE OF ISSUE: 06-03-16    AP    CHANGE NO.: 001        PAGE: 002 OF LAST
POL. EFF. DATE: 12-31-14         POL. EXP. DATE: 12-31-15
        OFFICE:  SP-SAN FRANCISCO   08F              ST ASSIGN:
      PRODUCER:  CRYSTAL IBC LLC                     NY923



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

INSURER: TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

13579-PA

INSURED'S NAME: TSC ACQUISITION CORP

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 2452 RAVEN HOLLOW RD STATE COLLEGE, PA 16801 SIC CODE: 4813 NAICS: 517911 | | | | |
| CLERICAL OFFICE EMPLOYEES | 0953 | IF ANY | .25 | |

PA MANUAL PREMIUM $          0

--------------------------------------------------------------------------------

|  |  |
|---|---|
| 1.40% EMPL. LIAB. INCREASED LIMITS  $ | NONE |
| EXPERIENCE MODIFICATION: NONE MODIFIED PREMIUM | NONE |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | NONE |
| 4.30% PREMIUM DISCOUNT | NONE |
| EXPENSE CONSTANT(0900) | 210 |
| TERRORISM (9740) | NONE |
| CAT(OTHER THAN CERT ACTS OF TERRORISM) 9741 | NONE |
| 1.95% PA EMPL ASSESSMENT (0938) | 4 |
| TOTAL ESTIMATED PREMIUM | 214 |
| DEPOSIT AMOUNT DUE | 214 |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER: (HJUB-4F12803-3-14)

INSURER: THE STANDARD FIRE INSURANCE COMPANY

15245-TX

INSURED'S NAME: TSC ACQUISITION CORP

RATE BUREAU ID: 420755074

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 001 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| BLANKET WAIVER SEE ENDT. WC 42 03 04 ( B)-001 WAIVER CALCULATION IS BASED ON CLASS CODE(S) PREMIUM X RATE. | 0930 | 4455 | .02 | 89 |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 4454988 | .10 | 4455 |
| LOCATION 002 01 | | | | |
| FEIN 680620316 ENTITY CD 002 | | | | |
| TELSCAPE COMMUNICATIONS INC | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 752663894 ENTITY CD 003 | | | | |
| SAGE TELECOM | | | | |
| 10440 N CENTRAL EXPRESSWAY DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| FEIN 274589825 ENTITY CD 004 | | | | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS<br>ESTIMATED<br>TOTAL ANNUAL<br>REMUNERATION | RATES<br>PER $100 OF<br>REMUNERATION | ESTIMATED<br>ANNUAL<br>PREMIUM |
|---|---|---|---|---|
| LOCATION 002 01 (CONT'D) | | | | |
| FEIN 274589825 ENTITY CD 004 (CONT'D) | | | | |
| TRUCONNECT MOBILE | | | | |
| 10440 N CENTRAL EXPRESSWAY<br>DALLAS, TX 75231<br>SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR:<br>SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 003 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 11830 WEBB CHAPEL ROAD<br>DALLAS, TX 75234<br>SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR:<br>SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| LOCATION 004 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 2200 AVENUE K<br>PLANO, TX 75074<br>SIC CODE: 4813 NAICS: 517911 | | | | |



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 004 01 (CONT'D) | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |
| | | | | |
| LOCATION 005 01 | | | | |
| FEIN 522332306 ENTITY CD 001 | | | | |
| TSC ACQUISITION CORP | | | | |
| 7568 GREENVILLE AVENUE DALLAS, TX 75231 SIC CODE: 4813 NAICS: 517911 | | | | |
| TELECOMMUNICATIONS CONTRACTOR: SERVICE CONNECTIONS & D | 7600 | IF ANY | 1.58 | |

DATE OF ISSUE: 06-03-16  AP                    SCHEDULE NO:    4  OF MORE



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

EXTENSION OF INFO PAGE-SCHEDULE WC 00 00 01 ( A)

POLICY NUMBER:  (HJUB-4F12803-3-14)

| CLASSIFICATION | CODE | PREMIUM BASIS ESTIMATED TOTAL ANNUAL REMUNERATION | RATES PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|
| LOCATION 005 01 (CONT'D) | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | IF ANY | .10 | |

TX MANUAL PREMIUM $      4455

--------------------------------------------------------------------------------

| | |
|---|---|
| 1.40% EMPL. LIAB. INCREASED LIMITS(9812) $ | 62 |
| ADD FOR INCREASED LIMITS MINIMUM (9848) | 88 |
| TOTAL PREMIUM SUBJECT TO EXPERIENCE MODIFICATION $ | 4694 |
| EXPERIENCE MODIFICATION: 1.70 MODIFIED PREMIUM | 7980 |
| 12.00% MANAGED CARE CREDIT 9874 | 958 |
| TOTAL ESTIMATED ANNUAL STANDARD PREMIUM | 7022 |
| 8.80% PREMIUM DISCOUNT (0063) | 618 |
| TERRORISM (9740) | 891 |
| TOTAL ESTIMATED PREMIUM | 7295 |
| DEPOSIT AMOUNT DUE | 7295 |

DATE OF ISSUE: 06-03-16 AP                    SCHEDULE NO:    5 OF LAST



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 89 06 07 (00) — 001**

POLICY NUMBER:  (HJUB-4F12803-3-14)

## POLICY INFORMATION PAGE
## ENDORSEMENT

The Producer's Name is changed to read:   CRYSTAL IBC LLC

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 06-03-16      ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 89 06 11 (00) — 001**

POLICY NUMBER:  (HJUB-4F12803-3-14)

## POLICY INFORMATION PAGE
## ENDORSEMENT

Item 3.A. States is changed to read:

CA      PA      TX

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 06-03-16      ST ASSIGN:



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 89 06 13 (00) — 001**

POLICY NUMBER:   (HJUB-4F12803-3-14)

## POLICY INFORMATION PAGE
## ENDORSEMENT

Item 3.C. other states coverage is changed to read:

AL AR AZ CO CT DC DE FL GA HI IA ID IL IN KS KY LA MA MD ME MI MN
MO MS MT NC NE NH NJ NM NV NY OK OR RI SC SD TN UT VA VT WI WV

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 06-03-16        ST ASSIGN:



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 89 06 14 (00) — 003**

POLICY NUMBER:  (HJUB-4F12803-3-14)

## POLICY INFORMATION PAGE
## ENDORSEMENT

Item 3.D. Endorsement numbers is changed to read:

"See Change Document or Information Page Schedule"

ALL OTHER TERMS AND CONDITIONS OF THIS POLICY REMAIN UNCHANGED.

DATE OF ISSUE: 06-03-16        ST ASSIGN:



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 99 03 C3 (00) — 001

POLICY NUMBER:  (HJUB-4F12803-3-14)

# SPECIAL PROVISIONS ENDORSEMENT
## STATE APPLICABILITY

The listed endorsements are only applicable in the following states:

```
WC 00 01 14 (00)-001  CW NOTIFICATION ENDT OF PENDING LAW CHG TO TERRORI
APPLIES TO STATE(S):  CA PA
WC 00 03 11 ( A)-001  VOLUNTARY COMP AND EMPLOYERS LIAB COV ENDT
APPLIES TO STATE(S):  PA TX
WC 00 04 06 (00)-001  PREMIUM DISCOUNT ENDORSEMENT
APPLIES TO STATE(S):  TX
WC 00 04 19 (00)-001  MULTI-STATE PREMIUM DUE DATE ENDORSEMENT
APPLIES TO STATE(S):  PA
WC 00 04 21 ( C)-001  CATASTROPHE (OTHER THAN CERT ACTS OF TERRORISM) PR
APPLIES TO STATE(S):  CA PA
WC 00 04 22 ( A)-001  Terrorism-Reauthorization Act Disclosure
APPLIES TO STATE(S):  CA PA TX
WC 04 03 01 ( B)-001  CA POLICY AMENDATORY ENDORSEMENT-CALIFORNIA
APPLIES TO STATE(S):  CA
WC 04 03 03 (01)-001  OFFICERS & DIRECTORS COV/EXCLUSION END - CA
APPLIES TO STATE(S):  CA
WC 04 03 05 (00)-001  VOL COMP & EMPLOYERS LIAB COV ENDORSEMENT-CA
APPLIES TO STATE(S):  CA
WC 04 03 17 (00)-001  CA ENDORSEMENT AGREEMENT LIMITING AND RESTRICG
APPLIES TO STATE(S):  CA
WC 04 03 60 ( A)-001  CA EMPLOYERS' LIABILITY COVERAGE AMENDATORY ENDT
APPLIES TO STATE(S):  CA
WC 04 04 22 (00)-001  CALIFORNIA SHORT-RATE CANCELATION ENDORSEMENT
APPLIES TO STATE(S):  CA
WC 04 06 01 ( A)-001  CA CANCELATION ENDT
APPLIES TO STATE(S):  CA
WC 37 06 01 (00)-001  SPECIAL PA ENDORSEMENT -- INSPECTION OF MANUALS
APPLIES TO STATE(S):  PA
WC 37 06 02 (00)-001  NOTICE INS CONSULTATION SERVICE EXEMPTION ACT
APPLIES TO STATE(S):  PA
```

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Endorsement Effective                Policy No.                        Endorsement No.

Insured                                                                Premium $

Insurance Company                         Countersigned by _____

DATE OF ISSUE:   06-03-16         ST ASSIGN:                          Page 1 of  MORE



**TRAVELERS**

ONE TOWER SQUARE
HARTFORD, CT 06183

WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 99 03 C3 (00) – 001

POLICY NUMBER:  (HJUB-4F12803-3-14)

# SPECIAL PROVISIONS ENDORSEMENT
# STATE APPLICABILITY

The listed endorsements are only applicable in the following states:

```
WC 37 06 03 ( A)-001   PENNSYLVANIA ACT 86-1986 ENDORSEMENT
APPLIES TO STATE(S):  PA
WC 37 06 04 (00)-001   PA EMPLOYER ASSESSMENT ENDORSEMENT
APPLIES TO STATE(S):  PA
WC 42 01 01 (00)-001   TEXAS NOTIFICATION ENDORSEMENT OF PENDING LAW
APPLIES TO STATE(S):  TX
WC 42 03 01 ( G)-001   TX AMENDATORY ENDORSEMENT
APPLIES TO STATE(S):  TX
WC 42 03 04 ( B)-001   TEXAS WAIVER OF OUR RIGHT TO RECOVER
APPLIES TO STATE(S):  TX
WC 42 04 07 (00)-001   TX AUDIT PREMIUM AND RETROSPECTIVE PREMIUM
APPLIES TO STATE(S):  TX
WC 42 04 08 ( A)-001   TEXAS HEALTH CARE NETWORK ENDORSEMENT
APPLIES TO STATE(S):  TX
WC 89 06 07 (00)-001   CHANGE POLICY INFO ENDT - PRODUCER NAME
APPLIES TO STATE(S):  CA PA TX
WC 99 03 C3 (00)-001   SPECIAL PROVISIONS ENDORSEMENT
APPLIES TO STATE(S):  CA PA TX
WC 99 03 F3 (00)-001   CALIFORNIA LIMITS OF LIABILITY ENDORSEMENT
APPLIES TO STATE(S):  CA
WC 99 03 76 ( A)-001   WAIVER TO RECOVER ENDT - CA
APPLIES TO STATE(S):  CA
WC 99 03 99 (00)-001   CA NOTICE OF NON-RENEWAL
APPLIES TO STATE(S):  CA
WC 99 04 08 (00)-001   PREMIUM DISCOUNT ENDORSEMENT
APPLIES TO STATE(S):  CA PA
```



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**
**ENDORSEMENT WC 00 04 19 (00)**

POLICY NUMBER: (HJUB-4F12803-3-14)

# PREMIUM DUE DATE ENDORSEMENT

This endorsement is used to amend:

Section D. of Part Five of the policy is replaced by this provision.

**PART FIVE**

**PREMIUM**

**D. Premium** is amended to read:

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid. **The due date for audit and retrospective premiums is the date of the billing.**



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 37 06 01 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# SPECIAL PENNSYLVANIA ENDORSEMENT — INSPECTION OF MANUALS

The manuals of rules, rating plans, and classifications are approved pursuant to the provisions of Section 654 of the Insurance Company Law of May 17, 1921, P.I. 682, as amended, and are on file with the Insurance Commissioner of the Commonwealth of Pennsylvania.

DATE OF ISSUE: 06-03-16     ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION**
**AND**
**EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT WC 37 06 02 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# NOTICE
## INSURANCE CONSULTATION SERVICES EXEMPTION ACT

This notice is issued by that member of The Travelers Insurance  Companies which issued your insurance policy and shall be attached to and become a part of your policy.

This Notice is provided to you pursuant to the law of the Commonwealth of Pennsylvania effective January 1, 1981 and known as the "Insurance Consultation Services Exemption Act", which generally provides that "the furnishing of, or failure to furnish, insurance consultation services related to, in connection with or incidental to a policy of insurance shall not subject the insurer, its agents, employees or service contractors to liability for damages from injury, death or loss occurring as a result of any act or omission by any person in the course of such services."

Such immunity does not apply: (I) where the injury occurred during the actual performance of consultation services and was caused by the negligence of the insurer; (II) with respect to consultation services performed pursuant to a written service contract not incidental to a policy of insurance; and (III) in any action against an insurer in which it is judicially determined that any act or omission resulting in damages constituted a crime, actual malice or gross negligence.

The Travelers may make such inspection in accordance with provisions of our policies.

DATE OF ISSUE: 06-03-16    ST ASSIGN:



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

**ENDORSEMENT  WC 37 06 03 ( A)**

POLICY NUMBER:   (HJUB-4F12803-3-14)

# PENNSYLVANIA ACT 86-1986 ENDORSEMENT
## NONRENEWAL, NOTICE OF INCREASE OF PREMIUM, and RETURN OF UNEARNED PREMIUM

This endorsement applies only to the insurance provided by the policy because Pennsylvania is shown in Item 3.A. of the Information Page.

The policy conditions are amended by adding the following regarding nonrenewal, notice of increase in premium, and return of unearned premium.

**Nonrenewal**

1.  We may elect not to renew the policy. We will mail to each named insured, by first class mail, not less than 60 days advance notice stating when the nonrenewal will take effect. Mailing that notice to you at your mailing address last known to us will be sufficient to prove notice.

2.  Our notice of nonrenewal will state our specific reasons for not renewing.

3.  If we have indicated our willingness to renew, we will not send you a notice of nonrenewal. However, the policy will still terminate on its expiration date if:

    a.  you notify us or the agent or broker who procured this policy that you do not want the policy renewed; or

    b.  you fail to pay all premiums when due; or

    c.  you obtain other insurance as a replacement of the policy.

**Notice of Increase in Premium**

1.  We will provide you with not less than 30 days advance notice of an increase in renewal premium of this policy, if it is our intent to offer such renewal.

2.  The above notification requirement will be satisfied if we have issued a renewal policy more than 30 days prior to its effective date.

3.  If a policy has been written or is to be written on a retrospective rating plan basis, the notice of increase in premium provision of this endorsement does not apply.

**Return of Unearned Premium**

1.  If this policy is canceled and there is unearned premium due you:

    a.  If the Company cancels, the unearned premium will be returned to you within 10 business days after the effective date of cancellation.

    b.  If you cancel, the unearned premium will be returned within 30 days after the effective date of cancellation.

2.  Because this policy was written on the basis of an estimated premium and is subject to a premium audit, the unearned premium specified in 1a. and 1b. above, if any, shall be returned on an estimated basis. Upon our completion of computation of the exact premium, an additional return premium or charge will be made to you within 15 days of the final computation.

3.  These return of unearned premium provisions shall not apply if this policy is written on a retrospective rating plan basis.

DATE OF ISSUE: 06-03-16        ST ASSIGN:



ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY
ENDORSEMENT WC 37 06 04 (00)**

POLICY NUMBER:  (HJUB-4F12803-3-14)

# PENNSYLVANIA

# EMPLOYER ASSESSMENT ENDORSEMENT

Act 57 of 1997 requires that "...the assessments for the maintenance of the Subsequent Injury Fund, the Workmen's Compensation Supersedes Fund and the Workmen's Compensation Administration Fund under sections 306.2, 443 and 446 of the act of June 2, 1915 (P.L. 736, No. 338), known as the "Workers' Compensation Act, shall be imposed, collected and remitted through insurers in accordance with regulations promulgated by the Department of Labor and Industry".

## EMPLOYER ASSESSMENT FORMULA:

| **Employer** | = Act 57 of 1997 Employer | **X** Employer Assessment |
|---|---|---|
| **Assessment** | Assessment Factor | Premium Base |

*Act 57 of 1997 Employer Assessment Factor*
A factor expressed to four decimal places proposed by the Pennsylvania Compensation Rating Bureau and approved by the Pennsylvania Insurance Commissioner.

*Employer Assessment Premium Base*
Calculation of Employer Assessment Premium Base proceeds by adding back to the total policy premium the amount of any Small Deductible Premium Credit or Large Deductible Premium Credit.

### Code 0938

**EMPLOYER ASSESSMENT
FACTOR**

   **See info page**

**EMPLOYER ASSESSMENT**

$    **See info page**

DATE OF ISSUE: 06-03-16        ST ASSIGN:                              Page 1 of 1

## RIGHTS AND DUTIES FORM – SIDE 1

### NOTIFICATION TO EMPLOYEES OF THEIR RIGHTS AND DUTIES UNDER SECTION 306 (f.1)(1)(i) OF THE PA. WORKERS' COMPENSATION ACT

The Pennsylvania Workers' Compensation Act requires that employees be given written notification of their rights and duties under Sec. 306 (f.1)(1)(i) of the Act if a list of designated health care providers is established by the employer. Below are your rights and duties under Sec. 306 (f.1)(1)(i) and an acknowledgment signature line. This acknowledgment, signed by you, is to be returned to your employer.

A brief summary: You have the right to seek emergency medical treatment from any provider; for post-emergency and other injuries, you must obtain treatment for work-related injuries and illnesses from a desig-nated health care provider for 90 days. The penalty for not using a designated health care provider is that your employer is not liable for the medical bills incurred.

As an employee of the Commonwealth working at a location where a list of designated health care providers has been established and posted, you have:

- The duty to obtain treatment for work-related injuries and illnesses from one or more of the designated health care providers for 90 days from the date of the first visit to a designated provider.

- The right to seek emergency medical treatment from any provider, but subsequent non-emergency treatment shall be by a designated provider for the remainder of the 90-day period.

- The right to have all reasonable medical supplies and treatment related to the injury paid for by your em-ployer as long as treatment is obtained from a designated provider during the 90-day period.

- The right, during this 90-day period, to switch from one designated health care provider to another desig-nated provider.

- The right to seek treatment from a provider if you are referred to that provider by a designated provider.

- The right to an additional opinion from a provider of your choice when invasive surgery is prescribed by the designated provider.

- The right to seek treatment or medical consultation from a non designated provider during the 90-day period, but the services shall be **at your expense** for the applicable 90 days.

- The right to seek treatment from any health care provider after the 90-day period has ended.

- The duty to **notify your employer of treatment by a non designated provider (after the 90 day period) within 5 days of the first visit to that provider.** The employer may not be required to pay for treatment rendered by a non designated provider prior to receiving this notification.

I acknowledge that I have been informed of my rights and duties
under Sec. 306 (f.1)(1)(i) and that I understand them
to the extent that they are explained above.

_____          _____          _____

Print Name                                    Employee Signature                              Date

**See reverse for a complete text of Section 306 (f.1)(1)(i)**
If you have any questions, ask your human resources office representative or call
The Bureau of Workers' Compensation at 1-800-482-2383

**RIGHTS AND DUTIES FORM – SIDE 2**

## PENNSYLVANIA WORKERS' COMPENSATION ACT
### SECTION 306 (f.1)(1)(i)

The employer shall provide payment in accordance with this section for reasonable surgical and medical ser-vices, services rendered by physicians or other health care providers, including an additional opinion when invasive surgery may be necessary, medicines and supplies, as and when needed. Provided an employer establishes a list of at least six designated health care providers, no more than four of whom may be a coordi-nated care organization and no fewer than three of whom shall be physicians, the employee shall be required to visit one of the physicians or other health care providers so designated and shall continue to visit the same or another designated physician or health care provider for a period of ninety (90) days from the date of the first visit: provided, however, that the employer shall not include on the list a physician or other health care provider who is employed, owned or controlled by the employer or the employer's insurer unless employment, ownership or control is disclosed on the list. Should invasive surgery for an employee be prescribed by a physician or other health care provider so designated by the employer, the employee shall be permitted to receive an additional opinion from any health care provider of the employee's own choice. If the additional opinion differs from the opinion provided by the physician or health care provider so designated by the employer, the employee shall determine which course of treatment to follow: provided, that the second opinion provides a specific and detailed course of treatment. If the employee chooses to follow the procedures designated in the second opinion, such procedures shall be performed by one of the physicians or other health care providers so designated by the employer for a period of ninety (90) days from the date of the visit to the physician or other health care provider of the employee's own choice. Should the employee not comply with the foregoing, the employer will be relieved from liability for the payment for the services rendered during such applicable period. It shall be the duty of the employer to provide a clearly written notification of the employee's rights and duties under this section to the employee. The employer shall further ensure that the employee has been informed and that he understands these rights and duties. This duty shall be evidenced only by the employee's written acknowledgment of having been informed and having understood his rights and duties. Any failure of the employer to provide and evidence such notification shall relieve the employee from any notification duty owed, notwithstanding any provision of this act to the contrary, and the employer shall remain liable for all rendered treatment. Subsequent treatment may be provided by any health care provider of the employee's own choice. Any employee who, next following termination of the applicable period, is provided treatment from a nondesignated health care provider shall notify the employer within five (5) days of the first visit to said health care provider. Failure to so notify the employer will relieve the employer from liability for the payment for the services rendered prior to appropriate notice if such services are determined pursuant to paragraph (6) to have been unreasonable or unnecessary.

# WORKERS' COMPENSATION INFORMATION
## Pennsylvania

**THANK YOU FOR YOUR BUSINESS**

We look forward to partnering with you in your Workers Compensation program.

The following will introduce you to Claim related forms and medical provider information that you need to be familiar with.

1. Forms – There are two forms that need to be signed by your employees, before an accident ever happens.

   **A. Workers Compensation Information Form.** Please have your employees sign this form when you receive this letter, and again at the time of any reported accident or incident. Be sure that this form is also signed by all newly hired employees. The two signatures (form signed at time of hire and form signed at time of reported accident) are required to comply with current guidelines set forth by the Pennsylvania Workers Compensation Bureau.

   **B. Pennsylvania Rights and Duties.** Please have your employees sign this form shortly after receiving your policy packet, as well as at the time of any workers compensation accident or incident. This assures that your employees treat with a recommended network medical provider for the first 90 days following an injury when you have posted a List of Network Providers.

2. List of Network Medical Providers – This is also known as a "panel" list.

   A. Benefits: Using a panel list provides you the opportunity to direct your employees for the first 90 days of a claim to a recommended network medical provider that is familiar with the workers compensation program, if you get the Rights and Duties signed. Using this panel list helps your employee to return to work and helps you by to reducing the overall cost of the workers compensation claim.

   *"Why not let people treat where they want?" Many family doctors or health care providers are not familiar with the workers compensation process and fail to properly address issues that we need them to address, such as medical causation and work status.*

We recommend that you implement and post a panel list and have your employees sign the two forms to ensure the best possible outcome for your workers compensation claim. We feel it is important that you prepare for a claim event before it happens.

# WORKERS' COMPENSATION INFORMATION
## Pennsylvania

**To all employees:**

**The workers' compensation law in Pennsylvania provides wage loss and medical benefits to employees who cannot work, or who need medical care, because of a work-related injury.**

**Benefits are required to be paid by your employer when self-insured, or through insurance provided by your employer. Your employer is required to post the name of the company responsible for paying workers compensation benefits at its primary place of business and at its sites of employment in a prominent and easily accessible place, including, without limitation, areas used for treatment of injured employees or for the administration of first aid.**

**You should report immediately any injury or work-related illness to your employer.**

**Your benefits could be delayed or denied if you do not notify your employer immediately.**

**If your claim is denied by your employer, you have the right to request a hearing before a workers' compensation judge.**

**The Bureau of Workers' Compensation cannot provide legal advice. However, you may contact the Bureau of Workers' Compensation for additional general information at:**

> **Bureau of Workers' Compensation**
> **1171 South Cameron Street, Room 103**
> **Harrisburg, PA 17104-25**
> **Telephone number within Pennsylvania: 800-482-2383**
> **Telephone number outside of this Commonwealth: 717-772-4447**
> **TTY- 800-362-4228 (for hearing and speech impaired only)**

> **www.state.pa.us, PA Keyword: workers comp.**

I, _____ , employee of _____ (employer), certify that I received, read, and understood the information provided above on my date of hire _____ (date).

If applicable, I, _____ , employee of _____ (employer), certify that I received, read, and understood the above information on _____ (the date of work-related injury or disease).



**TRAVELERS**
ONE TOWER SQUARE
HARTFORD, CT 06183

**WORKERS COMPENSATION
AND
EMPLOYERS LIABILITY POLICY**

POLICY NUMBER:  (HJUB-4F12803-3-14)

## NOTICE OF ELECTION TO ACCEPT AN INSURANCE DEDUCTIBLE
## FOR PENNSYLVANIA WORKERS' COMPENSATION MEDICAL AND INDEMNITY BENEFITS

Pennsylvania Policyholders

Pennsylvania law now permits an employer to buy Workers' Compensation Insurance with a deductible. The deductible is for medical and indemnity benefits and applies separately to each bodily injury by accident or disease during the policy term, regardless of the number of employees who sustain injury in the accident. The deductible amount is subject to a minimum of $1,000 and a maximum of $10,000 per claim, with intermediate increments shown in the table below.

To prevent putting you in an uninsured position, your policy has been issued at full rates with no deductible for medical benefits.

If you wish to have this deductible option apply to your policy, fill in the information requested at the bottom of this form. Retain your copy for your records and send the agent and company copies to your agent within sixty (60) days after the effective date of your policy. An endorsement (WC 37 04 03 (00)) will then be attached to your policy to reflect the change.

If you decide that you do not want a deductible to apply, or if you already have a deductible on the policy, you may disregard this form. Your policy will continue in force as issued.

For a complete explanation of how this program operates or the savings available please contact your producer.

### DEDUCTIBLE TABLE

**DEDUCTIBLE
PER ACCIDENT:**                $1,000          $5,000          $10,000


Yes, I want a deductible of $_____ applied to my medical and indemnity benefits under the Pennsylvania Workers' Compensation Law. I understand that the company shall pay the deductible amount and seek reimbursement from the employer shown below.

DATE OF ISSUE:  06-03-16

**W37N1C06**

I understand that in accordance with Pennsylvania revised statutes, I have the option of modifying the above deductible program choice at the time of renewal of my Workers' Compensation policy with the insurance company named below.

Date: _____

Employer: _____

Name: _____

Title: _____

Signature: _____

Insurance Company: _____

Producer's Name: _____

Policy Number: _____



# PENNSYLVANIA
# POSTING NOTICE
# RIGHTS AND DUTIES

Dear Policyholder:

On August 23, 1996 the State of Pennsylvania enacted broadening legislative changes pertaining to the rights and duties of employers and employees which requires you, the employer, to inform your employees of their rights under the Workers' Compensation And Employers' Liability Act, as well as your responsibilities as an employer. With the enacted legislation two major changes affecting both employer and employees should be noted.

1. Gives the employee the option of having a second opinion paid by the employer, before undergoing invasive surgery; and

2. Employer-controlled medical treatment has been expanded from 30 days to 90 days.

Enclosed is a new  Posting Notice which must be posted in a conspicuous place where employees will readily see it. Also enclosed is a listing of physicians ("Pennsylvania Work-Related Injuries") which must be posted alongside the Posting Notice. It is your responsibility to complete this list of qualified physicians. Contact your Travelers claim representative or the nearest Travelers claim office for assistance in completing the list of physicians. Refer to the Posting Notice for the address of the nearest Travelers claim office.

The law also requires you to see that the "Rights and Duties" form is provided to each employee AND signed by each employee, and that a record is maintained for future reference. It is your responsibility to photocopy the form and distribute it to each employee. If you fail to have this form distributed and signed by your employees, you may be liable for any treatment rendered for work-related injuries. With the legislative changes that have occurred it is necessary to update your records and have your employees sign the revised "Pennsylvania Rights and Duties" form.

Your agent, producer, or local claim office can assist you to be in compliance with the Pennsylvania Workers' Compensation Law.

W37M3J96

# PENNSYLVANIA
# WORK-RELATED INJURIES

1. If you suffer a work-related injury, your employer or its insurance company must pay for reasonable surgical and medical services and supplies, orthopedic appliances and prostheses, including training in their use.

2. In order to insure that your medical treatment will be paid for by your employer or the insurance company, you must select from one of the six designated health care providers listed below:

| NAME | ADDRESS | TELEPHONE | AREA OF SPECIALTY |
|------|---------|-----------|-------------------|
| (1) | | | |
| (2) | | | |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |

*(NOTE:  If any of the health care providers listed above are employed, owned or controlled by the employer or the employer's carrier, it will be so designated by an asterisk next to the health care provider's name.)

3. You must continue to visit one of these health care providers listed above, if you need treatment, for ninety (90) days from the date of your first visit.

4. After this ninety (90) day period, if you still need treatment and your employer has provided a list as set forth above, you may choose to go to another health care provider. You MUST notify your employer of this action within five (5) days of your visit to the health care provider of your choice.

   Your bills will be considered IF:  your health care provider files written reports on a form prescribed by the Department (these reports must be filed within ten (10) days of commencing treatment and at least once a month thereafter, as long as treatment continues).

   The employer shall not be liable to pay for such treatment until a report has been filed.

5. If one of the health care providers listed above refers you to another health care provider, your employer or its insurer will pay the bill for these services provided they are reasonable and necessary.

6. If you are faced with a medical emergency, you may secure assistance from a hospital or health care provider of your choice.

7. If you have any questions, contact: _____

**pennsylvania**
DEPARTMENT OF LABOR & INDUSTRY

**REMEMBER:**
**It is Important to Tell Your**
**Employer about Your Injury**

The name, address and telephone number of your employer's workers' compensation insurance company, third-party administrator (TPA), or person handling workers' compensation claims for your company, are shown below.

TSC ACQUISITION CORP

**Employer Name:** _____ — **Date Posted:** _____

**IF INSURED:**
(Complete all applicable spaces)

**IF SOMEONE OTHER THAN INSURER IS HANDLING CLAIMS:**
(Complete all applicable spaces)

Name of Insurance Company:

Name of TPA (Claims administrator):

THE TRAVELERS INSURANCE COMPANIES _____ _____

Address: P.O.BOX 1507 (WC) _____ Address:_____

_____ PITTSBURGH, PA 15230-1507 _____ _____

Telephone Number: 1-800-238-6225 _____ Telephone Number:_____

Insurer's Bureau Code:_____

**IF SELF-INSURED:**
(Complete all applicable spaces)

**IF SOMEONE OTHER THAN SELF-INSURER HANDLING CLAIMS:**
(Complete all applicable spaces)

Name of person handling claims at

Name of TPA (Claims administrator):

the self-insured: _____ _____

_____ _____

Address:_____ Address:_____

Telephone Number:_____ Telephone Number:_____

Self-Insured Bureau Code:_____

Department of Labor & Industry | Bureau of Workers' Compensation | 1171 S. Cameron Street, Room 103 | Harrisburg, PA 17104-2501
717.772.0621 | www.dli.state.pa.us

*Auxiliary aids and services are available upon request to individuals with disabilities.*
*Equal Opportunity Employer/Program*


**TRAVELERS**

# PREMIUM ADJUSTMENT NOTICE

PREMIUM AUDIT
P.O BOX 2927
HARTFORD CT 06104-2927

POLICY NO:  HJ UB 4F128033

ISSUE OFFICE:08F

DATE OF THIS NOTICE: 11/23/16
SAI#:  7023A7098

TSC ACQUISITION CORP
10440 N CENTRAL EXPRESSWAY
DALLAS TX 75231

POLICY PERIOD:  12/31/14 TO 12/31/15
REVISED AUDIT
PHYSICAL

NY923
CRYSTAL IBC LLC
575 MARKET ST STE 3600
SAN FRANCISCO CA 94105-2852

| | | |
|---|---|---|
| TOTAL EARNED PREMIUM | : $ | 131,093 |
| PREMIUM PRIOR TO AUDIT | : $ | 139,211 |
| PREMIUM REDUCTION | : $ | 8,118 |

CUSTOMER SERVICE:          (800)842-4271

*"PREMIUM PRIOR TO AUDIT" INCLUDES
THE ORIGINAL POLICY PREMIUM, ANY
ENDORSEMENTS DURING THE POLICY TERM,
AND ANY PRIOR AUDIT TRANSACTIONS. IT
DOES NOT REFLECT ACTUAL PAYMENTS MADE

*(THIS IS NOT A BILL)
CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| CALIFORNIA | | | | |
| 13579 TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | | | | |
| LOCATION  001 | | | | |
| | | | | |
| TSC ACQUISITION CORP | | | | |
| | | | | |
| TELECOMMUNICATIONS COMPANIES- ALL EMPLOYEES-INCLUDING INSTALLATION, MAINTENANCE, REPAIR AND OPERATION OF TELEPHONE LINES AND SYSTEMS, REMOTE TRANSMISSION SITES, AND CENTRAL OFFICE SWITCHING EQUIPMENT-INCLUDING SHOP | 7600 | 619,360 | 10.8200 | 67,015 |
| STORES:  STORES-RETAIL-N.O.C. | 8017 | 1,196,615 | 5.6100 | 67,130 |
| SALESPERSONS-OUTSIDE | 8742 | 159,590 | .8200 | 1,309 |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 1,443,563 | .6600 | 9,528 |
| BLANKET WAIVER | 0930 | 144,982 | .0200 | 2,900 |
| SEE ENDT. WC 99 03 76 ( A)-001 WAIVER CALCULATION IS BASED ON CLASS CODE(S) PREMIUM X RATE. THE ADDITIONAL PREMIUM FOR THIS | | | | |
| | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | -26,619 |
| PREMIUM DISCOUNT | | 121,263 | .0370 | -4,487 |
| TERRORISM (9740) | | | .0300 | 1,026 |
| CIGA SURCHARGE | | 117,802 | | 2,651 |
| USER, FRAUD, UEBT, SIBT, OSH, L | | 117,802 | | 2,627 |

Insuring Company:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

## Thank You For Insuring With Our Company



# PREMIUM ADJUSTMENT NOTICE

**INSURED:**

TSC ACQUISITION CORP

**POLICY NO:  HJ UB 4F128033**

## CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| CALIFORNIA LOCATION  001                    (CONT.) | | | | |
| TOTAL PREMIUM  LOCATION 001 | | | | $117,802 |
| NON-PREMIUM ITEMS | | | | $5,278 |
| LOCATION  002 | | | | |
| TELSCAPE COMMUNICATIONS INC SAGE TELECOM TRUCONNECT MOBILE | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 002 | | $0 | | |
| LOCATION  003 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 003 | | $0 | | |
| LOCATION  004 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 004 | | $0 | | |
| LOCATION  005 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |


**TRAVELERS**

# PREMIUM ADJUSTMENT NOTICE

INSURED:                                  POLICY NO:  HJ UB 4F128033

TSC ACQUISITION CORP

## CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| CALIFORNIA LOCATION  005    (CONT.) | | | | |
| TOTAL PREMIUM  LOCATION 005 | | | $0 | |
| LOCATION  006 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 006 | | | $0 | |
| LOCATION  007 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 007 | | | $0 | |
| LOCATION  008 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | .8200 | 0 |
| TOTAL PREMIUM  LOCATION 008 | | | $0 | |
| TOTAL PREMIUM  CALIFORNIA | | $123,080 | | |

PENNSYLVANIA
13579 TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA
LOCATION  001

TSC ACQUISITION CORP


**TRAVELERS**

# PREMIUM ADJUSTMENT NOTICE

**INSURED:**

TSC ACQUISITION CORP

**POLICY NO:** HJ UB 4F128033

## CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| PENNSYLVANIA<br>LOCATION  001          (CONT.) | | | | |
| CLERICAL OFFICE EMPLOYEES | 0953 | 107,773 | .2500 | 269 |
| INCREASED LIMITS | | 269 | .0140 | 4 |
| PREMIUM DISCOUNT | | 273 | .0470 | -13 |
| EXPENSE CONSTANT | | | | 210 |
| TERRORISM (9740) | | | .0300 | 32 |
| CAT-OTHER THAN CERT TERR (9741) | | | .0100 | 11 |
| PA EMPL ASSESSMENT | | 513 | | 10 |
| TOTAL PREMIUM  LOCATION 001 | | | | $513 |
| NON-PREMIUM ITEMS | | | | $10 |
| TOTAL PREMIUM  PENNSYLVANIA | | | $523 | |
| TEXAS<br>15245 THE STANDARD FIRE INSURANCE COMPANY<br>LOCATION  001 | | | | |
| TSC ACQUISITION CORP | | | | |
| CLERICAL OFFICE EMPLOYEES NOC | 8810 | 4,621,618 | .1000 | 4,622 |
| BLANKET WAIVER | 0930 | 4,622 | .0200 | 92 |
| SEE ENDT. WC 42 03 04 ( B)-001<br>WAIVER CALCULATION IS BASED ON<br>CLASS CODE(S) PREMIUM X RATE.<br>1. ( ) SPECIFIC WAIVER - NAME O | | | | |
| INCREASED LIMITS | | 4,622 | .0140 | 65 |
| ADD FOR INCREASED LIMITS MIN. | | | | 81 |
| EXPERIENCE MODIFICATION | | | 1.7000 | 3,402 |
| TX MANAGED CARE CREDIT | | | .1200 | -991 |
| PREMIUM DISCOUNT | | 7,271 | .0970 | -705 |
| TERRORISM (9740) | | | .0200 | 924 |
| TOTAL PREMIUM  LOCATION 001 | | | | $7,490 |
| LOCATION  002 | | | | |
| TELSCAPE COMMUNICATIONS INC | | | | |

 **TRAVELERS**

# PREMIUM ADJUSTMENT NOTICE

INSURED:                                    POLICY NO:  HJ UB 4F128033

TSC ACQUISITION CORP

### CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| TEXAS LOCATION 002 (CONT.) | | | | |
| SAGE TELECOM TRUCONNECT MOBILE | | | | |
| EXPERIENCE MODIFICATION | | | 1.7000 | 0 |
| TOTAL PREMIUM  LOCATION 002 | | | $0 | |
| LOCATION 003 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | 1.7000 | 0 |
| TOTAL PREMIUM  LOCATION 003 | | | $0 | |
| LOCATION 004 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | 1.7000 | 0 |
| TOTAL PREMIUM  LOCATION 004 | | | $0 | |
| LOCATION 005 | | | | |
| TSC ACQUISITION CORP | | | | |
| EXPERIENCE MODIFICATION | | | 1.7000 | 0 |
| TOTAL PREMIUM  LOCATION 005 | | | $0 | |
| TOTAL PREMIUM  TEXAS | | $7,490 | | |

CLAUPA2A



# PREMIUM ADJUSTMENT NOTICE

**INSURED:**

TSC ACQUISITION CORP

**POLICY NO:  HJ UB 4F128033**

### CALCULATION OF EARNED PREMIUM

| Classifications | Tr Cd | Exposure Basis | Rate | Earned Premium |
|---|---|---|---|---|
| | | | | |

TOTAL EARNED PREMIUM          $131,093