CHARLES MENZIES, ESQ. (SBN 198223)
TSC Acquisition Corporation
1149 S. Hill Street, Suite 400
Los Angeles, CA 90015
Telephone: (828) 319-0520
Email: ctm@menziescompany.com

ROBERT S. FREUND (SBN 287566)
Robert Freund Law
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Attorneys for Defendant,
TSC Acquisition Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>Defendant. | CASE NO.  2:19-cv-03863 PA-SK<br><br>**FED. R. CIV. PROC. 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT TSC ACQUISITION CORPORATION**<br><br>Action Filed:     May 3, 2019 |

F.R.C.P. 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant TSC Acquisition Corporation certifies and states as follows: Defendant discloses that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

DATED: October 18, 2019			ROBERT FREUND LAW

					By	*/s/ Robert S. Freund*
						Robert S. Freund
						Attorneys for Defendant
						TSC Acquisition Corporation