| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>CHARLES MENZIES, ESQ. (SBN 198223)<br>TSC Acquisition Corporation<br>1149 S. Hill Street, Suite 400<br>Los Angeles, CA 90015; (828) 319-0520<br>ROBERT S. FREUND (SBN 287566)<br>Robert Freund Law<br>10866 Wilshire Boulevard, Suite 400<br>Los Angeles, CA 90024; (323) 553-3407<br>ATTORNEY(S) FOR: TSC ACQUISITION CORPORATION | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA<br><br>Plaintiff(s),<br>v.<br>TSC ACQUISITION CORP.<br><br>Defendant(s) | CASE NUMBER:<br>2:19-cv-03836 PA-SK<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant, TSC ACQUISITION CORPORATION
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA | Plaintiff |
| TSC ACQUISITION CORPORATION | Defendant |

October 18, 2019                    /s/ Robert S. Freund
Date                                Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, TSC ACQUISITION CORPORATION