UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 19-03863 PA (SKx) | Date | November 27, 2019 |
|---|---|---|---|
| Title | Travelers Property Casualty Co. v. TSC Acquisition Corp. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Kamilla Sali-Suleyman | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**   IN CHAMBERS

The Court has received the parties' joint 26(f) report and finds that a scheduling conference is not necessary.  Dates set by the Court in this action are listed in the "Schedule of Trial and Pretrial Dates" attached to this order.  The dates set by the Court are firm dates.  Absent extraordinary circumstances, which must satisfy the requirements of Federal Rule of Civil Procedure 16(b) and be brought to the Court's attention in a timely manner, the Court will not modify these dates.  The scheduling conference currently on calendar for Monday, December 9, 2019, at 10:30 a.m. is hereby vacated, and the matter taken off calendar.

The Court notes that the parties estimate that trial will consume 4 trial days.  It is the Court's practice to impose limits on the length of civil trials.  Based on the Court's current understanding of this action, the parties are highly unlikely to have as much time to try this case as they appear to anticipate.

The Court has entered a Protective Order in this action.  A copy of the Protective Order will be served on the parties.  The Protective Order may be modified or supplemented by the parties.  However, given the trial and pretrial dates set by the Court, disputes concerning the Protective Order should not delay the parties' prosecution of this action.

This case is referred to the Court's Mediation Panel.  Alternatively, the parties may agree to use the services of a private mediator.  If the parties elect to use a private mediator, they must file within fourteen (14) days a notice of election of private mediation with the name of the private mediator selected.  If the parties have not selected a Panel Mediator within twenty-one (21) days or filed a notice of election of private mediation within fourteen (14) days, the ADR Program (213-894-2993) will assign a Panel Mediator.

IT IS SO ORDERED.

Schedule of Trial and Pretrial Dates

| | | |
|---|---|---|
| **CASE NO.:** | CV | 19-03863 |

**PARTIES:** Travelers Property Casualty Co.
-v-
TSC Acquisition Corp.

**COMPLAINT FILED:** 05/03/19

**TRIAL TYPE:** Jury

SETTLEMENT CHOICE:
Court/Magistrate
Court's Mediation Panel         X
Private Dispute Resolution
Judicial Settlement Panel

| DATE | MATTER |
|---|---|
| **07/21/20** | Jury Trial at 9:00 a.m. |
| **07/16/20** | File Final Trial Exhibit Stipulation |
| **07/13/20** | Hearing on Motions in Limine at 1:30 p.m.<br>Hearing on Disputed Jury Instructions at 1:30 p.m. |
| **06/19/20** | Final Pretrial Conference at 1:30 p.m.<br>Motions in Limine to be Filed<br>Proposed Voir Dire Questions & Agreed-to Statement of Case |
| **06/05/20** | Lodge Pretrial Conference Order & Pretrial Exhibit Stipulation<br>File Contentions of Fact & Law<br>Exhibit & Witness Lists<br>File Joint Status Report Regarding Settlement<br>File Agreed Upon Set of Instructions & Verdict Forms<br>File Joint Statement Regarding Disputed Instructions, Verdicts, etc. |
| **05/25/20** | Last Date to Conduct Settlement Conference |
| **05/18/20** | Last Day for Hearing Motions |
| **05/11/20** | Discovery Cut-off |
| **03/02/20** | Last Day for Hearing on Motion to Amend Pleadings or Add Parties |