Robert S. Freund (SBN 287566)
ROBERT FREUND LAW
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Attorneys for Defendant,
TSC Acquisition Corporation

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>        Defendant. | CASE NO.  2:19-cv-03863 PA-SK<br><br>**DECLARATION OF ROBERT S. FREUND IN SUPPORT OF DEFENDANT TSC ACQUISITION CORPORATION'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, PARTIAL SUMMARY JUDGMENT**<br><br>[Concurrently filed with Opposition, Separate Statement of Genuine Issues; Evidentiary Objections; Declarations of Nathan Johnson and David Wilder]<br><br>DATE:     May 18, 2020<br>TIME:     1:30 p.m.<br>CTRM:    9A<br><br><br>Judge:     Hon. Percy Anderson<br><br><br>Action Filed:   May 3, 2019<br>Trial Date:    July 21, 2020 |

FREUND DECLARATION IN SUPPORT OF TSC'S OPPOSITION TO MSJ

## <u>DECLARATION OF ROBERT S. FREUND</u>

I, Robert S. Freund, declare under penalty of perjury under the laws of the United States and the State of California as follows:

1.      I am counsel of record for Defendant TSC Acquisition Corporation ("TSC") in the above-entitled action.  I am licensed to practice law in the State of California.  I submit this Declaration in support of TSC's Opposition to Plaintiff's Motion for Summary Judgment or, in the Alternative, Partial Summary Judgment.  I have first-hand knowledge of the matters set forth herein, and if called upon to do so, I could and would testify competently and truthfully thereto.

2.      Attached as **Exhibit J** is a true and correct copy of a printout from the Workers' Compensation Insurance Rating Bureau of California website, available at https://www.wcirb.com/content/stores-retail-1.  I accessed this website to obtain the printout on April 24, 2020.

3.      Before filing its Motion, neither Plaintiff nor TSC had produced any documents or evidence via initial disclosures or in response to their respective document requests.  That is because Plaintiff, through its two previous law firms representing it in this litigation (Bressler Amery and Ross PC, and Thomas Kadian LLC, respectively), had been discussing and exploring a potential resolution of this matter with me, and the parties had agreed to address the issues informally toward that end.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  Executed on this 27th day of April, 2020 at Los Angeles, California.


        */s/ Robert S. Freund*
        Robert S. Freund

# EXHIBIT J

Case 2:19-cv-03863-PA-SK    Document 25-5   Filed 04/27/20   Page 4 of 5   Page ID #:1071

# Classification Search

**Classification Phraseology as of:**1/1/2020
**Classification Code:**8017(1)
**Phraseology:**
STORES — retail — N.O.C.
**Footnote:**
This classification applies to retail stores engaged in the sale of items not more specifically described by another store classification, including but not limited to appliances, artwork, baked goods, cellular telephones, cosmetics or beauty supplies, prescription and non-prescription pharmaceuticals, party supplies, craft supplies, disposable medical supplies, mattresses and box springs, domestic pets, firearms, games or gaming devices, home electronics, musical instruments, sporting goods, toys, vitamins or food supplements, cut Christmas trees and wheelchairs.

This classification also applies to self-serve laundromats, dry cleaning or laundry drop-off and pick-up facilities (no cleaning on the premises), mail service stores and gaming arcades.

The preparation or serving of hot foods shall be separately classified as 9079(1), Restaurants or Taverns.

**Industry Group/Related Classifications:**
Stores
**Rules:**
USRP, Part 3, Section IV, Rule 6, Stores
**Approved Pure Premium Rate:**
To learn how approved pure premium rates are different than insurer rates, click here.

| Effective Date | Pure Premium Rate | Note |
|---|---|---|
| 1/1/2020 | $3.00 | New/Renewal |
| 1/1/2019 | $3.13 | New/Renewal |
| 7/1/2018 | $3.34 | New/Renewal |

**Prior Phraseology and Footnote:**

| Shown below is the previously published phraseology and footnote | Effective Date |
|---|---|
| **Phraseology:**<br>STORES — retail — N.O.C. | |
| **Footnote:**<br>The preparation or serving of hot foods shall be separately classified as 9079(1), Restaurants or Taverns. | 1/1/2015 |

The Classification Search was developed by the WCIRB for your convenience to help you identify Standard Classifications based on keywords or a classification code. However, you cannot rely solely

on the Classification Search and must make an independent assessment when determining the appropriate classification(s) assignable to a risk in accordance with the USRP.

Copyright © 2020 WCIRB California, 1221 Broadway, Suite 900, Oakland, CA 94612