UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Travelers Property Casualty Company of America<br><br>v.<br><br>TSC Acquisition Corp.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-03863-PA (SKx)<br><br>NOTICE OF<br>MEDIATION DATE |

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for May 13, 2020   at 10:00   ☑ a.m. / ☐ p.m.

LOCATION: telephone conference

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

Dated: May 8, 2020

Panel Mediator: Frank Kaplan
Address: 5473 Collingwood Circle
Calabasas, CA 91302

Phone: 310-429-2067