WESTON & McELVAIN LLP
Aaron C. Agness (State Bar No. 221943)
Joel A. Graboff (State Bar No. 316900)
1960 E. Grand Avenue, Suite 400
El Segundo, CA 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: aagness@wmattorneys.com
jgraboff@wmattorneys.com

*Attorneys for Plaintiff Travelers Property Casualty Company of America*

Robert S. Freund (SBN 287566)
**ROBERT FREUND LAW**
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Kevin J. Cole (SBN 321555)
**KJC LAW GROUP, A.P.C.**
6700 Fallbrook Avenue, Suite 207
West Hills, CA 91307
Telephone: (818) 392-8995
Email: kevin@kjclawgroup.com

*Attorneys for Defendant TSC Acquisition Corporation*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TSC Acquisitions Corp.,<br><br>Defendant. | CASE NO. 2:19-cv-03863-PA-SK<br>Assigned to the Honorable Percy Anderson, Ctrm. 9A<br><br>**JOINT EXHIBIT LIST**<br><br>Pretrial Conference<br><br>Date: June 19, 2020<br>Time: 3:00 p.m.<br>Ctrm 9A<br><br>Action Filed: May 3, 2019<br>Trial Date: July 21, 2020 |

Pursuant to the Court's Scheduling Order (Doc. No. 20), and in accordance with LR-16, Plaintiff Travelers Property Casualty Company of America ("Travelers") and Defendant TSC Acquisitions Corp. ("TSC") hereby submit the following Joint Exhibit List:

| **PLAINTIFF TRAVELERS' EXHIBITS (EXPECTED TO BE OFFERED) * DESIGNATES OFFERED IF THE NEED ARISES** | | | |
|---|---|---|---|
| **No. of Exhibit** | **Description** | **Date Identified** | **Date Admitted** |
| 1. | Travelers Insurance Policy No. 4F128033 ("2014 Policy"), effective 12/31/2014 to 12/31/2015. (TRA0001-TRA0205) | | |
| 2. | 2014 Policy Audit Excel Workbook (TRA0209-TRA0218) | | |
| 3. | 2014 Policy Audit Summary (TRA0206-TRA0208) | | |
| 4. | 2014 Policy Premium Adjustment Notice (First), dated July 7, 2016 (TRA0225-TRA0232) | | |
| 5. | Email chain between John Kalinowsky and TSC, dated May 10, 2016 to October 24, 2017. (TSC00005-TSC00007) | | |
| 6. | Travelers notice of audit resolution, dated August 23, 2016. (TSC000019) | | |

| | | | |
|---|---|---|---|
| 7. | Email chain between TSC and Travelers disputing the 2014 Policy Premium Adjustment (First) – dated September 13, 2016 to September 23, 2016 (TSC000012-TSC000015) | | |
| 8. | Premium Adjustment (Revised) – dated September 13, 2016 to September 23, 2016 (TRA0236-TRA0244) | | |
| 9. | Workers Compensation Insurance Rating Bureau Classification Inspection Report, dated October 7, 2013 (TRA0449-TRA0451) | | |
| 10. | Workers Compensation Insurance Rating Bureau Experience Modifier worksheet related to the 2014 Policy Audit (Exhibit M to the declaration of John Kalinowsky, Doc. No. 30-2) | | |
| 11. | Travelers Insurance Policy No. 7114P396 ("2015 Policy"), effective 12/31/2015 to 12/31/2016. (TRA0245-TRA0390) | | |
| 12. | 2015 Policy Audit Excel Workbook (TRA0395-TRA0402) | | |
| 13. | 2015 Policy Audit Summary (TRA0391-TRA0394) | | |

| | | | |
|---|---|---|---|
| 14. | 2015 Policy Premium Adjustment Notice, dated June 27, 2018 (TRA0410-TRA0417) | | |
| 15. | Workers Compensation Insurance Rating Bureau Experience Modifier worksheet related to the 2015 Policy Audit (Exhibit N to the declaration of John Kalinowsy, Doc. No. 30-2) | | |
| 16. | Email chain between Nerissa Soufi and John Pierson, David Wilder, and Bryan Lojeski, dated May 7, 2018 to August 6, 2018 (TRA0430-TRA0431) | | |
| 17. | Further email exchange between Nerissa Soufi and John Pierson dated August 6, 2018 (TRA0418-TRA0419) | | |
| 18. | Email chain between Travelers and TSC regarding outstanding debts, dated August 13, 2018. (TSC000010) | | |
| 19. | Email chain between TSC (David Wilder, John Pierson, Janet Cain, Angela Beebe, Wendy Moore, Toni Boone, L. Sung) and Travelers regarding outstanding premiums, dated from September 18, 2018 and October 9, 2018 (TRA0434- | | |

| | | | |
|---|---|---|---|
| | TRA0433) | | |
| 20. | Travelers' Interaction Log Notes (October 10, 2018 to (TRA0435-TRA0444) | | |
| 21. | Letter from Travelers' counsel to TSC regarding outstanding debt owed, dated April 2, 2019 (TRA0448) | | |
| 22. | TSC's (Truconnect) Sum of Document Amount (TSC000046) | | |
| 23. | Screen Shot of Express Pay with handwritten notes (TRA000021) | | |
| 24. | TSC's Responses to Interrogatories | | |
| 25. | California Workers' Compensation Statistical Reporting Plan-1995; Title 10, California Code of Regulations, Section 2318.6 | | |
| 26. | TruConnect website, as of 6.5.2020: about truconnect | | |
| 27. | TruConnect website, as of 6.5.2020: phones for sale page | | |
| 28. | TruConnect website, as of 6.5.2020: pay as you go plans page | | |
| 29. | TruConnect website, as of 6.5.2020: contact us, retail locations page | | |
| 30. | TruConnect website, as of 6.5.2020: contact us, wireless plans page | | |

| | | | |
|---|---|---|---|
| 31. | TruConnect website, as of 6.07.2015: store locations page | | |
| 32. | TruConnect website, as of 6.27.2015: homepage | | |
| 33. | TruConnect website, as of 6.07.2015: page allowing access to Telscape, Sage and TruConnect accounts | | |
| 34. | TruConnect website, as of 6.13.2016: retail locations page | | |
| 35. | TruConnect website: listing of news and media postings, with dates published page | | |
| 36. | TruConnect website: news post, Truconnect offers cash options for data refills dated 5.19.16 | | |
| 37. | TruConnect website: news post, new lower prices for internet on the go dated 9.06.16 | | |
| 38. | TruConnect website: news post, TruConnect announces four new pay as you go wireless plan option…dated 10.26.15 | | |
| 39. | TruConnect website: news post, Truconnect is now one of the fastest growing wireless companies…dated 4.29.15 | | |

| | | | |
|---|---|---|---|
| 40. | INTENTIONALLY LEFT BLANK (DUPLICATIVE) | | |
| 41. | TruConnect blogpost dated March 29, 2016 | | |
| 42. | TruConnect blogpost dated June 15, 2016 | | |
| 43. | TruConnect blogpost dated September 9, 2016 | | |
| 44. | Picture of 8401 Van Nuys Blvd., #80, Panorama City, CA 91402 | | |
| 45. | Picture of 6906 Pacific Blvd., Huntington Park, CA 90255 | | |
| 46. | Picture of Chula Vista Center Mall, 555 Broadway Ave. #1002, Chula Vista CA 91910 | | |
| **DEFENDANT TSC'S EXHIBITS (EXPECTED TO BE OFFERED) * DESIGNATES OFFERED IF THE NEED ARISES** | | | |
| 47. | 10/10/2017 emails between John Pierson, David Wilder, and Yoko Tanenaka re: scheduling time for workers' compensation policy audit (TSC 000001) | | |
| 48. | 10/10/2017 emails re: the identity of the broker for the workers' compensation policy held by Travelers (TSC 000002) | | |

| | | | |
|---|---|---|---|
| 49. | 10/09/2017 email from Woodruff-Sawyer, Account Coordinator re: location of workers' comp policy (TSC 000002-TSC 000003) | | |
| 50. | 05/10/2016 email from Kalinowsky at Travelers re: classification of employees (TSC 000004) | | |
| 51. | Detail Loss Report Spreadsheet for TSC (TSC 000008 – TSC 000009) | | |
| 52. | 08/13/2018 email from Travelers Account Service requesting status of payment (TSC 000011) | | |
| 53. | 08/31/2016 check no. 00013096 re: August 2016 (TSC 000016) | | |
| 54. | 08/15/2016 bill from Travelers (TSC 000017 – TSC 000018) | | |
| 55. | 08/01/2016 check no. 00012906 re: July 2016 (TSC 000020) | | |
| 56. | 07/13/2016 check no. 0012787 re: June 2016 (TSC 000022) | | |
| 57. | 06/13/2016 Travelers notice of cancellation for non-payment of premium re: effective date, 07/03/2016 (TSC 000023 – TSC 000026) | | |
| 58. | 06/20/2016 Travelers reinstatement notice, re: TSC Workers' | | |

| | | | |
|---|---|---|---|
| | Compensation Policy (TSC 000027) | | |
| 59. | 06/03/2016 check no. 00012611 re: May 2016 WC 12/15 through 12/16 (TSC 000028) | | |
| 60. | 05/16/2016 Travelers account bill re: balance by 06/03/2016, transactions since last statement (TSC 000028 - TSC 000030) | | |
| 61. | 05/16/2016 Travelers account document, re: transaction detail of 12/31/2014 void audit (TSC 000031) | | |
| 62. | 09/13/2016 check no. 00013189, re: September 2016 (TSC 000032) | | |
| 63. | 09/13/2016 Travelers account bill re: payment due 10/03/2016 (TSC 000033 -TSC 000034) | | |
| 64. | 02/12/2016 Travelers account bill re: payment due 03/03/2016 (TSC 000035- TSC 000036) | | |
| 65. | 07/07/2016 Travelers premium adjustment notice re: TSC calculation of earned premium, total earned premium (TSC 000037 - TSC 000042) | | |
| 66. | Travelers document re: exposure comparison 07/07/2016 notice to TSC (TSC 000043 -TSC 000044) | | |

| | | | |
|---|---|---|---|
| 67. | Travelers document re: commission information 07/07/2016 notice to TSC (TSC 000045) | | |
| 68. | Travelers' Responses to Defendant's Requests for Production (Set One) **For impeachment purposes only* | | |
| 69. | Travelers' Responses to Defendant's Interrogatories (Set One) **For impeachment purposes only* | | |
| 70. | Emails from David Wilder re Two Disputed Audits on 10/24/2017 (TSC's MSJ Opp. Ex. A) | | |
| 71. | California Statement of Information (TSC's MSJ Opp. Ex. F) | | |
| 72. | Public Utilities Commission of the State of California, General Order 153, Procedures for Administration of the Moore Universal Telephone Service Act General Order (TSC's MSJ Opp. Ex. G) | | |
| 73. | Christian Gonzalez Pay Stubs from 4/29/2016 and 5/29/2015 (TSC's MSJ Opp. Ex. H) | | |
| 74. | Email Thread re Re-Classifying Employees and Revised Audit (TSC's MSJ Opp. Ex. I) | | |

| | | | |
|---|---|---|---|
| 75. | Classification Search or Workers' Compensations Rating (TSC's MSJ Opp. Ex. J) | | |

[Pursuant to Local Rule 5-4.3.4, the undersigned e-filer attests that all other signatories below have consented to the filing's content and have authorized the filing with electronic signatures.]

Dated: June 5, 2020

WESTON & McELVAIN LLP

/s/ Aaron C. Agness
Aaron C. Agness
Joel A. Graboff
Attorneys for Plaintiff **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**

Dated: June 5, 2020

ROBERT FREUND LAW

/s/ Robert S.Freund
Robert S. Freund
Attorneys for Defendant **TSC ACQUISITION CORPORATION**

Dated: June 5, 2020

KJC LAW GROUP, A.P.C.

/s/ Kevin J. Cole
Kevin J. Cole
Attorneys for Defendant **TSC ACQUISITION CORPORATION**

*Travelers Property Casualty Company of America v. TSC Acquisition Corp.*
USDC-CACD, Case No. 2:19-cv-03863-PA-SK

**PROOF OF SERVICE**

I, Felicia Ball, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On June 5, 2020, I served a copy of the following document:

**JOINT EXHIBIT LIST**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2020 at Inglewood, California.

Felicia Ball

FELICIA BALL

1

PROOF OF SERVICE

**SERVICE LIST**

Robert S. Freund
**ROBERT FREUND LAW**
10866 Wilshire Boulevard, Suite 400
Los Angeles, California 90024
Telephone: (323) 553-3407
Facsimile: *Unavailable*
E-mail: robert@robertfreundlaw.com

*Attorneys for Defendant,*
TSC Acquisition Corp.

Kevin J. Cole (SBN 321555)
**KJC LAW GROUP, A.P.C.**
6700 Fallbrook Avenue, Suite 207
West Hills, CA 91307
Telephone: (818) 392-8995
Email: kevin@kjclawgroup.com

*Attorneys for Defendant,*
TSC Acquisition Corp.