WESTON & McELVAIN LLP
Aaron C. Agness (State Bar No. 221943)
Joel A. Graboff (State Bar No. 316900)
1960 E. Grand Avenue, Suite 400
El Segundo, CA 90245
Telephone: (213) 596-8000
Facsimile: (213) 596-8039
E-mail: aagness@wmattorneys.com
         jgraboff@wmattorneys.com

Attorneys for Plaintiff
TRAVELERS PROPERTY CASUALTY
COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>TSC Acquisitions Corp.,<br><br>  Defendant. | CASE NO. 2:19-cv-03863-PA-SK<br><br>Assigned to the Honorable Percy Anderson, Ctrm. 9A<br><br>**PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S PROPOSED VERDICT FORMS**<br><br>Action Filed: May 3, 2019<br>Trial Date: July 21, 2020 |

Plaintiff Travelers Property Casualty Company of America ("Travelers") hereby submits the following Proposed Verdict Forms.

///

///

///

1
PLAINTIFF'S PROPOSED VERDICT FORMS

# INDEX

| No. | Verdict Form Title | Source | Page |
|---|---|---|---|
| 1 | Plaintiff's Proposed Verdict Form No. 1: Breach of 2014 Policy | CACI VF 300; Doc. No. 34. | 3-4 |
| 2 | Plaintiff's Proposed Verdict Form No. 2: Breach of 2015 Policy | CACI VF 300; Doc. No. 34. | 5-6 |

## *PLAINTIFF'S* PROPOSED VERDICT FORM NO. 1: BREACH OF 2014 POLICY

We answer the questions submitted to us as follows:

1. Did Travelers do all, or substantially all, of the significant things that the 2014 Policy required it to do?

   _____Yes      _____ No

   If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

2. Did all the conditions that were required for TSC Acquisitions Corp.'s performance occur?

   _____Yes      _____ No

   If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

3. Did TSC Acquisitions Corp. fail to do something that the 2014 Policy required it to do?

   _____Yes      _____ No

   If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

///
///
///

    4. Was Travelers harmed by TSC Acquisitions Corp.'s breach of the 2014 Policy?

    _____Yes    _____ No

    If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

    5. What are Travelers's damages?

                                      TOTAL_____

Signed: _____
        Presiding Juror

Dated: _____

After this verdict form has been signed, notify the court that you are ready to present your verdict in the courtroom.

# *PLAINTIFF'S* **PROPOSED VERDICT FORM NO. 2:**
# **BREACH OF 2015 POLICY**

We answer the questions submitted to us as follows:


    1. Did Travelers do all, or substantially all, of the significant things that the 2015 Policy required it to do?

    _____Yes     _____ No

    If your answer to question 1 is yes, then answer question 2. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


    2. Did all the conditions that were required for TSC Acquisitions Corp.'s performance occur?

    _____Yes     _____ No

    If your answer to question 2 is yes, then answer question 3. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.


    3. Did TSC Acquisitions Corp. fail to do something that the 2015 Policy required it to do?

    _____Yes     _____ No

    If your answer to question 3 is yes, then answer question 4. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

///
///
///

4. Was Travelers harmed by TSC Acquisitions Corp.'s breach of the 2015 Policy?

_____Yes      _____ No

If your answer to question 4 is yes, then answer question 5. If you answered no, stop here, answer no further questions, and have the presiding juror sign and date this form.

5. What are Travelers's damages?

                                                    TOTAL_____

Signed: _____
        Presiding Juror

Dated: _____

After this verdict form has been signed, notify the court that you are ready to present your verdict in the courtroom.

## **PLAINTIFF'S SUPPORT FOR ITS PROPOSED VERDICT FORMS**

Plaintiff's proposed verdict forms are taken directly from the Judicial Council of California Civil Jury Instructions ("CACI"), VF-300. The CACI verdict form is a model verdict form for breach of contract, which is the only cause of action in this case. The Manual of Model Civil Jury Instructions for the Ninth Circuit does not have a model verdict form for breach of contract. Consequently, there is no reason to deviate from CACI. The only modification made to the CACI verdict form was eliminating the first question as to whether the parties entered into a contract, since that has already been determined. [Doc. No. 34.] Otherwise, it follows CACI and includes the relevant questions based on what is at-issue in the case. Additionally, because it is possible for the jury to find that only one of the policies was breached, there should be separate verdict forms relating to breach of each policy. Defendant's proposed verdict form does not follow CACI even though the jury instructions follow CACI.

1
2  Dated: June 5, 2020                               WESTON & McELVAIN LLP
3
4                                                   <u>**/s/ Aaron C. Agness**</u>
5                                                   Aaron C. Agness
                                                    Joel A. Graboff
6                                                   Attorneys for Plaintiff **TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA**
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

I, Felicia Ball, declare:

I am employed in the County of Los Angeles, state of California. I am over the age of 18 and not a party to the within action; my business address is 1960 East Grand Avenue, Suite 400, El Segundo, California 90245.

On June 5, 2020, I served a copy of the following document:

**PLAINTIFF TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA'S PROPOSED VERDICT FORMS**

By electronically filing the foregoing document with the Clerk of the United States District Court, Central District of California, using its ECF system, which electronically notifies the persons on the attached service list at the email addresses registered with the ECF System.

I declare under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 5, 2020 at Inglewood, California.

*Felicia Ball*
FELICIA BALL

# **SERVICE LIST**

| | |
|---|---|
| Robert S. Freund<br>**ROBERT FREUND LAW**<br>10866 Wilshire Boulevard, Suite 400<br>Los Angeles, California 90024<br>Telephone: (323) 553-3407<br>Facsimile: *Unavailable*<br>E-mail: robert@robertfreundlaw.com | *Attorneys for Defendant,*<br>TSC Acquisition Corp. |
| Kevin J. Cole (SBN 321555)<br>**KJC LAW GROUP, A.P.C.**<br>6700 Fallbrook Avenue, Suite 207<br>West Hills, CA 91307<br>Telephone: (818) 392-8995<br>Email: kevin@kjclawgroup.com | *Attorneys for Defendant,*<br>TSC Acquisition Corp. |