1  WESTON & McELVAIN LLP
   Aaron C. Agness (State Bar No. 221943)
2  Joel A. Graboff (State Bar No. 316900)
   1960 E. Grand Avenue, Suite 400
3  El Segundo, CA 90245
   Telephone: (213) 596-8000
4  Facsimile: (213) 596-8039
   E-mail: aagness@wmattorneys.com
5          jgraboff@wmattorneys.com

6  Attorneys for Plaintiff
   TRAVELERS PROPERTY CASUALTY
7  COMPANY OF AMERICA

8  Robert S. Freund (SBN 287566)
   ROBERT FREUND LAW
9  10866 Wilshire Boulevard, Suite 400
10 Los Angeles, CA 90024
   Telephone: (323) 553-3407
11 Email: robert@robertfreundlaw.com

12
13 Kevin J. Cole (SBN 321555)
   KJC LAW GROUP, A.P.C.
14 6700 Fallbrook Avenue, Suite 207
15 West Hills, CA 91307
   Telephone: (818) 392-8995
16 Email: kevin@jkclawgroup.com

17
   Attorneys for Defendant,
18 TSC Acquisition Corporation

19
               **UNITED STATES DISTRICT COURT**
20
        **CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION**
21

| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>　　　Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>　　　Defendant. | CASE NO.  2:19-cv-03863 PA-SK<br><br>**JOINT STATUS REPORT REGARDING SETTLEMENT**<br><br><br>Judge:　　　　Hon. Percy Anderson<br><br>Action Filed:　May 3, 2019<br>Trial Date:　　July 21, 2020 |
|---|---|

JOINT STATUS REPORT REGARDING SETTLEMENT

The Parties participated in mediation by teleconference on May 13, 2020 before mediator Frank Kaplan.  Aaron Agness appeared as counsel for Plaintiff Travelers Property Casualty Company of America ("Travelers"), and Robert Freund appeared as counsel for Defendant TSC Acquisition Corporation ("TSC").  Melissa Cordima appeared as representative for Travelers, and Charles Menzies (Chief Legal Officer) and Nathan Johnson (Co-CEO) appeared as representatives for TSC.  The Parties do not intend to engage in further settlement discussions.

DATED:  June 5, 2020                    WESTON & McELVAIN LLP

                                        By    */s/ Aaron C. Agness*
                                              Aaron C. Agness
                                              Joel A. Graboff
                                              Attorneys for Plaintiff
                                              TRAVELERS PROPERTY CASUALTY
                                              COMPANY OF AMERICA

DATED:  June 5, 2020                    ROBERT FREUND LAW

                                        By    */s/ Robert S. Freund*
                                              Robert S. Freund
                                              Attorneys for Defendant
                                              TSC ACQUISITION CORPORATION

I, Robert S. Freund, certify pursuant to Local Rule 5-4.3.4(a)(2)(i) that the content of this Joint Status Report Regarding Settlement is acceptable to all parties signing this document and that all parties have authorized the filing.

DATED:  June 5, 2020                    ROBERT FREUND LAW

                                        By    */s/ Robert S. Freund*
                                              Robert S. Freund
                                              Attorneys for Defendant
                                              TSC ACQUISITION CORPORATION

JOINT STATUS REPORT REGARDING SETTLEMENT