Robert S. Freund (SBN 287566)
ROBERT FREUND LAW
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Kevin J. Cole (SBN 321555)
KJC LAW GROUP, A.P.C.
6700 Fallbrook Avenue, Suite 207
West Hills, CA 91307
Telephone: (818) 392-8995
Email: kevin@kjclawgroup.com

Attorneys for Defendant
*TSC Acquisition Corporation*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>Defendant. | CASE NO. 2:19-cv-03863 PA-SK<br><br>**DEFENDANT TSC ACQUISITION CORPORATION'S PROPOSED VERDICT FORM AND SPECIAL INTERROGATORIES**<br><br>Judge:     Hon. Percy Anderson<br><br>Action Filed:   May 3, 2019<br>Trial Date:    July 21, 2020 |

DEFENDANT'S PROPOSED VERDICT FORM AND SPECIAL INTERROGATORIES

# TSC'S PROPOSED SPECIAL VERDICT FORM AND SPECIAL INTERROGATORIES

We, the jury in the above-entitled action, find the following special verdict on the following issues and questions submitted to us:

**ISSUE NO. 1:** Plaintiff's Claim for Breach of Contract against TSC

*Question No. 1:* Did Plaintiff Travelers prove by a preponderance of the evidence that it performed all of its duties, including its duty to perform audits in good faith, under the insurance policies that it had with TSC?

\_\_\_\_ Yes    \_\_\_\_ No

*If you answered "Yes" to Question 1, then proceed directly to Question 2.*
*If you answered "No" to Question 1, then stop here, answer no further questions, and proceed directly to THE END OF THE SPECIAL VERDICT.*

*Question No. 2:* Did Plaintiff Travelers prove by a preponderance of the evidence that TSC failed to pay an amount that was properly owed under the insurance policies?

\_\_\_\_ Yes    \_\_\_\_ No

*If you answered "Yes" to Question 2, then proceed directly to Question 3.*
*If you answered "No" to Question 2, then stop here, answer no further questions, and proceed directly to THE END OF THE SPECIAL VERDICT.*

***Question No. 3:*** Did Plaintiff Travelers prove by a preponderance of the evidence that it was harmed by TSC's failure to pay an amount that was properly owed under the insurance policies?

\_\_\_\_ Yes   \_\_\_\_ No

*If you answered "Yes" to Question 3, then proceed directly to Question 4.*
*If you answered "No" to Question 3, then stop here, answer no further questions, and proceed directly to THE END OF THE SPECIAL VERDICT.*

***Question No. 4:*** Did Plaintiff Travelers prove by a preponderance of the evidence that TSC's failure to pay an amount that was properly owed under the insurance policies was a substantial factor in causing Travelers harm?

\_\_\_\_ Yes   \_\_\_\_ No

*If you answered "Yes" to Question 4, then proceed directly to Question 5.*
*If you answered "No" to Question 4, then stop here, answer no further questions, and proceed directly to THE END OF THE SPECIAL VERDICT.*

***Question No. 5:*** Could Plaintiff Travelers have avoided harm caused by TSC with reasonable efforts or expenditures?

\_\_\_\_ Yes   \_\_\_\_ No

*If you answered "Yes" to Question 5, then proceed directly to Question 6.*
*If you answered "No" to Question 5, then skip Question 6 and proceed directly to Question 7.*

*Question No. 6:* What is the total amount of damages that Travelers could have avoided with reasonable efforts or expenditures?

$_____

*Proceed to Question 7.*

*Question No. 7:* What is the total amount of damages that TSC owes to Plaintiff Travelers based on a failure to pay an amount properly owed under the insurance policies?

$_____

*Proceed directly to THE END OF THE SPECIAL VERDICT*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### **THE END OF THE SPECIAL VERDICT**

**There are no more questions to be answered. Please have the foreperson of the jury date and sign this Special Verdict below and then advise the Court that you have done so.**

**Dated: _____        By Foreperson: _____**
                                                    **[sign above]**

                                                    **_____**
                                                    **[print name above]**

3

DEFENDANT'S PROPOSED VERDICT FORM AND SPECIAL INTERROGATORIES

DATED:  June 5, 2020          ROBERT FREUND LAW

                      By   */s/ Robert S. Freund*
                           Robert S. Freund
                           Attorneys for Defendant
                           TSC ACQUISITION CORPORATION