Robert S. Freund (SBN 287566)
ROBERT FREUND LAW
10866 Wilshire Boulevard, Suite 400
Los Angeles, CA 90024
Telephone: (323) 553-3407
Email: robert@robertfreundlaw.com

Kevin J. Cole (SBN 321555)
KJC LAW GROUP, A.P.C.
6700 Fallbrook Avenue, Suite 207
West Hills, CA 91307
Telephone: (818) 392-8995
Email: kevin@kjclawgroup.com

Attorneys for Defendant
*TSC Acquisition Corporation*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>TSC ACQUISITION CORP.,<br><br>         Defendant. | CASE NO. 2:19-cv-03863 PA-SK<br><br>**DECLARATION OF KEVIN J. COLE REGARDING DEFENDANT TSC ACQUISITION CORP.'S ATTEMPT TO UPLOAD TWO EXHIBITS IN SUPPORT OF ITS OFFER OF PROOF**<br><br>Judge:      Hon. Percy Anderson<br>Courtroom:  9A<br><br>Action Filed:      May 3, 2019<br>Pretrial Conf.:    June 19, 2020 &<br>                   July 10, 2020 (continued)<br>Trial Date:        July 21, 2020 |

DECLARATION OF KEVIN J. COLE

**DECLARATION OF KEVIN J. COLE**

I, Kevin J. Cole, declare as follows:

1.      I am licensed to practice before this Court.   I am counsel of record for Defendant TSC Acquisition Corp. ("TSC"), and I submit this Declaration in support of my client's Offer of Proof In Support of Its Affirmative Defenses, pursuant to the Court's June 18, 2020 Order (Dkt. No. 56).  If called as a witness, I could and would testify competently to the facts stated herein.

2.      On June 29, 2020, beginning at approximately 11:00 a.m., I attempted to upload the following two documents as exhibits to TSC's Offer of Proof:

**Documents In Support of TSC's Affirmative Defenses**

| Document Title | Author(s) | Date | Trial Exhibit Number | Cole Decl. Exhibit |
|---|---|---|---|---|
| Travelers Policy No. HJUB-4F12803-3-14, effective December 31, 2014 to December 31, 2015 (the "2014 Policy") (TRA0001 - TRA0205) | Travelers (no identifiable, individual person) | January 5, 2015 | 1 | A |
| Travelers Policy No. HJUB-7114P39-6-15, effective December 31, 2015 to December 31, 2016 (the "2015 Policy") (TRA0245 - TRA0390) | Travelers (no identifiable, individual person) | January 5, 2016 | 11 | B |

1

DECLARATION OF KEVIN J. COLE

3.      Unfortunately, because of the file size of each exhibit, and despite numerous attempts, the CM/ECF system would not upload Exhibits A and B.  Therefore, I will e-mail the Court's Clerk and request permission to either (i) e-mail the missing exhibits to the Court Clerk, or (ii) arrange for hand delivery to the Court's Chambers.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: June 29, 2020                        By:     */s/ Kevin J. Cole*
                                                           Kevin J. Cole, Esq.

2

DECLARATION OF KEVIN J. COLE